B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Central District of California

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jackson Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**95-4472591** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3447 Union Pacific Avenue**<br>**Los Angeles, CA**<br>ZIP Code **90023** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Jackson Corporation** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Jackson Corporation |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *Douglas M. Nelstat* (signature)
Signature of Attorney for Debtor(s)
**Douglas M. Nelstat 55961**
Printed Name of Attorney for Debtor(s)
**Greenberg & Bass**
Firm Name
**16000 Ventura Boulevard
Suite 1000
Encino, CA 91436-2762**
Address
Email: twilliams@greenbass.com
**818.382.6200 Fax: 818.986.6534**
Telephone Number
**January 12, 2009          55961**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signature)_____
Signature of Authorized Individual
**Robert Rivera**
Printed Name of Authorized Individual
**Vice President & General Manager**
Title of Authorized Individual
**January 12, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Douglas M. Neistat<br>Greenberg & Bass<br>16000 Ventura Boulevard<br>Suite 1000<br>Encino, CA 91436-2762<br>818.382.6200 Fax: 818.986.6534<br>55961<br>☐ Attorney for: | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Jackson Corporation<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists         Date Filed: __1/12/09__
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: _____         Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     January 12, 2009
*Signature of Authorized Signatory of Filing Party*     Date

Robert Rivera
*Printed Name of Authorized Signatory of Filing Party*

General Manager
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     January 12, 2009
*Signature of Attorney for Filing Party*     Date

Douglas M. Neistat 55961
*Printed Name of Attorney for Filing Party*

---

November 2006        This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2008 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
### Central District of California

In re  Jackson Corporation
                                    Debtor(s)

Case No. _____
Chapter  11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Robert Rivera, declare under penalty of perjury that I am the Vice President and General Manager of Jackson Corporation, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 8th day of January, 2008.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Robert Rivera, Vice President and General Manager of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Robert Rivera, Vice President and General Manager of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Robert Rivera, Vice President and General Manager of this Corporation is authorized and directed to employ Douglas M. Neistat 55961, attorney and the law firm of Greenberg & Bass to represent the corporation in such bankruptcy case."

Date  January 12, 2009                    Signed _____
                                                 Robert Rivera

## Resolution of Board of Directors
## of
## Jackson Corporation

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Rivera, Vice President and General Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Richard Laski** shall be employed by the Estate, subject to Bankruptcy Court approval, to serve as its Chief Restructuring Officer, which services shall include the supervision of the Company through the Chapter 11 process, the coordination with other professionals employed by the estate and all tasks necessary to ensure compliance with the requirements of the Office of the United States Trustee. Such service shall be compensated based on agreement between the Debtor and Mr. Laski and shall continue until the Debtor is able to confirm a plan of reorganization or the case converted or dismissed.

Be It Further Resolved, that **Robert Rivera, Vice President and General Manager and/or Richard Laski** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Rivera, Vice President and General Manager** of this Corporation is authorized and directed to employ **Douglas M. Neistat 55961**, attorney and the law firm of **Greenberg & Bass** to represent the corporation in such bankruptcy case.

Date  January 12, 2009

Signed _____
Robert Rivera
Vice President and General Manager

Date  January 12, 2009

Signed _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  Jackson Corporation
                             Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aluminio de Baja California<br>PO Box 1399<br>Chula Vista, CA 91912-1399 | Aluminio de Baja California<br>PO Box 1399<br>Chula Vista, CA 91912-1399 | | | 110,267.00 |
| Askew<br>2920 Supply Ave.<br>Los Angeles, CA 90040 | Askew<br>2920 Supply Ave.<br>Los Angeles, CA 90040 | | | 31,720.00 |
| Associated Builders Prod. Inc.<br>3963 Catalina Dr.<br>Marietta, GA 30066-2852 | Associated Builders Prod. Inc.<br>3963 Catalina Dr.<br>Marietta, GA 30066-2852 | | | 31,739.26 |
| Com-Air Screw Machine Co.<br>11352 El Dorado Ave.<br>San Fernando, CA 91340 | Com-Air Screw Machine Co.<br>11352 El Dorado Ave.<br>San Fernando, CA 91340 | | | 104,027.29 |
| Cox Die Casting<br>1528 W, 178th St.<br>Gardena, CA 90248 | Cox Die Casting<br>1528 W, 178th St.<br>Gardena, CA 90248 | | | 41,895.41 |
| David & Helena Brown<br>20 Western Ave.<br>Halesowen<br>West Midlands B62 8QH, UK | David & Helena Brown<br>20 Western Ave.<br>Halesowen<br>West Midlands B62 8QH, UK | | | 1,501,690.00 |
| Everest Metal Products Ltd.<br>17890 Castleton St.<br>#109<br>Rowland Heights, CA 91748 | Everest Metal Products Ltd.<br>17890 Castleton St.<br>#109<br>Rowland Heights, CA 91748 | | | 322,193.68 |
| First Bankcard<br>PO Box 2814<br>Omaha, NE 68103-2814 | First Bankcard<br>PO Box 2814<br>Omaha, NE 68103-2814 | | | 57,672.22 |
| Glamour & Co., LTD<br>2FL. 58, Lane 46<br>Hsin Shen S. Rd<br>Sec. 2<br>Taipei, Taiwan ROC | Glamour & Co., LTD<br>2FL. 58, Lane 46<br>Hsin Shen S. Rd<br>Taipei, Taiwan ROC | | | 72,541.80 |
| Gregg Industries<br>PO Box 689978<br>Milwaukee, WI 53268-9978 | Gregg Industries<br>PO Box 689978<br>Milwaukee, WI 53268-9978 | | | 81,440.50 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Jackson Corporation**                              Case No. _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Haas Factory Outlet<br>580 Madrid Ave.<br>Torrance, CA 90501 | Haas Factory Outlet<br>580 Madrid Ave.<br>Torrance, CA 90501 | | | 43,627.08 |
| Hi Tech Mold Co. Inc.<br>21734 Marilla St.<br>Chatsworth, CA 91311 | Hi Tech Mold Co. Inc.<br>21734 Marilla St.<br>Chatsworth, CA 91311 | | | 48,313.76 |
| International Cargo West<br>12622 Yukon Ave.<br>2nd Floor<br>Hawthorne, CA 90250 | International Cargo West<br>12622 Yukon Ave.<br>2nd Floor<br>Hawthorne, CA 90250 | | | 48,951.00 |
| Jebron Limited<br>Bright Street, Wednesbury<br>West Midlands<br>WS109hy UK | Jebron Limited<br>Bright Street, Wednesbury<br>West Midlands | | | 82,000.00 |
| Kent Landsberg<br>1900 W. University Dr.<br>Suite 101<br>Tempe, AZ 85281 | Kent Landsberg<br>1900 W. University Dr.<br>Suite 101<br>Tempe, AZ 85281 | | | 52,412.00 |
| Loeb & Loeb<br>10110 Santa Monica Blvd<br>Suite 2200<br>Los Angeles, CA 90067 | Loeb & Loeb<br>10110 Santa Monica Blvd<br>Suite 2200<br>Los Angeles, CA 90067 | | | 85,772.28 |
| Peter Brown<br>The Old Church House<br>Alveley, Nr. Bridgnorth<br>Shrops WV15 6ND, UK | Peter Brown<br>The Old Church House<br>Alveley, Nr. Bridgnorth<br>Shrops WV15 6ND, UK | | | 100,000.00 |
| Rochester Metal<br>PO Box 488<br>616 Indiana Ave.<br>Rochester, IN 46975 | Rochester Metal<br>PO Box 488<br>616 Indiana Ave.<br>Rochester, IN 46975 | | | 353,687.46 |
| Southern California Metals<br>9900 Bell Ranch Dr.<br>Santa Fe Springs, CA 90670 | Southern California Metals<br>9900 Bell Ranch Dr.<br>Santa Fe Springs, CA 90670 | | | 32,199.57 |
| Vinanco Engineering Co.<br>20952 Itasca<br>Chatsworth, CA 91311 | Vinanco Engineering Co.<br>20952 Itasca<br>Chatsworth, CA 91311 | | | 80,164.25 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Jackson Corporation**  
_____  
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President & General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 12, 2009**              Signature  _____  
                                                  Robert Rivera  
                                                  Vice-President & General Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   LOS ANGELES   , California.

Dated   January 12, 2009

Robert Rivera
Debtor

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised May 2004                                                         F 1015-2.1

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023


Douglas M. Neistat
Greenberg & Bass
16000 Ventura Boulevard
Suite 1000
Encino, CA 91436-2762


Aluminio de Baja California
PO Box 1399
Chula Vista, CA 91912-1399


Askew
2920 Supply Ave.
Los Angeles, CA 90040


Associated Builders Prod. Inc.
3963 Catalina Dr.
Marietta, GA 30066-2852


Best Way Stamping
14943 Desman Rd.
La Mirada, CA 90638


Com-Air Screw Machine Co.
11352 El Dorado Ave.
San Fernando, CA 91340


Cox Die Casting
1528 W, 178th St.
Gardena, CA 90248

David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK


Epicor
18200 Von Karman
Suite 1000
Irvine, CA 92612


Everest Metal Products Ltd.
17890 Castleton St.
#109
Rowland Heights, CA 91748


First Bankcard
PO Box 2814
Omaha, NE 68103-2814


First Federal Bank
4025 La Palma Avenue
Suite 103
Anaheim, CA 92807


Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172


Glamour & Co., LTD
2FL. 58, Lane 46
Hsin Shen S. Rd
Sec. 2
Taipei, Taiwan ROC


Gregg Industries
PO Box 689978
Milwaukee, WI 53268-9978

Haas Factory Outlet
580 Madrid Ave.
Torrance, CA 90501

Hi Tech Mold Co. Inc.
21734 Marilla St.
Chatsworth, CA 91311

Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670

International Cargo West
12622 Yukon Ave.
2nd Floor
Hawthorne, CA 90250

Jebron Limited
Bright Street, Wednesbury
West Midlands
WS109hy UK

Kent Landsberg
1900 W. University Dr.
Suite 101
Tempe, AZ 85281

Loeb & Loeb
10110 Santa Monia Blvd
Suite 2200
Los Angeles, CA 90067

Peter Brown
The Old Church House
Alveley, Nr. Bridgnorth
Shrops WV15 6ND, UK

Rochester Metal
PO Box 488
616 Indiana Ave.
Rochester, IN 46975


Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670


Stonefield Josephson, Inc.
2049 Century Park East
Los Angeles, CA 90067


Vinanco Engineering Co.
20952 Itasca
Chatsworth, CA 91311


Volvo Car Finance
P.O. Box 26909
Dept. 193901
Los Angeles, CA 90026