DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
dneistat@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Proposed Attorneys for
JACKSON CORPORATION, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JACKSON CORPORATION, a California corporation,<br><br>Debtor and Debtor in Possession. | Case No.: LA 09-bk-10594-VZ<br><br>(Chapter 11)<br><br>**NOTICE PURSUANT TO LOCAL RULE 2014-1(2) OF APPLICATION FOR APPOINTMENT OF GREENBERG & BASS LLP AS BANKRUPTCY COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION**<br><br>[NO HEARING REQUIRED] |

TO: ALL CREDITORS, PARTIES-IN-INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

On January 12, 2009 ("Petition Date"), the above-captioned Debtor commenced its voluntary chapter 11 case under chapter 11 of title 11 of the United States Code, 11 U.S.C. section 101 et seq. (the "Code"), in the United States Bankruptcy Court, Central District of California (the "Bankruptcy Court").

NOTICE IF HEREBY GIVEN that the Debtor has filed an Application For Employment Of Greenberg & Bass LLP As Bankruptcy Counsel For Debtor And Debtor In Possession.

NOTICE IS FURTHER GIVEN that Debtor requires the services of Greenberg & Bass to render the following types of professional services:

1. To advise Debtor as to its duties, rights and powers as a debtor-in-possession;

2. To assist the Debtor in the formulation and confirmation of a Plan of Reorganization and or a sale of subject property;

3. To perform such other legal services as may be required and in the interests of the Debtor and the estate: and

5. To perform such other legal services as may be required and in the interests of the Debtor and the estate.

NOTICE IS FURTHER GIVEN that Greenberg & Bass LLP will comply with requirements of Section 330 of the Bankruptcy Code regarding compensation.

NOTICE IS FURTHER GIVEN that a copy of the application may be obtained from proposed counsel for the Debtor whose name, address, telephone number, fax number and e-mail address are located in the upper left hand corner of this Notice.

NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rule 2014-1, any party opposing this application must file with this Court and serve upon the Debtor, its proposed counsel and the Office of the United States Trustee, a written response and request for hearing no later than fifteen (15) days from the date of service of this Notice or such other period of time as the Court may set pursuant to the application.

NOTICE IS FURTHER GIVEN that if you do not file a written objection in conformity with applicable procedure and rules, the Application may be granted without a hearing; and without further notice to you.

Respectfully submitted,

DATED: January 13, 2009        GREENBERG & BASS LLP

By: _____
DOUGLAS M. NEISTAT
Attorneys for
JACKSON CORPORATION, Debtor and Debtor in Possession

124541.1  300795.0002

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **NOTICE PURSUANT TO LOCAL RULE 2014-1(2) OF APPLICATION FOR APPOINTMENT OF GREENBERG & BASS LLP AS BANKRUPTCY COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 14, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On January 14, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 14, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 14, 2009                                                                    _/s/ Reece Holland_
                                                                                              Reece Holland

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                         **F 9013-3.1**

## SERVICE LIST

Office of the U.S. Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023

Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012
**Via Overnight Mail**

### Attorneys for Secured Creditors

First Federal Bank
12555 W. Jefferson Blvd.
3rd Floor
Los Angeles, Ca. 90066
Attn: Linda Shreeves

### Twenty Largest Unsecured Creditors      (All Served Via US Mail)

Rochester Metal
PO Box 488
616 Indiana Ave.
Rochester, IN 46975
Fax: 626-810-8433
Phone: 626-810-8400

Aluminio de Baja California
PO Box 1399
Chula Vista, CA 91912-1399
Fax: 011-664-636-1450
Phone: 619-308-7839

Com-Air Screw Machine Co.
11352 El Dorado Ave.
San Fernando, CA 91340
Fax: 818-361-8200
Phone: 818-361-0230

Bank of America
Loeb & Loeb
10110 Santa Monia Blvd
Suite 2200
Los Angeles, CA 90067
Fax: 310-282-2200
Phone: 310-282-2000

Gregg Industries
PO Box 689978
Milwaukee, WI 53268-9978
Fax: 626-575-3025
Phone: 626-575-7664

Vinanco Engineering Co.
20952 Itasca
Chatsworth, CA 91311
Fax: 818-700-0549
Phone: 818-324-5533

Glamour & Co., LTD
2FL. 58, Lane 46
Hsin Shen S. Rd
Sec. 2
Taipei, Taiwan ROC

International Cargo West
12622 Yukon Ave.
2nd Floor
Hawthorne, CA 90250
Fax: 310-645-4484

Phone: 011-8862-2392-6026

First Bankcard
PO Box 2814
Omaha, NE 68103-2814
Phone: 800-819-4249

Hi Tech Mold Co. Inc.
21734 Marilla St.
Chatsworth, CA 91311
Fax: 818-772-7828
Phone: 818-772-6592

Cox Die Casting
1528 W, 178th St.
Gardena, CA 90248
Fax: 310-532-8588
Phone: 310-532-7544

Askew
2920 Supply Ave.
Los Angeles, CA 90040
Fax: 323-201-5227
Phone: 323-727-7772

Stonefield Josephson, Inc.
2049 Century Park East
Los Angeles, CA 90067
Fax: 310-453-1187
Phone: 310-453-9400

Best Way Stamping
14943 Desman Rd.
La Mirada, CA 90638
Fax: 714-994-2172
Phone: 714-994-1995

Peter Brown
The Old Church House
Alveley, Nr. Bridgnorth
Shrops WV15 6ND, UK

Kent Landsberg
1900 W. University Dr.
Suite 101
Tempe, AZ 85281
Fax: 480-333-6661
Phone: 480-333-6720

Haas Factory Outlet
580 Madrid Ave.
Torrance, CA 90501
Fax: 310-381-0744
Phone: 310-381-0750

Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670
Fax: 562-941-2709
Phone: 562-941-1616

Associated Builders Prod. Inc.
3963 Catalina Dr.
Marietta, GA 30066-2852
Fax: 770-517-8141
Phone: 770-517-8140

Epicor
18200 Von Karman
Suite 1000
Irvine, CA 92612
Fax: 949-585-4091
Phone: 949-585-4000

David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK

124557.1  300795.0002