DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
dneistat@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Proposed Attorneys for
JACKSON CORPORATION, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JACKSON CORPORATION, a California corporation,<br><br>Debtor and Debtor in Possession. | Case No.: LA 09-10594-VZ<br><br>(Chapter 11)<br><br>**DEBTOR'S MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS; AND DECLARATION OF RICHARD LASKI IN SUPPORT THEREOF**<br><br>[Fed. R. Bankr. P. 1007; Local Rule 1007-1]<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Jackson Corporation, the Debtor and Debtor in Possession ("Debtor") in the above-referenced bankruptcy case, respectfully represents as follows:

1. On January 12, 2009 (the "Petition Date"), the Debtor filed its voluntary petition under chapter 11 of Title 11 of the United States Code (the "Petition"). Attached hereto is a copy of the Petition and the Notice of Electronic Filing.

124890.1 300795.0002

2. Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), the Debtor has fifteen (15) days after commencement of its bankruptcy case within which to file its Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules"). Fifteen days after the Petition Date was January 27, 2009. (Proposed attorneys for Debtor are hereby advising the Court that they are filing this Motion one (1) day late due to an inadvertent calendaring error, however, the untimely filing will not prejudice any creditor of the Debtor).

3. Due to the extent of financial data that must be compiled and reviewed in order to prepare the Schedules and Statement of Financial Affairs, the Debtor has not been able to complete the same within the fifteen days.

4. Further, Richard Laski, the Interim CEO ("Laski") was out of the State on business on January 26th and 27th, 2009. Laski's presence in Los Angeles is required in order for the needed information to be properly assembled. Laski has returned to Los Angeles and will be able to assist in the timelycompletion of these documents.

5. For the foregoing reason, Debtor requires additional time within which to accurately prepare and file its Schedules.

6. Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), this Court may extend the time for filing the Schedules on such notice as prescribed therein and for cause shown.

7. The Debtor respectfully alleges that cause exists for an extension of time for the reasons stated herein. The Debtor requires an extension of fourteen (14) days in which to file the Schedules until February 10, 2009.

8. The Debtor's 341(a) Meeting of Creditors has been scheduled for March 3, 2009.

9. A copy of the Schedules will be served on the United States Trustee concurrent with its filing with the Clerk of the Court.

///
///
///
///
///

124890.1  300795.0002

1  WHEREFORE, Debtor prays that this Court enter its order granting the Debtor an additional
2  fourteen (14) days within which to file the Schedules and Statement of Financial Affairs up to and
3  including February 10, 2009.

4  DATED:  January 28, 2009          GREENBERG & BASS LLP

By: *[signature]*
DOUGLAS M. NEISTAT
Proposed Attorneys for
JACKSON CORPORATION, Debtor and Debtor
in Possession

124890.1  300795.0002

## DECLARATION OF RICHARD LASKI

I, Richard Laski declare as follows:

1. I am the Interim CEO of Jackson Corporation, the debtor and debtor in possession in this case ("Debtor").

2. I have personal knowledge of each of the matters declared to herein and if called as a witness could and would competently testify thereto.

3. I have carefully read each of the facts set forth in the accompanying Motion. Each and every fact set forth therein in true.

4. Due to the extent of financial data that must be compiled and reviewed in order to prepare and file the Schedules and Statement of Financial Affairs, I was not able to complete the same within the required time frame.

5. Further, I was out of the State on business on January 26th and 27th, 2009. My presence in Los Angeles is required in order for the needed information to be properly assembled. I have returned to Los Angeles and will now be able to assist in the completion of these documents. I therefore request an extension of time that will permit schedules to be filed by February 10, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of January, 2009 at Los Angeles, California.

Richard Laski, Declarant

124890.1 300705.0002

**EXHIBIT A**

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jackson Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4472591** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3447 Union Pacific Avenue**<br>**Los Angeles, CA**<br>ZIP Code **90023** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

Statistical/Administrative Information — THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Electronically Filed 1/12/09

1

B1 (Official Form 1)(1/08) — Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Jackson Corporation** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jackson Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *Douglas M. Nelsiat* (signature)
Signature of Attorney for Debtor(s)

**Douglas M. Nelstat 55961**
Printed Name of Attorney for Debtor(s)

**Greenberg & Bass**
Firm Name

**16000 Ventura Boulevard
Suite 1000
Encino, CA 91436-2762**
Address

Email: twilliams@greenbass.com
**818.382.6200  Fax: 818.986.6534**
Telephone Number

**January 12, 2009          55961**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Robert Rivera**
Printed Name of Authorized Individual
**Vice President & General Manager**
Title of Authorized Individual
**January 12, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

3

# Open Voluntary Bankruptcy Case

## U.S. Bankruptcy Court

## Central District Of California

Notice of Bankruptcy Case Filing

The following transaction was received from Neistat, Douglas M entered on 1/12/2009 at 4:58 PM PST and filed on 1/12/2009
**Case Name:**        Jackson Corporation
**Case Number:**      2:09-bk-10594
**Document Number:** 1

**Docket Text:**
Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by Jackson Corporation Chapter 11 Plan due by 5/12/2009. Disclosure Statement due by 5/12/2009. Schedule A due 1/27/2009. Schedule B due 1/27/2009. Schedule C due 1/27/2009. Schedule D due 1/27/2009. Schedule E due 1/27/2009. Schedule F due 1/27/2009. Schedule G due 1/27/2009. Schedule H due 1/27/2009. Schedule I due 1/27/2009. Schedule J due 1/27/2009. Statement of Financial Affairs due 1/27/2009. List of Equity Security Holders due 1/27/2009. Statement - Form 22B Due: 1/27/2009. Verification of creditor matrix due 1/27/2009. Corporate resolution authorizing filing of petitions due 1/27/2009. Summary of schedules due 1/27/2009. Declaration concerning debtors schedules due 1/27/2009. Disclosure of Compensation of Attorney for Debtor due 1/27/2009. Venue Disclosure Form due 1/27/2009. Corporate Ownership Statement due by 1/27/2009. Incomplete Filings due by 1/27/2009. (Neistat, Douglas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\twilliams\Desktop\Jackson Corp ptn.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=1/12/2009] [FileNumber=23381201-
0] [a167875a43045e19766e8e1d65497a8173de266815ca6374e749108fbb8aa759f2
bd81e89106007eceb1f47376687d03e5f94a9d7662ad374e697d69ae66124b]]

**2:09-bk-10594 Notice will be electronically mailed to:**

Douglas M Neistat    twilliams@greenbass.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2:09-bk-10594 Notice will not be electronically mailed to:**

4

| In re:<br>SPRINGVILLE STORAGE SUITES, INC. a<br>California corporation<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 9:08-bk-12856-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **DEBTOR'S MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS; AND DECLARATION OF RICHARD LASKI IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL** ~~OR OVERNIGHT MAIL~~ (indicate method for each person or entity served):
On January 28, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 28, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 28, 2009

Theresa Williams

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
**F 9013-3.1**
124521.1 300777.0002

## SERVICE LIST

Office of the U.S. Trustee
Attn: Dare Law, Esq.
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
Fax: (213) 894-2603

Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023
Email: rlaski@wilshirellc.com
Fax: 323-269-1872
Ph: 323-269-8111

### Secured Creditors

First Federal Bank
12555 W. Jefferson Blvd.
3rd Floor
Los Angeles, Ca. 90066
Attn: Linda Shreeves
Email: lshreeves@firstfedca.com
Fax: 310-302-5601
Phone: 310-302-5604

Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172
Fax: 415-315-2943
Phone: 800-955-8532

Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670
Fax: 626-301-9944
Phone: 800-564-1849

Volvo Car Finance
P.O. Box 26909
Dept. 193901
Los Angeles, CA 90026
Fax: 615-315-3607
Phone: 800-955-8532

### Twenty Largest Unsecured Creditors

Rochester Metal
PO Box 488
616 Indiana Ave.
Rochester, IN 46975
Fax: 626-810-8433
Phone: 626-810-8400

Com-Air Screw Machine Co.
11352 El Dorado Ave.
San Fernando, CA 91340
Fax: 818-361-8200
Phone: 818-361-0230

Aluminio de Baja California
PO Box 1399
Chula Vista, CA 91912-1399
Fax: 011-52-664-636-1450
Phone: 619-308-7839

Loeb & Loeb
10110 Santa Monia Blvd
Suite 2200
Los Angeles, CA 90067
Fax: 310-282-2200
Phone: 310-282-2000

Gregg Industries
PO Box 689978
Milwaukee, WI 53268-9978
Fax: 626-575-3025
Phone: 626-575-7664

Glamour & Co., LTD
2FL. 58, Lane 46
Hsin Shen S. Rd
Sec. 2
Taipei, Taiwan ROC
Fax: 626-357-0600
Phone: 626-357-0077

First Bankcard
PO Box 2814
Omaha, NE 68103-2814
Fax: 605-668-5335
Phone: 800-819-4249

Hi Tech Mold Co. Inc.
21734 Marilla St.
Chatsworth, CA 91311
Fax: 818-772-7828
Phone: 818-772-6592

Cox Die Casting
1528 W, 178th St.
Gardena, CA 90248
Fax: 310-532-8588
Phone: 310-532-7544

Askew
2920 Supply Ave.
Los Angeles, CA 90040
Fax: 323-201-5227
Phone: 323-727-7772

Stonefield Josephson, Inc.
2049 Century Park East
Los Angeles, CA 90067
Fax: 310-453-1187
Phone: 310-453-9400

Best Way Stamping
14943 Desman Rd.
La Mirada, CA 90638
Fax: 714-994-2172
Phone: 714-994-1995

Vinanco Engineering Co.
20952 Itasca
Chatsworth, CA 91311
Fax: 818-700-0549
Phone: 818-387-5797

International Cargo West
12622 Yukon Ave.
2nd Floor
Hawthorne, CA 90250
Fax: 310-645-4484
Phone: 310-645-4481

Kent Landsberg
1900 W. University Dr.
Suite 101
Tempe, AZ 85281
Fax: 480-333-6661
Phone: 480-333-6720

Haas Factory Outlet
580 Madrid Ave.
Torrance, CA 90501
Fax: 310-381-0744
Phone: 310-381-0750

Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670
Fax: 562-941-2709
Phone: 562-941-1616

Associated Builders Prod. Inc.
3963 Catalina Dr.
Marietta, GA 30066-2852
Fax: 770-517-8141
Phone: 770-517-8140

Epicor
18200 Von Karman
Suite 1000
Irvine, CA 92612
Fax: 949-585-4091
Phone: 949-585-4000

David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK
Via Email: david@jacksonexit.com
Fax: 011 44 121 422 0510

Peter Brown
The Old Church House
Alveley, Nr. Bridgnorth
Shrops WV15 6ND, UK
Email: pbrown@jebron.co.uk
Ph: 011-44 121 568 2101
Fax: 011 44 121 568 2136

Everest Metal Products Ltd.
17890 Castleton St.
#109
Rowland Heights, CA 91748
Fax: 626-810-8433
Ph: 626-810-8400

Jebron Limited
Bright Street, Wednesbury
West Midlands
WS109hy UK
Fax: 011 44 1215682116
Phone: 011 44 5682102

124557.1 300795.0002