DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
dneistat@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for
JACKSON CORPORATION, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JACKSON CORPORATION, a California corporation,<br><br>Debtor and Debtor in Possession. | Case No.: LA 09-10594-VZ<br><br>(Chapter 11)<br><br>**DEBTOR'S STATUS REPORT IN RESPONSE TO ORDER: (1) REQUIRING REPORT ON STATUS OF REORGANIZATION CASE; (2) SETTING HEARING ON STATUS OF REORGANIZATION CASE; AND (3) ESTABLISHING PROCEDURE FOR REQUESTING APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN**<br><br>Ch. 11 Status Conference:<br>Date:    March 19, 2009<br>Time:    9:30 a.m<br>Place:   Ctrm 1368<br>             Roybal Federal Building<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

Jackson Corporation (the "Debtor" or the "Company") submits the following Status Report in response to the Court's Order: (1) Requiring Report on Status of Reorganization Case; (2) Setting Hearing on Status of Reorganization Case; and (3) Establishing Procedure for Requesting Approval of Disclosure Statement and Confirmation of Plan (the "Order").

The Status Report shall follow and respond to each of the items set forth in the Order.

1

## FILING A DISCLOSURE STATEMENT

A Disclosure Statement and Plan of Reorganization has not yet been filed. A liquidating plan will be filed, keyed to what the Debtor believes will be an actual sale of the assets of Jackson Corporation as a going concern. All efforts to date have been devoted to preparing the business for sale and sourcing possible buyers. Potentially interested buyers have been identified, but an ultimate buyer had not yet been determined. The Debtor is prepared to commit to file a Plan and Disclosure Statement by July 1, 2009.

## DEADLINES FOR FILING CLAIMS AND OBJECTING TO CLAIMS

1. Debtor would request a Bar Date of May 29, 2009. If the Court sets this Bar Date, the Debtor would send Notice of Bar Date to all creditors no later than March 27, 2009. This would then give all creditors sixty (60) days to file their claims.

2. Debtor would request forty-five days to obtain copies of all of the Proofs of Claim, review the Proofs of Claim, try and informally resolve any disputes and then file its Motions objecting to any Proofs of Claim – by July 17, 2009.

## PERFORMANCE OF DUTIES UNDER 11 U.S.C. §§ 521, 1106 AND 1107

The Debtor has complied with each of the requirements imposed by 11 USC Section 521.

The Debtor has complied with the requirements of 11 USC Section 1106 (a) (1), (2) and (3). With regard to sub paragraph (4), the Debtor is investigating certain claims as they relate to the conduct and possible issues of fraud, dishonesty and mismanagement of certain officers, directors and employees who are no longer employed by the Company. This investigation is both factual and for purposes of determining whether such claims fall within the scope of officers and directors insurance coverage. This investigation should be completed within the next thirty days. With regard to sub paragraph (5), the Debtor will file a plan of reorganization subsequent to the anticipated sale of assets of the Company as further detailed in this Report. The remaining sub paragraphs of this Section are inapplicable.

The Debtor is performing its duties as a debtor in possession without limitation with the caveat that the initial stipulation with First Federal Bank of California for the use of cash collateral

///

125455.1 300795.0002

was fully executed but no order has yet been entered. Debtor's counsel is in the process of getting the Order entered and in furtherance of this objective has obtained a hearing date on April 7, 2009.

### POST-PETITION OPERATIONS OF THE DEBTOR, LITIGATION AND STATUS OF DEBTOR'S EFFORTS TO REORGANIZE

Company Profile:

Jackson Corporation is an ISO 9001 certified manufacturer of door hardware, including access controls, exit devices, closers, lever trim, pivots and accessories. For over 50 years the Company has manufactured the highest quality door hardware to the aluminum and tempered glass industry. Certain of its product line are patent protected. Within the industry the product is generally recognized at the high end of the market and its installations are world wide. Domestically, for example, every In & Out Restaurant installs Jackson Corporation panic bars. The restaurant chain uses the Company's specifications at all locations.

Reason for Filing:

The Chapter 11 case was precipitated by economic forces in the last quarter of 2008 resulting in a significant downturn in business. Cash flow difficulties actually preceded the downturn and the Company's owners provided the capital necessary to keep the business running. David and Helena Brown, residents of the United Kingdom have owned Jackson Corporation for approximately 15 years. They are its largest unsecured creditors.

Post Petition Operations:

Post petition operations are proceeding as scheduled and projected. Prior to the filing, the Company was generating gross sales revenue of around $12 million per year ($1 million per month). It achieved these financial results with a work force of 95 people during the early part of 2008. During the summer of 2008, management decided on a significant reduction in its workforce. The Company now operates with 38 employees. With the reduction in work force and decline in business, revenue is now down to $430,000 per month (i.e., $100,000 per week). The Company can sustain itself without sales and marketing. The demand for product is such that new business can be initiated by order takers. At this level, Jackson Corporation can run indefinitely, servicing its interest obligation to the Bank; however, that is not the preferred course of action. As discussed

125455.1  300795.0002

subsequently, the intent of management is to sell the assets as a going concern and to preserve the operating integrity of the business.

Attached as Exhibit "A" is a weekly budget for the months of March through May. The secured lender, First Federal Bank of California has approved this budget, and a cash collateral stipulation is being prepared for extending the debtor's use of cash collateral.

Other areas of significant progress and cost cutting have been in the areas of insurance and accounting systems. Upon taking over as interim Chief Executive Officer, Rich Laski determined that the Company was paying insurance keyed to an asset base that was significantly overstated. These premiums amounted to as much as $24,000 per month. A review of the asset base indicated that bringing down the insured base of assets would dramatically reduce the premium obligation by as much as two thirds. Further, Mr. Laski observed that the accounting system was built on an antiquated and self designed model that was installed twenty years ago and had never been upgraded. It was determined that Quick Books would be well suited to meet the Company's accounting needs. As a result, the old system was scrapped and the current system is now tracking well and providing accurate information in the areas most critical, namely production, shipments and accounts receivable. Also, the old processes and complicated spread sheets required personnel who were familiar with overly complicated spread sheets and reporting. Now, this is no longer the case, leaving the Company less vulnerable.

Pending Litigation:

To the best of Debtor's knowledge, there is no litigation currently pending in which Debtor is involved.

Efforts to Reorganize:

The Debtor's efforts to reorganize are focused on a sale of the assets of Jackson Corporation on an orderly basis. The case is seven weeks old and six of those weeks have been devoted to a marketing of its assets for sale. Initially, nine different companies expressed an interest in the assets of Jackson Corporation. Some are competitors and others are foreign companies looking to expand or establish a foothold in this industry in the U.S.

///

125455.1 300795.0002

1  With the help of a business broker, Horwath Corporate Finance, out of the United Kingdom, the list of potentially interested buyers presently stands at three. It is anticipated that a term sheet or Letter of Intent will be in hand within a matter of weeks. The Debtor is hoping that more than one party will end up bidding on the assets.

In summary, all efforts post filing have been devoted to preserving the operating integrity of the Company, to protect its goodwill and trade name and maintain a level of business sufficient to remain administratively solvent. In this regard, the Debtor has been successful.

## RETENTION OF PROFESSIONALS

1. Debtor has filed is Application to Employ Greenberg & Bass, LLP and the Order approving the Application was entered on February 9, 2009.

2. The Debtor also filed an Application to Employ Horwath Corporate Finance as Business Brokers on February 10, 2009. As of this date, the deadline to file opposition to this Application has not passed so no order has been entered.

## "BUDGET" OF ESTIMATED FEES AND EXPENSES TO BE INCURRED BY PROFESSIONALS FROM 03/01/09 TO PLAN CONFIRMATION

Attached hereto as Exhibit "B" is the Debtor's estimated budget of fees and expenses it believes will be incurred in connection Greenberg & Bass LLP's fees and expenses going forward from March 1, 2009 to September 1, 2009 (i.e., the expected date for Plan confirmation). There is nothing attached regarding Horwath Corporate Finance as it was a flat fee.

DATED: March 3, 2009

GREENBERG & BASS LLP

By: _Douglas M. Neistat_
Douglas M. Neistat
Attorneys for Debtor and Debtor in Possession
JACKSON CORPORATION

125455.1  300795.0002

| In re: **JACKSON CORPORATION** Debtor(s). | CHAPTER 11 |
|---|---|
| | CASE NUMBER: LA 09-10594-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **DEBTOR'S STATUS REPORT IN RESPONSE TO ORDER: (1) REQUIRING REPORT ON STATUS OF REORGANIZATION CASE; (2) SETTING HEARING ON STATUS OF REORGANIZATION CASE; AND (3) ESTABLISHING PROCEDURE FOR REQUESTING APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 6, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL** ~~OR OVERNIGHT MAIL~~ (indicate method for each person or entity served):
On March 6, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 6, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
March    , 2009

MORGAN KERPJK

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.**

1

124994.1 300795.0002

## SERVICE LIST

Office of the U.S. Trustee
Attn: Dare Law, Esq.
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
Fax: (213) 894-2603

Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012

**Secured Creditors**

First Federal Bank
12555 W. Jefferson Blvd.
3rd Floor
Los Angeles, Ca. 90066
Attn: Linda Shreeves
Email: lshreeves@firstfedca.com
Fax: 310-302-5601
Phone: 310-302-5604

Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172
Fax: 415-315-2943
Phone: 800-955-8532

**Creditor's Committee**

**Proposed Attorney for Committee**
Scott C Clarkson, Esq.
Christine M. Fitzgerald, Esq.
Clarkson, Gore & Marsella, APLC
3424 Carson St Ste 350
Torrance, CA 90503
Phone: 310-542-0111
Fax :   310-214-7254
Email: sclarkson@lawcgm.com
          cfitzgerald@lawcgm.com

Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670
Fax: 562-941-2709
Phone: 562-941-1616

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023
Email: rlaski@wilshirellc.com
Fax: 323-269-1872
Ph: 323-269-8111

David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK
Via Email: david@jacksonexit.com
Fax: 011 44 121 422 0510

Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670
Fax: 626-301-9944
Phone: 800-564-1849

Volvo Car Finance North America
Dept. 193901
P.O. Box 55000
Detroit, MI 48255-1939
Fax: 615-315-3607
Phone: 800-955-8532

Askew
2920 Supply Ave.
Los Angeles, CA 90040
Fax: 323-201-5227
Phone: 323-727-7772

International Cargo (West)
5343 W. Imperial Highway, Ste. 700
Los Angeles, CA 90045
Fax: 310-645-4484
Phone: 310-645-448

125617.1  300795.0002