1  **SCOTT C. CLARKSON, ESQ.** SBN 143271
   **EVE A. MARSELLA, ESQ.** SBN 165797
2  **CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
   **CLARKSON, GORE & MARSELLA**
3  **A PROFESSIONAL LAW CORPORATION**
   **3424 Carson Street, Suite 350**
4  **Torrance, California 90503**
   **(310) 542-0111 Telephone**
5  **(310) 214-7254 Facsimile**

6  Proposed Attorneys for Official Committee of
   Unsecured Creditors

7

8            **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10 | In re                                  | Case No.  2:09-bk-10594-VZ
11 | JACKSON CORPORATION, a California       | Chapter 11
   | corporation,                           |
12 |               Debtor and Debtor         | **STATUS REPORT ON CHAPTER 11 CASE**
   |               in Possession.            | **PRESENTED BY THE OFFICIAL**
13 |                                         | **COMMITTEE OF UNSECURED CREDITORS**
14 |                                         | Date:   March 19, 2009
   |                                         | Time:   9:30 a.m.
15 |                                         | Ctrm:   1368

16

17     **TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES**

18  **BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES:**

19         The Official Committee of Unsecured Creditors (the "Committee") hereby presents its

20  Status Report on the Chapter 11 case of Jackson Corporation.

21         1.       On January 12, 2009, this case was filed in the United States Bankruptcy Court

22  for the Central District of California.  The Committee was officially formed by the Office of the

23  United States Trustee on March 2, 2009. The firm of Clarkson, Gore & Marsella, APLC

24  ("Committee Counsel") was engaged as counsel for the Committee, and its Employment

25  Application is currently pending before the Court. No objections to the proposed employment

26  have been presented to the Committee at this time, and the Committee respectfully requests that

27

28

1    the Court enter the previously uploaded order approving the Employment of Clarkson, Gore &

2    Marsella, APLC as Committee Counsel.

3        2.        Pending before the Court is a Motion of the Committee, filed on March 16, 2009,

4    and made pursuant to Rule 60(b) of the Federal Rules of Civil Procedure as made applicable by

5    Federal Bankruptcy Rule (FBR) 9024, for reconsideration and vacation of the Court's Order

6    entered on March 13, 2009, approving a Motion for Approval of Stipulation for Interim Use of

7    Cash Collateral between Jackson Corporation (the "Debtor") and First Federal Bank, filed on

8    January 28, 2009.  The Committee's Motion asserts that the Order was entered in error, since the

9    initial Motion was improperly filed by the Debtor in contravention of Local Bankruptcy

10   Rule9013-1(o)(2), and which had pending Objections to the Motion to Approve the Stipulation

11   combined with a request for a hearing. Further, the Debtor has previously assured the Committee

12   that a hearing had been scheduled on the Motion.

13       3.        The Committee, the Debtor, and the Debtor's primary secured lender First Federal

14   Bank, are presently negotiating a Cash Collateral Agreement.

15

16   DATED: March 16, 2009                **CLARKSON, GORE & MARSELLA, APLC**

17                                        By:_____

18                                           Scott C. Clarkson
                                             Eve A. Marsella
19                                        Proposed Counsel to the Official Unsecured Creditors
                                          Committee
20

21

22

23

24

25

26

27

28

| In re:<br>JACKSON CORPORATION, a California corporation | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER LA 09-bk-10594-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson Street, Suite 350
Torrance, CA  90803

The foregoing document described **STATUS REPORT ON CHAPTER 11 CASE PRESENTED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 16, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On March 16, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 16, 2009 | Tiffany Lawrence | *Tiffany Ln* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                F 9013-3.1

## Service list for Jackson Corporation

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**United States Trustee**
United States Trustee (LA)          ustpregion16.la.ecf@usdoj.gov

Dare Law, Esq.                      dare.law@usdoj.gov

Queenie K. Ng, Esq.                 queenie.k.ng@usdoj.gov

**Attorneys for the Debtor**
Douglas M. Neistat, Esq.            twilliams@greenbass.com
                                    dneistat@greenbass.com

**Debtor**
Jackson Corporation
3447 Union Pacific Ave.
Los Angeles, CA  90023

**Attorneys for Secured Creditors**

First Federal Bank
Attn.: Linda Shreeves, Esq.
12555 W. Jefferson Blvd. 3rd Floor
Los Angeles, CA  90066

**Secured Creditors**

Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670

Ford Credit
P.O. Box 7172
Pasadena, CA 91101-7172

Volvo Car Finance North America
Dept. 193901
P.O. Box 55000
Detroit, MI 48255-1939

**Creditor's Committee**

Mr. Roger Sanderson
International Cargo West
5343 W. Imperial Highway, Ste. 700
Los Angeles, CA 90045

Mr. Turan Kahraman
Askew Hardware Products
2920 Supply Ave
Los Angeles, CA 90040

Ms. Alisa Thorpe
Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA  90670

**Request for Special Notices**

Ralphs M. Phillips, Esq.
Wohlner, Kaplon, Phillips
Young & Cutler, APC
15456 Ventura Blvd, Ste. 500
Sherman Oaks, CA 91403
(Counsel for Food & Industrial Beverage
Warehouse Drivers & Clerical Employees
Local 630, Int. Brotherhood of Teamsters)