1  DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
   dneistat@greenbass.com
2  GREENBERG & BASS LLP
   16000 Ventura Boulevard, Suite 1000
3  Encino, California 91436
   Tel: (818) 382-6200 • Fax: (818) 986-6534
4
   Attorneys for
5  JACKSON CORPORATION, Debtor and Debtor in Possession

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       LOS ANGELES DIVISION

11 | In re                                    | Case No.: LA 09-10594-VZ
12 | JACKSON CORPORATION, a California         | (Chapter 11)
   | corporation,
13 |                                           | **EXHIBITS "A" AND "B"
14 |        Debtor and Debtor in Possession.   | ERRONEOUSLY OMITTED FROM
                                                 DEBTOR'S STATUS REPORT IN
15                                               RESPONSE TO ORDER: (1) REQUIRING
                                                 REPORT ON STATUS OF
16                                               REORGANIZATION CASE; (2)
                                                 SETTING HEARING ON STATUS OF
17                                               REORGANIZATION CASE; AND (3)
                                                 ESTABLISHING PROCEDURE FOR
18                                               REQUESTING APPROVAL OF
                                                 DISCLOSURE STATEMENT AND
19                                               CONFIRMATION OF PLAN**

20                                               Ch. 11 Status Conference:
                                                 Date:  March 19, 2009
21                                               Time:  9:30 a.m
                                                 Place: Ctrm 1368
22                                                      Roybal Federal Building
                                                        255 E. Temple Street
23                                                      Los Angeles, CA 90012

24

25

26

27

28

125455.1 300795.0002                          1

**EXHIBIT A**

# JACKSON CORPORATION - D.I.P.
## Thirteen Week Cash Forecast

| | 8-Mar | 15-Mar | 22-Mar | 29-Mar | 5-Apr | 12-Apr | 19-Apr | 26-Apr | 3-May | 10-May | 17-May | 24-May | 31-May | 13 week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | |
| Total Cash Receipts | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 1,300,000 |
| **Cash Disbursements** | | | | | | | | | | | | | | |
| **Production Materials & Freight** | | | | | | | | | | | | | | |
| Materials | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 10,000 | 27,000 | 30,000 | 30,000 | 30,000 | 343,000 |
| Freight | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 117,000 |
| Total Production Costs | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 19,000 | 36,000 | 39,000 | 39,000 | 39,000 | 460,000 |
| **Payroll & Benefits** | | | | | | | | | | | | | | |
| Payroll & Payroll Taxes | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 455,000 |
| Western Alliance | 19,300 | | | | | 19,300 | | | | 19,300 | | | | 57,900 |
| Blue Cross/Blue Shield | 20,100 | | | | 20,100 | | | | 20,100 | | | | | 60,300 |
| Dental, Vision, COBRA | | 1,750 | | | 1,750 | | | | | | 1,750 | | | 5,250 |
| Union Pension & Dues | | | 3,100 | | | | 3,100 | | | | | 3,100 | | 9,300 |
| Other Expenses | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,800 |
| Interim CEO | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 91,000 |
| Total Payroll & Benefits | 82,000 | 44,350 | 45,700 | 42,600 | 64,450 | 61,900 | 45,700 | 42,600 | 62,700 | 61,900 | 44,350 | 45,700 | 42,600 | 686,550 |
| **Facility costs** | | | | | | | | | | | | | | |
| Lease Payments | 4,000 | | | | 4,000 | | | | | 4,000 | | | | 12,000 |
| Property Taxes | | | | | | 5,135 | | | | | | | | 5,135 |
| Utilities | | 12,000 | 2,500 | | | | 12,000 | | 2,500 | | | 12,000 | 2,500 | 41,500 |
| Computer expenses | | | 1,600 | | | | | 1,600 | | | 1,600 | | | 4,800 |
| Insurance | | | 20,000 | | | | | 18,000 | | | | 15,000 | | 53,000 |
| Licenses & Other | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,250 |
| Total Facility Costs | 4,250 | 12,250 | 24,350 | 250 | 4,250 | 5,385 | 12,250 | 19,850 | 2,750 | 4,250 | 1,850 | 27,250 | 2,750 | 121,685 |
| **Bank & US Trustee** | | | | | | | | | | | | | | |
| Principal Payments | - | | | | | | | | | | | | | - |
| Interest Payments | | | | 15,600 | | | | | 15,600 | | | | 15,600 | 46,800 |
| US Trustee Fees | | | | | | | 6,500 | | | | | | | 6,500 |
| Total Bank Loan Payments | - | - | - | 15,600 | - | - | 6,500 | - | 15,600 | - | - | - | 15,600 | 53,300 |
| Total Cash Disbursements | (122,250) | (92,600) | (106,050) | (94,450) | (104,700) | (103,285) | (100,450) | (98,450) | (100,050) | (102,150) | (85,200) | (111,950) | (99,950) | (1,321,585) |
| Net Cash Increase (Decrease) | (22,250) | 7,400 | (6,050) | 5,550 | (4,700) | (3,285) | (450) | 1,550 | (50) | (2,150) | 14,800 | (11,950) | 50 | (21,585) |
| End of Week Cash | 2,750 | 10,150 | 4,100 | 9,650 | 4,950 | 1,665 | 1,215 | 2,765 | 2,715 | 565 | 15,365 | 3,415 | 3,465 | 3,465 |

25,000

EXH. A, P.1

**EXHIBIT B**

## Projected Expenses of Greenberg & Bass LLP

| Category of Services | Expected Costs |
|---|---|
| Asset Analysis and Recovery/Disposition | $35,000 |
| Business Operations | $3,500 |
| Case Administration (inc. Creditor's Committee) | $16,000 |
| Cash Collateral | $5,000 |
| Claims Administration and Objections | 6,500 |
| Executory Contracts and Leases | $4,000 |
| Fee/Employment Applications | $4,500 |
| Fee/Employment Objections | 0 |
| Financing | $5,000 |
| Litigation | 0 |
| Meeting of Creditors/Meeting w/OUST | $2,500 |
| Plan and Disclosure Statement | $25,000 |
| Schedules/OUST Requirements | $5,000 |
| **Total:** | **$112,000** |

| Category of Expenses | Expected Costs |
|---|---|
| Postage | $1,000 |
| Long Distance Telephone Charges | $100 |
| Messenger Services | $500 |
| Federal Express | $300 |
| Filing Fee | $1,000 |
| Photocopying | $4,000 |
| Cost of Telecopying Documents | $250 |
| Computer Research | $250 |
| **Total:** | **$7,400** |

125626.1  300795.0002

EXH. B, p. 1

| In re: **JACKSON CORPORATION** Debtor(s). | CHAPTER 11 |
|---|---|
| | CASE NUMBER: LA 09-10594-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **EXHIBITS "A" AND "B" ERRONEOUSLY OMITTED FROM DEBTOR'S STATUS REPORT IN RESPONSE TO ORDER: (1) REQUIRING REPORT ON STATUS OF REORGANIZATION CASE; (2) SETTING HEARING ON STATUS OF REORGANIZATION CASE; AND (3) ESTABLISHING PROCEDURE FOR REQUESTING APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 19, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 19, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 19, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 19, 2009                                             /s/ Reece Holland
                                                                    Reece Holland

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                             **F 9013-3.**

1

124994.1 300795.0002

## SERVICE LIST

**VIA FACSIMILE**
Office of the U.S. Trustee
Attn: Dare Law, Esq.
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
Fax: (213) 894-2603

**VIA OVERNIGHT MAIL**
Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012

**Secured Creditors**

First Federal Bank
12555 W. Jefferson Blvd.
3rd Floor
Los Angeles, Ca. 90066
Attn: Linda Shreeves
Email: lshreeves@firstfedca.com
Fax: 310-302-5601
Phone: 310-302-5604

Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172
Fax: 415-315-2943
Phone: 800-955-8532

**Creditor's Committee**

**Proposed Attorney for Committee**
Scott C Clarkson, Esq.
Christine M. Fitzgerald, Esq.
Clarkson, Gore & Marsella, APLC
3424 Carson St Ste 350
Torrance, CA 90503
Phone: 310-542-0111
Fax :   310-214-7254
Email: sclarkson@lawcgm.com
       cfitzgerald@lawcgm.com

**VIA FACSIMILE**
Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023
Email: rlaski@wilshirellc.com
Fax: 323-269-1872
Ph: 323-269-8111

**VIA FACSIMILE**
David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK
Via Email: david@jacksonexit.com
Fax: 011 44 121 422 0510

**ALL VIA FACSIMILE**

Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670
Fax: 626-301-9944
Phone: 800-564-1849

Volvo Car Finance North America
Dept. 193901
P.O. Box 55000
Detroit, MI 48255-1939
Fax: 615-315-3607
Phone: 800-955-8532

**ALL VIA FACSIMILE**

Askew
2920 Supply Ave.
Los Angeles, CA 90040
Fax: 323-201-5227
Phone: 323-727-7772

125617.1  300795.0002

Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670
Fax: 562-941-2709
Phone: 562-941-1616

**Request for Special Notice**

Ralph M. Phillips
Wohlner, Kaplon, Phillips Young & Cutter APC
15456 Ventura Blvd., Ste. 500
Sherman Oaks, CA  91403

International Cargo (West)
5343 W. Imperial Highway, Ste. 700
Los Angeles, CA 90045
Fax: 310-645-4484
Phone: 310-645-448

**VIA FACSIMILE**

**Attorneys for Food, Industrial & Beverage Warehouse, Drivers and Clerical Employees Local 630, International Brotherhood of Teamsters**
Phone: (818) 501-8030
Fax:    (818) 501-5306
Email: rmp@wkpyc.com