ORIGINAL

1  Kathryn J. Halford (CA State Bar No. 68141)
   E-Mail: kjhalford@wkpyc.com
2  Dana K. Kann (CA State Bar No. 220986)
   E-Mail: dkann@wkpyc.com
3  WOHLNER KAPLON PHILLIPS
   YOUNG & CUTLER
4  A Professional Corporation
   15456 Ventura Boulevard, Suite 500
5  Sherman Oaks, California 91403
   Telephone No.: (818) 501-8030
6  Facsimile No.: (818) 501-5306

7  Attorneys for Teamsters Local Union No. 630

FILED
MAY 11 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | NO. 2:09-bk-10594-VZ |
| | Chapter 11 |
| JACKSON CORPORATION, | REQUEST FOR SPECIAL NOTICE BY TEAMSTERS LOCAL UNION NO. 630 |
| Debtor. | [Bankruptcy Rule 2002] |
| | [Hon. Vincent P. Zurzolo] |

Special notice is hereby requested of all pleadings, court notices, motions and other documents and papers pertaining to the above-mentioned cases, or any adversary proceeding connected therewith, including all notices required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties in interest.

Teamsters Local Union No. 630 requests that all counsel of record provide the following persons with copies of all notices, pleadings, and other filings in the

-1-

above-captioned case. All counsel of record are requested to direct all written or telephonic correspondence as follows:

> Kathryn J. Halford (CA State Bar No. 68141)
> E-Mail: kjhalford@wkpyc.com
> Dana K. Kann (CA State Bar No. 220986)
> E-Mail: dkann@wkpyc.com
> WOHLNER KAPLON PHILLIPS
> YOUNG & CUTLER
> A Professional Corporation
> 15456 Ventura Boulevard, Suite 500
> Sherman Oaks, California 91403
> Telephone No.: (818) 501-8030
> Facsimile No.: (818) 501-5306

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

Teamsters Local Union No. 630 additionally requests that the debtor and the Clerk of the court place the undersigned counsel and their address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

A. Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

B. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto,

-2-

notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution;

C. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

D. Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participants in this matter.

DATED: May __8__, 2009

Kathryn J. Halford
Dana K. Kann
WOHLNER KAPLON PHILLIPS YOUNG & CUTLER

By: _____
Kathryn J. Halford
Attorneys for Teamsters Local Union No. 630

-3-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address and place of employment is WOHLNER KAPLON PHILLIPS YOUNG & CUTLER, 15456 Ventura Boulevard, Suite 500, Sherman Oaks, California 91403.

On the date set forth below, I served the document(s) described as REQUEST FOR SPECIAL NOTICE BY TEAMSTERS LOCAL UNION NO. 630 on the interested parties in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

Debtor

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023

Debtor's Attorney

Douglas M. Neistat, Esq.
Greenberg & Bass LLP
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436

U.S. Trustee

United States Trustee (LA)
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

[X] (BY MAIL) [ ] I deposited such envelope(s) in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X] (FEDERAL), I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May __8__, 2009 at Sherman Oaks, County of Los Angeles, State of California.

_____
Helen Flax