DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
dneistat@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Proposed Attorneys for
JACKSON CORPORATION, Debtor and Debtor in Possession

FILED & ENTERED

JUN 05 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JACKSON CORPORATION, a California corporation,<br><br>  Debtor and Debtor in Possession. | Case No.: LA 09-10594-VZ<br><br>(Chapter 11)<br><br>**ORDER EXTENDING PLAN EXCLUSIVITY PERIODS UNDER CHAPTER 11 U.S.C. SECTION 1121**<br><br>Date:   June 2, 2009<br>Time:  11:00 a.m.<br>Ctrm:   1368 |

The hearing on Debtor's Motion to Extend Plan Exclusivity Periods Under Chapter 11 U.S.C. Section 1121 (the "Motion") came on for hearing on June 2, 2009 at 11:00 a.m. in Courtroom "1368" before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge. Pursuant to this Court's tentative ruling, the Motion was granted and no oral argument or appearances were necessary.

The Court, upon consideration of the Notice of Motion and Motion, being fully advised and good cause appearing therefore, hereby

ORDERS AS FOLLOWS:

1. The 120-day exclusivity period within which Jackson Corporation, the Chapter 11 Debtor and Debtor in Possession ("Debtor") may file a Reorganization Plan under Sections 1121(b)

1  and 1121(c)(2) of the Bankruptcy Code, shall be extended approximately ninety (90) days to and including August 12, 2009; and

2.  The 180-day exclusivity period in which Debtor must secure acceptances of such Plan under Bankruptcy Code § 1121(c)(3), shall be extended approximately ninety (90) days to and including October 12, 2009.

###

DATED: June 5, 2009

_____
United States Bankruptcy Judge

127607.1  300795.0002

| In re: JACKSON CORPORATION, a California corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: LA 09-bk-10594-VZ |

**NOTE**: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **ORDER EXTENDING PLAN EXCLUSIVITY PERIODS UNDER CHAPTER 11 U.S.C. SECTION 1121** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 5, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 5, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 5, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 5, 2009 | /s/ Reece Holland |
|---|---|
| | Reece Holland |

1

## SERVICE LIST

Office of the U.S. Trustee
Attn: Dare Law, Esq.
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
Fax: (213) 894-2603

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023
Email: rlaski@wilshirellc.com
Fax: 323-269-1872
Ph: 323-269-8111

Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012
**Via Overnight Mail**

David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK
Via Email: david@jacksonexit.com
Fax: 011 44 121 422 0510

**Secured Creditors**

First Federal Bank
12555 W. Jefferson Blvd.
3rd Floor
Los Angeles, Ca. 90066
Attn: Linda Shreeves
Email: lshreeves@firstfedca.com
Fax: 310-302-5601
Phone: 310-302-5604

Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670
Fax: 626-301-9944
Phone: 800-564-1849

Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172
Fax: 415-315-2943
Phone: 800-955-8532

Volvo Car Finance North America
Dept. 193901
P.O. Box 55000

Detroit, MI 48255-1939
Fax: 615-315-3607
Phone: 800-955-8532

**Request for Special Ntc.**
Kathryn J. Halford, Esq.
Dana K. Kann, Esq.
Wohlner, Kaplon, Phillips Young & Cutter APC
15456 Ventura Blvd., Ste. 500
Sherman Oaks, CA 91403
Phone: (818) 501-8030
Fax: (818) 501-5306
Email: dkann@wkpyc.com

**Attorneys for Committee**
Scott C Clarkson, Esq.
Christine M. Fitzgerald, Esq.
Clarkson, Gore & Marsella, APLC
3424 Carson St Ste 350
Torrance, CA 90503
Phone: 310-542-0111
Fax : 310-214-7254
Email:
    sclarkson@lawcgm.com
    cfitzgerald@lawcgm.com

124557.1  300795.0002

**Twenty Largest Unsecured Creditors**

Rochester Metal
PO Box 488
616 Indiana Ave.
Rochester, IN 46975
Fax: 626-810-8433
Phone: 626-810-8400

Aluminio de Baja California
PO Box 1399
Chula Vista, CA 91912-1399
Fax: 011-52-664-636-1450
Phone: 619-308-7839

Com-Air Screw Machine Co.
11352 El Dorado Ave.
San Fernando, CA 91340
Fax: 818-361-8200
Phone: 818-361-0230

Loeb & Loeb
10110 Santa Monia Blvd
Suite 2200
Los Angeles, CA 90067
Fax: 310-282-2200
Phone: 310-282-2000

Gregg Industries
PO Box 689978
Milwaukee, WI 53268-9978
Fax: 626-575-3025
Phone: 626-575-7664

Glamour & Co., LTD
2F., No. 2, Lane 1
Qingtian St.
Taipei, Taiwan, R.O.C.
Fax: 011-8862-2395-5486
Phone: 626-357-0077

First Bankcard
PO Box 2814
Omaha, NE 68103-2814
Fax: 605-668-5335
Phone: 800-819-4249

Cox Die Casting
1528 W, 178th St.
Gardena, CA 90248
Fax: 310-532-8588
Phone: 310-532-7544

Askew
2920 Supply Ave.
Los Angeles, CA 90040
Fax: 323-201-5227
Phone: 323-727-7772

Vinanco Engineering Co.
20952 Itasca
Chatsworth, CA 91311
Fax: 818-700-0549
Phone: 818-387-5797

Roger Sanderson, Committee Chair
International Cargo West
555 East Ocean Blvd, Suite 220
Long Beach, 90802
Fax: 562-495-4855
Phone: 562-495-6511

Kent Landsberg
1900 W. University Dr.
Suite 101
Tempe, AZ 85281
Fax: 480-333-6661
Phone: 480-333-6720

Haas Factory Outlet
580 Madrid Ave.
Torrance, CA 90501
Fax: 310-381-0744
Phone: 310-381-0750

Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670
Fax: 562-941-2709
Phone: 562-941-1616

Stonefield Josephson, Inc.
2049 Century Park East
Los Angeles, CA 90067
Fax: 310-453-1187
Phone: 310-453-9400

Associated Builders Prod. Inc.
3963 Catalina Dr.
Marietta, GA 30066-2852
Fax: 770-517-8141
Phone: 770-517-8140

Best Way Stamping
14943 Desman Rd.
La Mirada, CA 90638
Fax: 714-994-2172
Phone: 714-994-1995

| | | |
|---|---|---|
| Epicor<br>18200 Von Karman<br>Suite 1000<br>Irvine, CA 92612<br>Fax: 949-585-4091<br>Phone: 949-585-4000 | Everest Metal Products Ltd.<br>17890 Castleton St. #109<br>Rowland Heights, CA 91748<br>Fax: 626-810-8433<br>Ph: 626-810-8400 | Fed-Ex National LTL<br>P.O. Box 95001<br>Lakeland, FL 33804-5001<br>Fax: 863-687-4707<br>Ph: 800-284-4544 x 5529 |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER EXTENDING PLAN EXCLUSIVITY PERIODS UNDER CHAPTER 11 U.S.C. SECTION 1121** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

124557.1  300795.0002

# SERVICE LIST

| **SERVED ELECTRONICALLY** | **SERVED BY MAIL** |
|---|---|
| DOUGLAS M. NEISTAT, ESQ.<br>GREENBERG & BASS LLP<br>16000 Ventura Boulevard, Suite 1000<br>Encino, California 91436 | First Federal Bank<br>12555 W. Jefferson Blvd.<br>3rd Floor<br>Los Angeles, Ca. 90066<br>Attn: Linda Shreeves |

Office of the U.S. Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Scott C Clarkson, Esq.
Christine M. Fitzgerald, Esq.
Clarkson, Gore & Marsella, APLC
3424 Carson St Ste 350
Torrance, CA 90503
Phone: 310-542-0111
Fax :    310-214-7254
Email: sclarkson@lawcgm.com
          cfitzgerald@lawcgm.com