# EXHIBIT A

RJL | 11/11/2009

## Exhibit A: Schedule of Claims and Amounts Owed for Original Plan of Reorganization

| | Class / Name | Scheduled Claims (Ch.11 Filing) Amount | Disputed Contingent Unliquidated | Filed Claims (Claims Bar Date: 5/29/09) Amount | Proof of Claim No. | Assumed for Original Plan Estimate as of Effective Date (assumed 4/1/10) | Footnote Comments (see below) |
|---|---|---|---|---|---|---|---|
| | **Administrative Claims: (Est. at Effective Date)** | | | | | | |
| 1 | Greenberg & Bass LLP | - | | | | 50,000.00 | |
| 2 | Clarkson, Gore & Marsella | - | | | | 25,000.00 | |
| 3 | Connolly Bove Lodge & Hutz LLP | | | | | 2,000.00 | |
| 4 | Prolman Associates | | | | | 18,000.00 | |
| 5 | Office of U.S. Trustee (OUST) | - | | | | 6,500.00 | |
| 5 | Clerk of the Court | - | | | | - | |
| | **Total Administrative Claims:** | - | | | | **101,500.00** | Note 1 |
| | | | | | | | |
| | **Priority Tax Claims: Sec. 507(a)(8)** | | | | | | |
| 1 | L.A. County Tax Collector | 10,269.20 | | 17,283.86 | 22 | - | |
| 2 | Internal Revenue Service | | | 13,569.95 | 7 | - | |
| 3 | Franchise Tax Board | | | 800.01 | 32+33 | - | |
| 4 | CA State Board of Equalization | | | 747.17 | 43 | 726.00 | |
| | **Total Priority Tax Claims:** | **10,269.20** | | **32,400.99** | | **726.00** | Note 2 |
| | | | | | | | |
| | **Class 1: Secured Claim- First Federal Bank** | | | | | | |
| 1 | First Federal Bank Revolving Loan | 2,116,758.00 | | | | 2,116,758.00 | |
| 2 | First Federal Bank Term Loan | 470,000.00 | | 473,074.61 | 40 | 470,000.00 | |
| 3 | Less: Unsecured portion of FFB Loans | | | | | (586,758.00) | Note 4 |
| | **Total Class 1: Secured Claims - FF Bank** | **2,586,758.00** | | | | **2,000,000.00** | Note 3 |
| | | | | | | | |
| | **Class 2: Secured Claim - Intech of CA** | | | | | | |
| 1 | Security Interest in Haas VF-4 machine | 72,000.00 | | | | 72,000.00 | |
| 2 | Less: Unsecured portion of Intech financing | | | | | (22,000.00) | Note 7 |
| | **Total Class 2: Secured Claims Intech** | **72,000.00** | | | | **50,000.00** | Note 7 |
| | | | | | | | |
| | **Class 3: Secured Claim - Ford Credit** | | | | | | |
| 1 | Secured Interest - 2005 Ford Freestyle | 14,738.64 | | | | - | |
| 2 | Less: Unsecured portion of Ford Credit | (5,038.64) | | | | | Note 5 |
| | **Total Class 3: Secured Claims Ford** | **9,700.00** | | | | - | Note 5 |
| | | | | | | | |
| | **Class 4: Secured Claim - Ford Credit** | | | | | | |
| 1 | Secured Interest - 2007 Ford 500 SEL | 8,873.73 | | 12,550.00 | 12 | 8,873.73 | |
| | **Total Class 4: Secured Claims Ford** | **8,873.73** | | | | **8,873.73** | Note 6 |
| | | | | | | | |
| | **Class 5: Secured Claim - Volvo Car Finance** | | | | | | |
| 1 | Sevured Interest - 2007 Volvo | 16,622.82 | | 16,000.00 | 10 | 16,000.00 | |
| | **Total Class 5: Secured Claims Volvo** | **16,622.82** | | **16,000.00** | | **16,000.00** | Note 8 |
| | | | | | | | |
| | **Class 6: Active Employees - Priority Wages, Salaries and Commissions: Sec. 507(a)(4)** | | | | | | |
| 1 | Alfaro, Victor | 384.57 | | | | 384.57 | |
| 2 | Benitez, Jose | 4,537.40 | | | | 4,537.40 | |
| 3 | Benitez, Sergio | - | | | | 436.72 | |
| 4 | Bustos, Jose (vacation + sick pay)) | 760.45 | | | | 760.45 | |
| 5 | Calderon, Nelson | 3,673.18 | | | | 3,673.18 | |
| 6 | Castro, George (priority part of claim) | 10,950.00 | | | | 10,950.00 | |
| 7 | Castro, Jose | - | | | | 1,350.71 | |
| 8 | Comparan, Juan | 3,171.61 | | | | 3,171.61 | |
| 9 | Cortez, Manuel | 107.75 | | | | 107.75 | |
| 10 | Diaz, Jose | 2,172.03 | | | | 2,172.03 | |
| 11 | Diaz, Lucas | 2,735.43 | | | | 2,735.43 | |
| 12 | Federico, Jose | 388.60 | | | | 388.60 | |
| 13 | Figueroa, Roberto | 4,929.33 | | | | 4,929.33 | |
| 14 | Galaviz, Ramon | 1,868.87 | | | | 1,868.87 | |
| 15 | Jovel, Oscar | 2,788.05 | | | | 2,788.05 | |
| 16 | Lopez, Refugio | 4,769.65 | | | | 4,769.65 | |
| 17 | Maciel, Antonio | 8,428.65 | | | | 8,428.65 | |
| 18 | Magana, Francisco | 165.46 | | | | 165.46 | |

## Exhibit A: Schedule of Claims and Amounts Owed for Original Plan of Reorganization

| | Class / Name | Scheduled Claims (Ch.11 Filing) Amount | Disputed Contingent Unliquidated | Filed Claims (Claims Bar Date: 5/29/09) Amount | Proof of Claim No. | Assumed for Original Plan Estimate as of Effective Date (assumed 4/1/10) | Footnote Comments (see below) |
|---|---|---|---|---|---|---|---|
| 19 | Marasco, Karen | 3,776.00 | | | | 3,776.00 | |
| 20 | Martinez, Alma | 1,154.49 | | | | 1,154.49 | |
| 21 | McCord, Randy | 9,841.08 | | | | 9,841.08 | |
| 22 | McGarity, Larry | 2,706.98 | | | | 2,706.98 | |
| 23 | Melendez, Juanie | 414.15 | | | | 414.15 | |
| 24 | Mendoza, Rafael | 77.92 | | | | 77.92 | |
| 25 | Miramontes, Jose | 1,602.23 | | | | 1,602.23 | |
| 26 | Nueva, Jose | 440.11 | | | | 440.11 | |
| 27 | Pollock, Joe | 124.72 | | | | 124.72 | |
| 28 | Quesada, Benjamin | 2,799.23 | | | | 2,799.23 | |
| 29 | Ramirez, Daniel | 1,318.11 | | | | 1,318.11 | |
| 30 | Rivera, Robert (priority part of claim) | 10,950.00 | | | | 10,950.00 | |
| 31 | Rodriguez, Saul | 1,478.02 | | | | 1,478.02 | |
| 32 | Sanabria, Juan | 2,935.21 | | | | 2,935.21 | |
| 33 | Santos, Sergio | 2,728.45 | | | | 2,728.45 | |
| 34 | Toledo, George | 5,746.50 | | | | 5,746.50 | |
| 35 | Tucker, Will | 4,223.70 | | | | 4,223.70 | |
| 36 | Valdez, Oscar | 1,546.53 | | | | 1,546.53 | |
| 37 | Villalpando, Hilda | 631.50 | | | | 631.50 | |
| 38 | Villalta, Jorge | 2,845.32 | | | | 2,845.32 | |
| 39 | Villalta, Jose C. | 4,169.24 | | | | 4,169.24 | |
| 40 | Villalta, Jose M. | 721.23 | | | | 721.23 | |
| 41 | Ward, Robert | 7,435.13 | | | | 7,435.13 | |
| | **Total Class 6:** Active Employees' Priority Claims | **121,496.88** | | | | **123,284.31** | Note 9 |
| | | | | | | - | |
| | **Class 7: Terminated Employees - Priority Wages, Salaries and Commissions: Sec. 507(a)(4)** | | | | | | |
| 1 | Aguirre, Arcadio (vacation) | 1,337.01 | | | | 1,337.01 | |
| 2 | Aguirre, Arcadio (sick pay) | 99.60 | | | | 99.60 | |
| 3 | Associated Builders Products (commission) | 10,950.00 | | 33,970.25 | 21 | 10,950.00 | |
| 4 | Barragan, Rigoberto (vacation) | 110.23 | | | | 110.23 | |
| 5 | Barragan, Rigoberto (sick pay) | 424.58 | | | | 424.58 | |
| 6 | David Brown (unpaid insider wages) | | | | | 10,950.00 | Note 13 |
| 7 | Helena Brown (unpaid insider wages) | | | | | 10,950.00 | Note 13 |
| 8 | Bunker, Terry | 8,159.39 | | | | 8,159.39 | |
| 6 | Chandra, Yahya | 4,495.77 | | | | - | |
| 7 | Corona, Ignacio | 64.12 | | | | 64.12 | |
| 8 | Estes Marketing (priority part of claim) | 10,950.00 | | | | 10,950.00 | |
| 9 | Hardware Services - Alabama (commission) | 2,808.83 | | | | 2,808.83 | |
| 10 | Hardware Services - Massachusetts (commission) | 10,950.00 | | | | 10,950.00 | |
| 11 | Hernandez, Armando | 1,876.09 | | | | 1,876.09 | |
| 12 | Hernandez, Ciro | 2,720.57 | | | | 2,720.57 | |
| 13 | Hernandez, Dario | 1,113.73 | | | | 1,113.73 | |
| 14 | Jason Glover | 3,878.71 | | | | 3,878.71 | |
| 15 | Liscano, Eduardo (vacation) | 5,878.14 | | | | 5,878.14 | |
| 16 | Liscano, Eduardo (sick pay) | 46.95 | | | | 46.95 | |
| 17 | Lopez, Edilberto (vacation) | 1,431.29 | | | | 1,431.29 | |
| 18 | Lopez, Edilberto (sick pay) | 247.20 | | | | 247.20 | |
| 19 | Lopez, Ladislao | 3,247.31 | | | | 3,247.31 | |
| 20 | Moreno, Frank | 3,972.05 | | | | 3,972.05 | |
| 21 | Mulder, Kelly | 378.07 | | | | 378.07 | |
| 22 | Nieves, Miguel | 163.16 | | | | 163.16 | |
| 23 | Northridge | 2,161.34 | | | | 2,161.34 | |
| 24 | Ramos, Aron (vacation) | 891.67 | | | | 891.67 | |
| 25 | Ramos, Aron (sick pay) | 99.60 | | | | 99.60 | |
| 26 | Rivadeneyra, Esther | 1,200.21 | | | | 1,200.21 | |
| 27 | Rivera, Jesus | 2,882.14 | | | | 2,882.14 | |
| 28 | Rodriquez, Ernest | 732.81 | | | | 732.81 | |
| 29 | Rodriquez, Gerardo Sr.(vacation) | 1,142.54 | | | | 1,142.54 | |
| 30 | Rodriquez, Gerardo Sr.(sick pay) | 99.60 | | | | 99.60 | |
| 31 | Romero, Luis Alonso | 1,277.87 | | | | 1,277.87 | |
| 32 | Ruiz, Enrique (vacation) | 4,869.97 | | | | 4,869.97 | |
| 33 | Ruiz, Enrique (sick pay) | 98.56 | | | | 98.56 | |
| 34 | Sanchez, Maximino | 1,453.79 | | | | 1,453.79 | |
| 35 | Torres, Florencio (vacation) | 867.70 | | | | 867.70 | |
| 36 | Torres, Florencio (sick pay) | 112.56 | | | | 112.56 | |
| 37 | Zuniga, Ana (vacation) | 1,608.50 | | | | 1,608.50 | |

## Exhibit A: Schedule of Claims and Amounts Owed for Original Plan of Reorganization

| | Class / Name | Scheduled Claims (Ch.11 Filing) Amount | Disputed Contingent Unliquidated | Filed Claims (Claims Bar Date: 5/29/09) Amount | Proof of Claim No. | Assumed for Original Plan Estimate as of Effective Date (assumed 4/1/10) | Footnote Comments (see below) |
|---|---|---|---|---|---|---|---|
| 38 | Zuniga, Ana (sick pay) | 295.68 | | | | 295.68 | |
| | **Total Class 7: Terminated Employees' Priority Claims** | **95,097.34** | | | | **112,501.57** | **Note 10** |
| | | | | | | | |
| | **Class 8: General Unsecured Claims** | | | | | | |
| | | | | | | | |
| | *Unsecured Portion of Secured Claims* | | | | | | |
| 1 | First Federal Bank (Unsecured Portion of Loans) | - | | | | 586,758.00 | Note 4 |
| 2 | Intech of California (unsecured portion) | - | | | | 22,000.00 | Note 7 |
| 3 | Ford Motor Credit (2005 Ford Freestyle) | 5,038.64 | | | | - | Note 5 |
| 4 | Ford Motor Credit (2007 Ford 500 SEL) | | | 2,280.86 | 12 | - | Note 6 |
| | *Subtotal - Unsecured Portion of Secured Claims* | *5,038.64* | | | | *608,758.00* | |
| | | | | | | | |
| | *NonPriority Portion of Wages and Commissions* | | | | | | |
| 5 | Associated Builders Products (commission) | 21,367.30 | | 33,970.25 | 21 | 23,020.25 | |
| 6 | Castro, George (vacation pay) | 2,659.61 | | | | 2,659.61 | |
| 7 | Estes Marketing (commission) | 79.16 | | | | 79.16 | |
| 8 | Hardware Services - Massachusetts (commission) | 9,193.72 | | | | 9,193.72 | |
| 9 | Rivera, Robert (vacation pay) | 4,811.68 | | | | 4,811.68 | |
| | *Subtotal - Nonpriority Wages & Commissions* | *38,111.47* | | | | *39,764.42* | Note 11 |
| | | | | | | | |
| | *Unsecured NonPriority Insider Claims* | | | | | | |
| 10 | David & Helena Brown (non-Priority portion) | 1,430,928.00 | | | | 1,409,028.00 | |
| | *Subtotal - Unsecured Insider Claims* | *1,430,928.00* | | | | *1,409,028.00* | Note 13 |
| | | | | | | | |
| | *Unsecured Vendor Claims* | | | | | | |
| 11 | ABF Freight | 17,996.58 | | 18,300.45 | 16 | 18,300.45 | |
| 12 | Accu-Cut | 2,278.88 | | | | 2,278.88 | |
| 13 | Alameda Medical Center | 76.00 | | | | 76.00 | |
| 14 | Alliance Bearing Ind. | 6,800.00 | | | | 6,800.00 | |
| 15 | Aluminio de Baja California | 110,070.58 | | | | 110,070.58 | |
| 16 | American Express | 4,080.39 | | | | 4,080.39 | |
| 17 | American Transportation Systems | 18,600.00 | | | | 18,600.00 | |
| 18 | Ammexx, Inc | 1,651.96 | | | | 1,651.96 | |
| 19 | Arcat | 12,465.00 | | | | 12,465.00 | |
| 20 | Arrowhead | 208.75 | | | | 208.75 | |
| 21 | Askew Hardware Products (credit committee) | 42,765.45 | | | | 42,765.45 | |
| 22 | Associated Locksmith of America | 550.00 | | | | 550.00 | |
| 23 | Baker Chartered Accountants | 7,866.00 | | | | 7,866.00 | |
| 24 | Bay Alarm | 3,346.81 | | | | 3,346.81 | |
| 25 | Best Way Stamping | 27,287.26 | | 31,790.39 | 4 | 31,790.39 | |
| 26 | Bronze-Way Plating & Polishing | 12,305.45 | | | | 12,305.45 | |
| 27 | Bronze-Way Powder Coating | 9,718.95 | | | | 9,718.95 | |
| 28 | Bureau of National Affairs Inc. | 1,347.71 | | | | 1,347.71 | |
| 29 | Cardinal Industrial Finishes | 2,015.00 | | | | 2,015.00 | |
| 30 | Cal-Star | 1,481.70 | | | | 1,481.70 | |
| 31 | Certified Steel Treating Corporation | 7,911.38 | | | | 7,911.38 | |
| 32 | Chandler Wire Products | 1,480.00 | | | | 1,480.00 | |
| 33 | Cintas Corporation #53 | 5,833.19 | | | | 5,833.19 | |
| 34 | Com-Air Screw Machine Co. | 103,890.79 | | | | 103,890.79 | |
| 35 | Command Access Technologies | 1,163.63 | | | | 1,163.63 | |
| 36 | Con-Way Western Express | 56.62 | | | | 56.62 | |
| 37 | Cox Die Casting | 50,972.02 | | 50,972.08 | 8+9 | 50,972.08 | Note 14 |
| 38 | Craig Welding Suppliers | 1,504.33 | | | | 1,504.33 | |
| 39 | Design & Construction Resources | 67.15 | | | | 67.15 | |
| 40 | Die Cast of America | 7,546.00 | | 7,447.44 | 25 | 7,447.44 | |
| 41 | Dreier Stein Kahan Browne Wood | 11,880.00 | | 12,555.00 | 34 | 12,555.00 | |
| 42 | Dyanco, Inc. | 492.91 | | | | 492.91 | |
| 43 | Earle M. Jorgensen Co. | 6,133.75 | | | | 6,133.75 | |
| 44 | Epicor | 26,594.46 | | 26,594.46 | 11 | 26,594.46 | |
| 45 | Euler Hermes ACI | 4,161.92 | | | | 4,161.92 | |
| 46 | Everest Metal Products Ltd. | 96,280.82 | | 349,637.91 | 27 | 96,280.82 | |
| 47 | Express Oil Company | 2,201.98 | | | | 2,201.98 | |
| 48 | Fed-Ex National LTL | 25,789.17 | | 25,789.17 | 17 | 25,789.17 | |
| 49 | First Bankcard (First National Bank of Omaha) | 58,606.33 | | 59,232.83 | 35 | 59,232.83 | |
| 50 | Food Craft Coffee | 383.22 | | | | 383.22 | |
| 51 | G.P. Resources, Inc. | 118.98 | | | | 118.98 | |
| 52 | Gladstone Finishing | 914.09 | | | | 914.09 | |

RJL | 11/11/2009

### Exhibit A: Schedule of Claims and Amounts Owed for Original Plan of Reorganization

| | Class / Name | Scheduled Claims (Ch.11 Filing) Amount | Disputed Contingent Unliquidated | Filed Claims (Claims Bar Date: 5/29/09) Amount | Proof of Claim No. | Assumed for Original Plan Estimate as of Effective Date (assumed 4/1/10) | Footnote Comments (see below) |
|---|---|---|---|---|---|---|---|
| 53 | Glamour & Co. LTD | 72,541.80 | | | | 72,541.80 | |
| 54 | Greer, Burns, & Crain, LTD | 22,485.70 | | 28,206.50 | 26 | 28,206.50 | |
| 55 | Gregg Industries | 81,440.50 | | | | 81,440.50 | |
| 56 | Haas Factory Outlet | 44,951.27 | | 44,741.77 | 15 | 44,741.77 | |
| 57 | Henry's Metal Polishing Works | 210.50 | | | | 210.50 | |
| 58 | Hewlett-Packard Company | 3,497.72 | | | | 3,497.72 | |
| 59 | Hi Tech Mold Co. Inc. | 16,194.62 | | | | 16,194.62 | |
| 60 | Home Depot | 1,367.40 | | | | 1,367.40 | |
| 61 | Huntington Park Rubber Stamp | 56.40 | | | | 56.40 | |
| 62 | Hydro Seal | 55.00 | | | | 55.00 | |
| 63 | Illusion Polish | 1,217.70 | | | | 1,217.70 | |
| 64 | Imtech of California | 5,980.76 | | | | 5,980.76 | |
| 65 | International Cargo West (credit committee) | 60,858.49 | | | | 60,858.49 | |
| 66 | International Extrusion | 2,946.52 | | | | 2,946.52 | |
| 67 | J.J. Keller & Associates | 204.60 | | | | 204.60 | |
| 68 | Jebron Limited | 261,837.74 | | | | 261,837.74 | |
| 69 | Kenco Platics/Inline Industries | 189.84 | | | | 189.84 | |
| 70 | Kent H. Landsberg Co. | 52,799.81 | | 52,799.81 | 31 | 52,799.81 | |
| 71 | Kimball Midwest | 1,978.21 | | | | 1,978.21 | |
| 72 | L.A. Rubber Co., Inc. | 4,102.25 | | | | 4,102.25 | |
| 73 | Loeb & Loeb | 85,772.28 | | | | 85,772.28 | |
| 74 | Lucas Group | 10,150.00 | | | | 10,150.00 | |
| 75 | M & Y Polishing | 1,117.45 | | | | 1,117.45 | |
| 76 | Marx Bros. Fire Extinguisher | 175.00 | | | | 175.00 | |
| 77 | McGraw Hill Construction Sweets | 213.43 | | | | 213.43 | |
| 78 | McMaster-Carr Supply | 186.13 | | | | 186.13 | |
| 79 | Mid-West Fabricating Company | 11,677.86 | | | | 11,677.86 | |
| 80 | Mid-West Glass Reps | 5,649.47 | | | | 5,649.47 | |
| 81 | Motion Industries | 3,595.23 | | | | 3,595.23 | |
| 82 | MSC Industrial Supply Company | 9,249.43 | | 6,790.37 | 13+19 | 6,790.37 | |
| 83 | Neopost Inc. | 294.43 | | | | 294.43 | |
| 84 | Office Depot | 5,753.02 | | 5,753.02 | 2 | 5,753.02 | |
| 85 | Oparc | 888.36 | | | | 888.36 | |
| 86 | Orange County Spring Mfg. | 19,887.00 | | | | 19,887.00 | |
| 87 | Peck Engineering Inc. | 1,402.84 | | | | 1,402.84 | |
| 88 | Peter Brown | 100,241.00 | | 100,832.87 | 14 | 100,832.87 | |
| 89 | Pioneer Diecasters | 5,180.40 | | | | 5,180.40 | |
| 90 | Plasidyne Eng. & Mfg. Inc. | 15,400.00 | | | | 15,400.00 | |
| 91 | Precision Powdered Metal | 13,085.00 | | | | 13,085.00 | |
| 92 | Quick-Way Stamping Inc. | 146.68 | | | | 146.68 | |
| 93 | Quill | 138.55 | | | | 138.55 | |
| 94 | R & E Plating | 10,478.60 | | | | 10,478.60 | |
| 95 | R.S. Hughes | 764.46 | | | | 764.46 | |
| 96 | Roadway Express | 3,172.53 | | 3,172.53 | 29 | 3,172.53 | |
| 97 | Rochester Metal | 353,687.46 | | | | 353,687.46 | |
| 98 | Rollrite | 2,643.30 | | | | 2,643.30 | |
| 99 | Rosemead Oil Products, Inc. | 10,164.00 | | | | 10,164.00 | |
| 100 | S.C.G.I. | 2,500.00 | | | | 2,500.00 | |
| 101 | S.L. Fusco | 1,212.40 | | | | 1,212.40 | |
| 102 | Salco Dynamics | 1,933.80 | | | | 1,933.80 | |
| 103 | Santoshi | 367.50 | | | | 367.50 | |
| 104 | Seeing-Green.Com | 2,170.18 | | | | 2,170.18 | |
| 105 | Show Perfect, Inc. | 2,000.00 | | | | 2,000.00 | |
| 106 | Sign It | 636.35 | | | | 636.35 | |
| 107 | South Bay Tool & Gage | 18,795.11 | | | | 18,795.11 | |
| 108 | South Coast Air Quality Mgt. | 402.21 | | | | 402.21 | |
| 109 | Southern California Metals (credit committee) | 44,811.61 | | 44,811.61 | 30 | 44,811.61 | |
| 110 | Stonefield Josephson, Inc. | 30,513.01 | | 29,977.67 | 3 | 29,977.67 | |
| 111 | Stump Electric Co. Inc. | 120.22 | | | | 120.22 | |
| 112 | Superior Spring | 8,632.30 | | 8,632.30 | 24 | 8,632.30 | |
| 113 | Thomas Publishing Company | 3,000.00 | | 3,000.00 | 20 | 3,000.00 | |
| 114 | Tri Jay Heat Treating | 7,891.89 | | 7,891.89 | 18 | 7,891.89 | |
| 115 | Tru-Form | 3,870.95 | | | | 3,870.95 | |
| 116 | UL DQS Inc. | 6,421.80 | | 6,421.80 | 28 | 6,421.80 | |
| 117 | Underwriters Laboratories | 2,800.00 | | | | 2,800.00 | |
| 118 | United Parcel Service | 6,628.60 | | 5,011.53 | 23 | 5,011.53 | |
| 119 | Universal Waste Systems, Inc. | 5,116.01 | | | | 5,116.01 | |
| 120 | Vinanco Engineering Co. | 80,164.25 | | | | 80,164.25 | |

RJL | 11/11/2009

## Exhibit A: Schedule of Claims and Amounts Owed for Original Plan of Reorganization

| | Class / Name | Scheduled Claims (Ch.11 Filing) Amount | Disputed Contingent Unliquidated | Filed Claims (Claims Bar Date: 5/29/09) Amount | Proof of Claim No. | Assumed for Original Plan - Estimate as of Effective Date (assumed 4/1/10) | Footnote Comments (see below) |
|---|---|---|---|---|---|---|---|
| 121 | Western Exterminators | 360.00 | | | | 360.00 | |
| 122 | Western Gasket & packing | 3,796.50 | | | | 3,796.50 | |
| 123 | Yamazen Inc. | - | | | | - | |
| 124 | Wells Fargo Bank, N.A. | | | 1,311.49 | 1 | - | |
| 125 | Citibank (South Dakota) N.A. | | | 1,595.35 | 5 | - | |
| 126 | Fedex Customer Info. Svc. | | | 55,382.74 | 6 | 55,382.74 | |
| | *Subtotal - Unsecured Vendor Claims* | *2,237,070.64* | | | | *2,299,955.08* | |
| | **Total Class 8: General Unsecured Claims** | **3,711,148.75** | | | | **4,357,505.50** | |
| | ***Column Totals:*** | ***6,631,966.72*** | | | | ***6,770,391.11*** | |

| No. | Footnotes / Comments: |
|---|---|
| 1 | All Administrative Claims to be paid in full within normal payment terms and not more than 60 days after the Effective Date. |
| 2 | All Taxes determined to be due will be paid in full within 90 days after the Effective Date |
| 3 | Secured portion of First Federal Loans to be Converted to 10-Year Secured Note with principal balance of $2,000,000. Payable in monthly installments of interest for first year and principal and interest for the remaining period of the Note. Note will be Paid as interest-only at 5.5% until the company has cash flow available to start paying principal in Year 2. Monthly interest-only payments at 5.5% would start on the Effective Date (assumed to be 4/1/10). If sufficient cash flow, beginning in Year 2 - start 10 year amprtization with monthly payments of principal and interest at 5.5% |
| 4 | First Federal Bank Remaining Loan Balances are reclassified as General Unsecured Credit (line 120) |
| 5 | 2005 Ford Freestyle was in a pre-petition total-loss accident. Chubb Insurance paid Ford Credit directly for full amount of loan. |
| 6 | 2007 Ford 500 SEL is fully secured and will be retained by Debtor. Monthly payments of $452.00 will continue to be made according to original loan terms. |
| 7 | Debtor will continue to pay the scheduled monthly payments of $1,580.00 until secured value of machine is paid. Remaining Balance reclassified as General Unsecured Credit (line 121) |
| 8 | 2007 Volvo S40 is fully secured and will be retained by Debtor. Monthly payments of $489.63 will continue to be made according to original loan terms. |
| 9 | Individuals that are employed by the Debtor on the Effective Date will have their pre-petition vacation & sick pay added to their post petition PTO balance. These amounts will be paid with normal payroll in during 2010. |
| 10 | Individuals not employes by Debtor on the Effective Date and commissioned salesmen will be paid their priority claim in four quarterly payments at the end of the first four quarters or sooner if the funds are available. |
| 11 | Non Priority portion of Class 7 claims will be treated as General Unsecured Claims |
| 12 | A Trust for the Benefit of Unsecured Creditors will be created and 100% of the equity of the Debtor corporation will be transferred to that trust. Each unsecured creditor will have a prorata share of the voting power and distribution rights of the Trust. |
| 13 | Non Priority portion of Insider Unsecured Claims will be treated as General unsecured Claims |
| 14 | Claims Number 8 and 9 are Duplicate claims for the same amount. |

Exhibit A, p. 5

# EXHIBIT B

## JACKSON CORPORATION - D.I.P.
## Reorganization Plan Cash Flow and Distribution Summary

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 10 Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | |
| Receivable Collections (99% of sales) | 5,935,050 | 6,172,452 | 6,419,350 | 6,676,124 | 6,943,169 | 7,220,896 | 7,509,731 | 7,810,120 | 8,122,524 | 8,447,425 | 71,256,842 |
| **Operating Expenses** | | | | | | | | | | | |
| Materials, Freight, & Overheads | 2,374,067 | 2,458,019 | 2,544,999 | 2,635,118 | 2,728,492 | 2,825,240 | 2,925,486 | 3,029,359 | 3,136,992 | 3,248,524 | 27,906,296 |
| Payroll & Taxes - Factory | 1,093,338 | 1,137,072 | 1,182,554 | 1,229,856 | 1,279,051 | 1,330,213 | 1,383,421 | 1,438,758 | 1,496,308 | 1,556,160 | 13,126,731 |
| Payroll & Taxes - Office | 859,051 | 893,413 | 929,150 | 966,316 | 1,004,968 | 1,045,167 | 1,086,974 | 1,130,453 | 1,175,671 | 1,222,698 | 10,313,861 |
| Payroll & Taxes - Executive | 156,000 | 156,000 | 156,000 | 156,000 | 156,000 | 156,000 | 156,000 | 156,000 | 156,000 | 156,000 | 1,560,000 |
| Benefits | 547,310 | 569,202 | 591,970 | 615,649 | 640,275 | 665,886 | 692,522 | 720,223 | 749,032 | 778,994 | 6,571,063 |
| Insurance | 147,057 | 151,469 | 156,013 | 160,693 | 165,514 | 170,479 | 175,593 | 180,861 | 186,287 | 191,876 | 1,685,842 |
| CAPEX & Equip. Maintenance | 40,000 | 41,600 | 43,264 | 44,995 | 46,795 | 48,667 | 50,614 | 52,639 | 54,745 | 56,935 | 480,254 |
| Lease Payments | 48,960 | 49,939 | 50,938 | 51,957 | 52,996 | 54,056 | 55,137 | 56,240 | 57,365 | 58,512 | 536,100 |
| Utilities | 146,816 | 151,220 | 155,757 | 160,430 | 165,243 | 170,200 | 175,306 | 180,565 | 185,982 | 191,561 | 1,683,080 |
| Property Taxes | 27,277 | 28,095 | 28,938 | 29,806 | 30,700 | 31,621 | 32,570 | 33,547 | 34,553 | 35,590 | 312,697 |
| Marketing & Promotions | 107,649 | 112,631 | 117,846 | 123,306 | 129,021 | 134,536 | 140,298 | 146,320 | 152,613 | 159,190 | 1,323,410 |
| Professional Fees | 40,000 | 41,960 | 43,940 | 45,939 | 47,958 | 49,998 | 52,058 | 54,139 | 56,240 | 58,362 | 490,594 |
| Other Expenses | 155,380 | 160,139 | 165,044 | 170,101 | 175,313 | 180,687 | 186,226 | 191,936 | 197,823 | 203,890 | 1,786,539 |
| **Total Operating Expenses** | 5,742,905 | 5,950,759 | 6,166,413 | 6,390,166 | 6,622,326 | 6,862,750 | 7,112,205 | 7,371,040 | 7,639,611 | 7,918,292 | 67,776,467 |
| | | | | | | | | | | | |
| Operating Receipts Less Expenses | 192,145 | 221,693 | 252,937 | 285,958 | 320,843 | 358,146 | 397,526 | 439,080 | 482,913 | 529,133 | 3,480,373 |
| | | | (0) | | 0 | | | (0) | | | |
| **Annual Chapter 11 Payments** | | | | | | | | | | | |
| US Trustee Fees | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 260,000 |
| Administrative Claims | 101,500 | | | | | | | | | | 101,500 |
| Priority Tax Claims | 726 | | | | | | | | | | 726 |
| Class 1 - First Federal | 113,000 | 196,000 | 227,000 | 260,463 | 260,463 | 260,463 | 260,463 | 260,463 | 260,463 | 260,463 | 2,359,241 |
| Class 2 - Intech of CA | Included in Operating income & Class 8 | | | | | | | | | | |
| Class 3 - Ford Credit (Freestyle) | Paid in full | | | | | | | | | | |
| Class 4 - Ford Credit (500 SEL) | Included in Operating income | | | | | | | | | | |
| Class 5 - Volvo Finance | Included in Operating income | | | | | | | | | | |
| Class 6 - Priority Wages Active | Included in Operating income | | | | | | | | | | |
| Class 7 - Priority Terminated | | | | | 34,000 | 72,000 | 6,501 | | | | 112,500 |
| Class 8 - General Unsecured | | | | | | | 104,000 | 153,000 | 196,000 | 243,000 | 696,000 |
| Class 9 - Equity | No Payments | | | | | | | | | | - |
| | | | | | | | | | | | |
| **Total Chapter 11 Payments** | 241,226 | 222,000 | 253,000 | 286,463 | 320,463 | 358,463 | 396,964 | 439,463 | 482,463 | 529,463 | 3,529,968 |
| | | | | | | | | | | | |
| Net Annual Cash Flow | (49,081) | (307) | (63) | (505) | 380 | (317) | 562 | (383) | 450 | (330) | (49,593) |
| | | | | | | | | | | | |
| **Cash Summary** | | | | | | | | | | | |
| Beginning Cash Balance | 250,000 | 200,919 | 200,612 | 200,549 | 200,044 | 200,424 | 200,107 | 200,669 | 200,286 | 200,736 | 250,000 |
| Plus: Annual Cash flow | (49,081) | (307) | (63) | (505) | 380 | (317) | 562 | (383) | 450 | (330) | (49,593) |
| Ending Cash Balance | 200,919 | 200,612 | 200,549 | 200,044 | 200,424 | 200,107 | 200,669 | 200,286 | 200,736 | 200,407 | 200,407 |

Exhibit B, p. 6

# EXHIBIT C

## JACKSON CORPORATION - D.I.P.
## 10 Year Forecast Income Statement

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 10 Year Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | |
| Total Sales | 5,636,205 | 5,995,000 | 6,234,800 | 6,484,192 | 6,743,560 | 7,013,302 | 7,293,834 | 7,585,587 | 7,889,010 | 8,204,570 | 8,532,753 | 71,976,608 |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Materials | 924,701 | 991,427 | 1,031,084 | 1,072,327 | 1,115,220 | 1,159,829 | 1,206,222 | 1,254,471 | 1,304,650 | 1,356,836 | 1,411,109 | 11,903,175 |
| Freight | 317,526 | 317,180 | 326,695 | 336,496 | 346,591 | 356,989 | 367,699 | 378,730 | 390,092 | 401,795 | 413,849 | 3,636,116 |
| Allocated Labor | 1,488,875 | 1,615,838 | 1,680,472 | 1,747,691 | 1,817,599 | 1,890,303 | 1,965,915 | 2,044,552 | 2,126,334 | 2,211,387 | 2,299,842 | 19,399,933 |
| Union Benefits | 253,880 | 268,356 | 279,090 | 290,254 | 301,864 | 313,939 | 326,497 | 339,557 | 353,139 | 367,265 | 381,956 | 3,221,917 |
| Overhead Costs | 691,718 | 783,356 | 807,348 | 831,568 | 856,515 | 882,210 | 908,676 | 935,936 | 964,014 | 992,934 | 1,022,722 | 8,985,756 |
| CAPEX & Equip. Maintenance | 22,901 | 40,000 | 41,600 | 43,264 | 44,995 | 46,795 | 48,667 | 50,614 | 52,639 | 54,745 | 56,935 | 480,254 |
| Other | 247,220 | 281,627 | 292,892 | 304,608 | 316,792 | 329,464 | 342,643 | 356,349 | 370,603 | 385,427 | 400,844 | 3,381,249 |
| **Total Cost of Goods Sold** | 3,946,821 | 4,298,261 | 4,459,181 | 4,626,208 | 4,799,576 | 4,979,529 | 5,166,319 | 5,360,209 | 5,561,471 | 5,770,389 | 5,987,257 | 51,008,400 |
| **Gross Profit** | 1,689,384 | 1,696,739 | 1,775,619 | 1,857,984 | 1,943,984 | 2,033,773 | 2,127,515 | 2,225,378 | 2,327,539 | 2,434,181 | 2,545,496 | 20,968,208 |
| **General & Administrative Expenses** | | | | | | | | | | | | |
| **Payroll & Benefits** | | | | | | | | | | | | |
| Payroll & Payroll Taxes | 1,846,257 | 1,952,389 | 2,030,485 | 2,111,704 | 2,196,172 | 2,284,019 | 2,375,380 | 2,470,395 | 2,569,211 | 2,671,979 | 2,778,858 | 23,440,592 |
| Benefits | 261,408 | 278,954 | 290,112 | 301,716 | 313,785 | 326,336 | 339,389 | 352,965 | 367,084 | 381,767 | 397,038 | 3,349,145 |
| Other payroll costs | 22,217 | 23,191 | 23,887 | 24,604 | 25,342 | 26,102 | 26,885 | 27,692 | 28,523 | 29,379 | 30,260 | 265,865 |
| Outside Salesmen | 70,880 | 67,638 | 71,020 | 74,571 | 78,300 | 82,215 | 86,326 | 90,642 | 95,174 | 99,933 | 104,930 | 850,749 |
| Less: Allocated to inventory | (1,488,875) | (1,615,838) | (1,680,472) | (1,747,691) | (1,817,599) | (1,890,303) | (1,965,915) | (2,044,552) | (2,126,334) | (2,211,387) | (2,299,842) | (19,399,933) |
| **Total Payroll & Benefits** | 711,887 | 706,334 | 735,032 | 764,904 | 796,000 | 828,369 | 862,065 | 897,142 | 933,658 | 971,671 | 1,011,244 | 8,506,419 |
| **Facility & Administrative Costs** | | | | | | | | | | | | |
| Lease Payments | 48,000 | 48,960 | 49,939 | 50,938 | 51,957 | 52,996 | 54,056 | 55,137 | 56,240 | 57,365 | 58,512 | 536,100 |
| Property Taxes | 29,883 | 27,277 | 28,095 | 28,938 | 29,806 | 30,700 | 31,621 | 32,570 | 33,547 | 34,553 | 35,590 | 312,697 |
| Utilities | 145,829 | 146,816 | 151,220 | 155,757 | 160,430 | 165,243 | 170,200 | 175,306 | 180,565 | 185,982 | 191,561 | 1,683,080 |
| Computer & Office Exp | 104,293 | 116,380 | 119,871 | 123,467 | 127,171 | 130,986 | 134,916 | 138,963 | 143,132 | 147,426 | 151,849 | 1,334,161 |
| Insurance | 152,203 | 147,057 | 151,469 | 156,013 | 160,693 | 165,514 | 170,479 | 175,593 | 180,861 | 186,287 | 191,876 | 1,685,842 |
| Licenses & Fees | 7,315 | 6,064 | 6,246 | 6,433 | 6,626 | 6,825 | 7,030 | 7,241 | 7,458 | 7,682 | 7,912 | 69,517 |
| Advertising & Marketing | 65,987 | 40,011 | 41,611 | 43,275 | 45,006 | 46,806 | 48,210 | 49,656 | 51,146 | 52,680 | 54,260 | 472,661 |
| CEO & Professional Fees | 187,000 | 196,000 | 197,960 | 199,940 | 201,939 | 203,958 | 205,998 | 208,058 | 210,139 | 212,240 | 214,362 | 2,050,594 |
| Travel & meals | 11,985 | 9,745 | 10,135 | 10,540 | 10,962 | 11,400 | 11,856 | 12,330 | 12,823 | 13,336 | 13,869 | 116,996 |
| Bad Debt Expense | | 59,950 | 62,348 | 64,842 | 67,436 | 70,133 | 72,938 | 75,856 | 78,890 | 82,046 | 85,328 | 719,766 |
| **Total Facility Costs** | 752,495 | 798,260 | 818,894 | 840,143 | 862,026 | 884,561 | 907,304 | 930,710 | 954,801 | 979,597 | 1,005,119 | 8,981,414 |
| **Total G & A Expenses** | 1,464,382 | 1,504,594 | 1,553,926 | 1,605,047 | 1,658,026 | 1,712,930 | 1,769,369 | 1,827,852 | 1,888,459 | 1,951,268 | 2,016,363 | 17,487,833 |
| **EBITDA (Net Cash Generated)** | 225,002 | 192,145 | 221,693 | 252,937 | 285,958 | 320,843 | 358,146 | 397,526 | 439,080 | 482,913 | 529,133 | 3,480,375 |
| **Other Expenses** | | | | | | | | | | | | |
| Interest | 177,627 | 135,464 | 125,112 | 114,012 | 102,109 | 89,347 | 75,661 | 60,986 | 45,251 | 28,377 | 10,284 | 786,603 |
| Depreciation | 238,847 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 2,500,000 |
| Chapt 11 CEO & Prof fees | 288,000 | | | | | | | | | | | |
| US Trustee Fees | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 26,000 | 260,000 |
| **Total Other Expenses** | 730,474 | 411,464 | 401,112 | 390,012 | 378,109 | 365,347 | 351,661 | 336,986 | 321,251 | 304,377 | 286,284 | 3,546,603 |
| **Net Income** | (505,472) | (219,319) | (179,419) | (137,075) | (92,151) | (44,504) | 6,485 | 60,540 | 117,829 | 178,536 | 242,849 | (66,228) |
| Gross Margin % | 30.0% | 28.3% | 28.5% | 28.7% | 28.8% | 29.0% | 29.2% | 29.3% | 29.5% | 29.7% | 29.8% | 29.1% |
| Payroll & Benefits to Sales | 39.0% | 38.7% | 38.7% | 38.7% | 38.8% | 38.8% | 38.8% | 38.8% | 38.8% | 38.8% | 38.8% | 38.8% |
| EBITDA to Sales | 4.0% | 3.2% | 3.6% | 3.9% | 4.2% | 4.6% | 4.9% | 5.2% | 5.6% | 5.9% | 6.2% | 4.8% |
| Net Income to Sales | -9.0% | -3.7% | -2.9% | -2.1% | -1.4% | -0.6% | 0.1% | 0.8% | 1.5% | 2.2% | 2.8% | -0.1% |
| Capital Expenditures | 20,815 | | | | | | | | | | | |

# EXHIBIT D

# Jackson Corporation - D.I.P.
# Balance Sheet at 1-12-09

## ASSETS

**Current Assets:**
| | |
|---|---:|
| Cash and Equivalents | 103,095 |
| Accounts Receivable | 630,944 |
| Inventory | 2,126,558 |
| **Total Current Assets** | **2,860,597** |

**Machinery, Patterns & Equipment**
| | |
|---|---:|
| Production Machinery | 1,629,265 |
| Patterns & Tooling | 661,422 |
| Demonstration Equipment | 83,000 |
| Automobiles | 28,200 |
| Furniture & Office Equipment | 20,000 |
| Computer Equipment | 20,000 |
| Leasehold Improvements | 10,000 |
| **Total Machinery, Patterns & Equipment** | **2,451,887** |

| | |
|---|---:|
| **Patents & Intellectual Property** | **250,000** |
| **TOTAL ASSETS** | **5,562,484** |

## LIABILITIES AND STOCKHOLDERS' EQUITY

**Liabilities**
| | |
|---|---:|
| Accounts Payable & Unsecured Liabilities | 2,237,071 |
| Accrued Expenses | 264,975 |
| Shareholder Notes Payable | 1,430,928 |
| First Federal Bank - Secured Loans | 2,586,758 |
| Other Secured Liabilities | 112,235 |
| **Total Liabilities** | **6,631,967** |
| **Stockholders' Equity** | **(1,069,483)** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **5,562,484** |

**EXHIBIT E**

# Jackson Corporation D.I.P.
# Balance Sheet - October 31, 2009

|  | Book Value 10/31/09 | Liquidation Value | |
|---|---:|---:|---|
| **ASSETS** | | | |
| **Current Assets:** | | | |
| Cash | 113,586 | 138,000 | |
| Accounts Receivable | 787,567 | 500,000 | (1) |
| Inventory | 1,801,033 | 400,000 | (2) |
| Deposits & Prepaid Expenses | 68,613 | 40,000 | (3) |
| **Total Current Assets** | **2,770,799** | **1,078,000** | |
| **Machinery, Patterns & Equipment** | | | |
| Production Machinery | 1,612,910 | 160,000 | (4) |
| Patterns & Tooling | 500,000 | 1,000 | (5) |
| Demonstration Equipment | 80,000 | 10,000 | (6) |
| Automobiles | 28,000 | 20,000 | |
| Furniture & Office Equipment | 20,000 | 500 | (7) |
| Computer Equipment | 20,000 | 0 | (7) |
| Leasehold Improvements | 16,675 | 0 | (8) |
| **Total Machinery, Patterns & Equipment** | **2,277,585** | **191,500** | |
| **Patents & Intellectual Property** | **250,000** | **100,000** | (9) |
| **TOTAL ASSETS** | **5,298,384** | **1,369,500** | |
| | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Liabilities** | | | |
| Accounts Payable | 25,504 | 23,355 | |
| Taxes Payable | 180 | 1,572 | |
| Accrued Expenses & Wind down costs | 191,438 | 350,000 | |
| First Federal Bank Liabilities | 2,576,758 | 2,576,758 | |
| Other Secured Liabilities | 112,235 | 112,235 | |
| Unsecured Creditors | 3,932,974 | 3,932,974 | |
| **Total Liabilities** | **6,839,089** | **6,996,894** | |
| **Stockholders' Equity** | **(1,540,705)** | **(5,627,394)** | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **5,298,384** | **1,369,500** | |

**Footnotes (values as of 10/31/09, by Richard Laski, acting CEO, based on awareness of market)**
(1) Collectability of receivables will be severely impared if company is liquidated.
(2) Inventory other than finished goods will have scrap value at liquidation.
(3) Prepayments for manufacturing materials will have minimal value if orders are canceled.
(4) Liquidation value of used production machinery is extremely low in current economy
(5) Patterns & Tooling have a nominal value if production is discontinued.
(6) Trade show equipment has significantly reduced value if company is liquidated
(7) Office equipment and computer system have a nominal liquidation value
(8) Leasehold improvements have no value when lease is terminated
(9) Patents and trade names could be sold in liquidation for a significantly reduced value.

Exhibit E, p. 9

**EXHIBIT F**

# JACKSON CORPORATION - D.I.P.
## 2009 Forecast Income Statement

| | ACTUAL | | | | | | | | | | FORECAST | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| **Sales** | | | | | | | | | | | | | |
| Total Sales | 341,227 | 534,265 | 600,629 | 433,630 | 417,208 | 403,660 | 493,393 | 530,115 | 477,104 | 493,986 | 455,000 | 455,988 | 5,636,205 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Materials | 29,531 | 57,862 | 101,366 | 75,180 | 81,699 | 78,095 | 117,833 | 69,262 | 80,748 | 85,925 | 73,600 | 73,600 | 924,701 |
| Freight | 4,277 | 34,664 | 31,857 | 21,695 | 27,497 | 21,991 | 31,010 | 33,468 | 34,521 | 29,346 | 23,600 | 23,600 | 317,526 |
| Allocated Labor | 80,185 | 166,817 | 139,566 | 128,672 | 131,035 | 117,000 | 125,100 | 114,200 | 116,400 | 115,500 | 127,200 | 127,200 | 1,488,875 |
| Union Benefits | 3,503 | 20,960 | 21,039 | 38,496 | 21,693 | 21,497 | 20,978 | 21,238 | 21,238 | 21,238 | 21,000 | 21,000 | 253,880 |
| Overhead Costs | 109,600 | 17,994 | 80,359 | 44,455 | 62,831 | 54,504 | 75,943 | 72,050 | 34,218 | 16,564 | 61,600 | 61,600 | 691,718 |
| Equipment Maintenance | | 397 | 1,926 | | | 7,172 | 1,175 | 2,285 | 5,245 | 701 | 2,000 | 2,000 | 22,901 |
| Outside Processing & Other | 11,763 | 27,864 | 27,141 | 20,571 | 16,370 | 22,549 | 17,337 | 18,965 | 17,678 | 24,831 | 20,600 | 21,551 | 247,220 |
| Total Cost of Goods Sold | 238,859 | 326,558 | 403,254 | 329,069 | 341,125 | 322,808 | 389,376 | 331,468 | 310,048 | 294,105 | 329,600 | 330,551 | 3,946,821 |
| **Gross Profit** | 102,368 | 207,707 | 197,375 | 104,561 | 76,083 | 80,852 | 104,017 | 198,647 | 167,056 | 199,881 | 125,400 | 125,437 | 1,689,384 |
| **General & Administrative Expenses** | | | | | | | | | | | | | |
| **Payroll & Benefits** | | | | | | | | | | | | | |
| Payroll & Payroll Taxes | 107,327 | 173,423 | 158,088 | 143,825 | 174,828 | 156,051 | 166,834 | 152,196 | 155,190 | 153,895 | 152,300 | 152,300 | 1,846,257 |
| Benefits | 1,184 | 42,874 | 22,018 | 22,122 | 22,175 | 22,062 | 20,229 | 21,518 | 21,448 | 21,578 | 22,100 | 22,100 | 261,408 |
| Other payroll costs | 1,175 | | 3,179 | 1,035 | 2,914 | 2,207 | 2,368 | 1,585 | 1,923 | 2,231 | 1,800 | 1,800 | 22,217 |
| Outside Salesmen | | | | 5,138 | 6,854 | 7,284 | 10,213 | 9,129 | 11,327 | 8,135 | 6,400 | 6,400 | 70,880 |
| Less: Allocated to inventory | (80,185) | (166,817) | (139,566) | (128,672) | (131,035) | (117,000) | (125,100) | (114,200) | (116,400) | (115,500) | (127,200) | (127,200) | (1,488,875) |
| Total Payroll & Benefits | 29,501 | 49,480 | 43,719 | 43,448 | 75,736 | 70,604 | 74,544 | 70,228 | 73,488 | 70,339 | 55,400 | 55,400 | 711,887 |
| **Facility costs** | | | | | | | | | | | | | |
| Lease Payments | | | 12,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 48,000 |
| Property Taxes | | 10,783 | | | | | | 17,510 | 1,590 | | | | 29,883 |
| Utilities | 14,860 | 18,277 | 10,018 | 10,189 | 8,508 | 10,109 | 10,579 | 10,368 | 10,961 | 17,960 | 12,000 | 12,000 | 145,829 |
| Computer & Office Exp | 6,586 | 7,613 | 8,371 | 9,666 | 10,954 | 11,773 | 5,666 | 8,657 | 6,986 | 9,621 | 9,200 | 9,200 | 104,293 |
| Insurance | 42,281 | 14,066 | 26,200 | (32,291) | 992 | 19,652 | 12,874 | 15,502 | 15,624 | 13,703 | 11,800 | 11,800 | 152,203 |
| Licenses & Fees | | | 384 | 880 | 182 | 1,392 | 799 | 365 | | 2,413 | 450 | 450 | 7,315 |
| Advertising & Marketing | | | | | | 8,844 | 6,391 | 13,740 | 6,591 | 19,421 | 5,500 | 5,500 | 65,987 |
| CEO & Professional Fees | | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 187,000 |
| Travel & meals | 2,309 | 190 | 2,447 | 363 | 53 | 2,168 | 340 | 2,716 | 271 | 528 | 300 | 300 | 11,985 |
| Total Facility Costs | 66,036 | 67,929 | 76,420 | 9,807 | 41,689 | 74,938 | 57,649 | 89,858 | 63,023 | 84,646 | 60,250 | 60,250 | 752,495 |
| **Total G & A Expenses** | 95,537 | 117,409 | 120,139 | 53,255 | 117,425 | 145,542 | 132,193 | 160,086 | 136,511 | 154,985 | 115,650 | 115,650 | 1,464,382 |
| **EBITDA (Net Cash Generated)** | 6,831 | 90,298 | 77,236 | 51,306 | (41,342) | (64,690) | (28,176) | 38,561 | 30,545 | 44,896 | 9,750 | 9,787 | 225,002 |
| **Other Expenses** | | | | | | | | | | | | | |
| Interest | 10,322 | 24,085 | 5,233 | 15,053 | 15,555 | 15,053 | 15,555 | 15,555 | 15,053 | 15,555 | 15,053 | 15,555 | 177,627 |
| Depreciation | | 20,197 | 21,865 | 21,865 | 21,865 | 21,865 | 21,865 | 21,865 | 21,865 | 21,865 | 21,865 | 21,865 | 238,847 |
| Chapt 11 CEO & Prof fees | | 32,000 | 31,000 | 11,000 | 11,000 | 18,000 | 33,000 | 31,000 | 31,000 | 38,000 | 26,000 | 26,000 | 288,000 |
| US Trustee Fees | | | | 6,500 | | | 6,500 | | | 6,500 | | 6,500 | 26,000 |
| Total Other Expenses | 10,322 | 76,282 | 58,098 | 54,418 | 48,420 | 54,918 | 76,920 | 68,420 | 67,918 | 81,920 | 62,918 | 69,920 | 730,474 |
| **Net Income** | (3,491) | 14,016 | 19,138 | (3,112) | (89,762) | (119,608) | (105,096) | (29,859) | (37,373) | (37,024) | (53,168) | (60,133) | (505,472) |
| Gross Margin % | 30.0% | 38.9% | 32.9% | 24.1% | 18.2% | 20.0% | 21.1% | 37.5% | 35.0% | 40.5% | 27.6% | 27.5% | 30.0% |
| Payroll & Benefits to Sales | 32.1% | 40.5% | 30.5% | 39.7% | 49.6% | 46.5% | 40.5% | 34.8% | 39.8% | 37.6% | 40.1% | 40.0% | 39.0% |
| EBITDA to Sales | 2.0% | 16.9% | 12.9% | 11.8% | -9.9% | -16.0% | -5.7% | 7.3% | 6.4% | 9.1% | 2.1% | 2.1% | 4.0% |
| Net Income to Sales | -1.0% | 2.6% | 3.2% | -0.7% | -21.5% | -29.6% | -21.3% | -5.6% | -7.8% | -7.5% | -11.7% | -13.2% | -9.0% |
| Capital Expenditures | | | | 682 | 11,769 | 2,281 | 1,343 | 1,580 | 1,580 | 1,580 | | | 20,815 |

Exhibit F, p. 10

| In re: **JACKSON CORPORATION** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NO.: LA 09-bk-10594-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION FOR JACKSON CORPORATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>November 12, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>November 12, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>November 12, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 12, 2009
Reece Holland

## SERVICE LIST

Office of the U.S. Trustee
Attn: Dare Law, Esq.
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
Fax: (213) 894-2603

Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012

**Secured Creditors**

First Federal Bank
12555 W. Jefferson Blvd.
3rd Floor
Los Angeles, Ca. 90066
Attn: Linda Shreeves
Email: lshreeves@firstfedca.com
Fax: 310-302-5601
Phone: 310-302-5604

Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172
Fax: 415-315-2943
Phone: 800-955-8532

**Restructuring Advisors**
David A. Prolman
William P. Kuehn
Prolman Associates
1011 Camino Del Mar, Ste. 252
Del Mar, CA 92014
Phone: 858-259-5555
Fax:    858-259-9989

## Twenty Largest Unsecured Creditors

Rochester Metal
PO Box 488
616 Indiana Ave.
Rochester, IN 46975
Fax: 626-810-8433
Phone: 626-810-8400

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023
Email: rlaski@wilshirellc.com
Fax: 323-269-1872
Ph: 323-269-8111

David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK
Via Email: david@jacksonexit.com
Fax: 011 44 121 422 0510

Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670
Fax: 626-301-9944
Phone: 800-564-1849

Volvo Car Finance North America
Dept. 193901
P.O. Box 55000
Detroit, MI 48255-1939
Fax: 615-315-3607
Phone: 800-955-8532

**Attorneys for Committee**
Scott C Clarkson, Esq.
Christine M. Fitzgerald, Esq.
Clarkson, Gore & Marsella, APLC
3424 Carson St Ste 350
Torrance, CA 90503
Phone: 310-542-0111
Fax :   310-214-7254

Aluminio de Baja California
PO Box 1399
Chula Vista, CA 91912-1399
Fax: 011-52-664-636-1450
Phone: 619-308-7839

124557.2 300795.0002

Com-Air Screw Machine Co.
11352 El Dorado Ave.
San Fernando, CA 91340
Fax: 818-361-8200
Phone: 818-361-0230

Gregg Industries
PO Box 689978
Milwaukee, WI 53268-9978
Fax: 626-575-3025
Phone: 626-575-7664

Glamour & Co., LTD
2F., No. 2, Lane 1
Qingtian St.
Taipei, Taiwan, R.O.C.
Fax: 011-8862-2395-5486
Phone: 626-357-0077

First Bankcard
PO Box 2814
Omaha, NE 68103-2814
Fax: 605-668-5335
Phone: 800-819-4249

Cox Die Casting
1528 W, 178th St.
Gardena, CA 90248
Fax: 310-532-8588
Phone: 310-532-7544

Askew
2920 Supply Ave.
Los Angeles, CA 90040
Fax: 323-201-5227
Phone: 323-727-7772

Stonefield Josephson, Inc.
2049 Century Park East
Los Angeles, CA 90067
Fax: 310-453-1187
Phone: 310-453-9400

Best Way Stamping
14943 Desman Rd.
La Mirada, CA 90638
Fax: 714-994-2172
Phone: 714-994-1995

Loeb & Loeb
10110 Santa Monia Blvd
Suite 2200
Los Angeles, CA 90067
Fax: 310-282-2200
Phone: 310-282-2000

Vinanco Engineering Co.
20952 Itasca
Chatsworth, CA 91311
Fax: 818-700-0549
Phone: 818-387-5797

Roger Sanderson, Committee Chair
International Cargo West
555 East Ocean Blvd, Suite 220
Long Beach, 90802
Fax: 562-495-4855
Phone: 562-495-6511

Kent Landsberg
1900 W. University Dr.
Suite 101
Tempe, AZ 85281
Fax: 480-333-6661
Phone: 480-333-6720

Haas Factory Outlet
580 Madrid Ave.
Torrance, CA 90501
Fax: 310-381-0744
Phone: 310-381-0750

Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670
Fax: 562-941-2709
Phone: 562-941-1616

Associated Builders Prod. Inc.
3963 Catalina Dr.
Marietta, GA 30066-2852
Fax: 770-517-8141
Phone: 770-517-8140

Epicor
18200 Von Karman
Suite 1000
Irvine, CA 92612
Fax: 949-585-4091
Phone: 949-585-4000

Everest Metal Products Ltd.
17890 Castleton St.
#109
Rowland Heights, CA 91748
Fax: 626-810-8433
Ph: 626-810-8400

Fed-Ex National LTL
P.O. Box 95001
Lakeland, FL 33804-5001
Fax: 863-687-4707
Ph: 800-284-4544 x 5529

**Request for Special Notice**
Kathryn J. Halford, Esq.
Dana K. Kann, Esq.
Wohlner, Kaplon, Phillips Young & Cutter APC
15456 Ventura Blvd., Ste. 500
Sherman Oaks, CA  91403
Phone: (818) 501-8030
Fax: (818) 501-5306
Email: dkann@wkpyc.com

124557.2 300795.0002