FILED & ENTERED

DEC 30 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Jackson Corporation,<br><br><br><br><br><br>Debtor(s). | Case No: 2:09-bk-10594-VZ<br><br>Chapter: 11<br><br>ORDER (1) DENYING APPROVAL OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION FOR JACKSON CORPORATION; (2) TO SHOW CAUSE WHY CHAPTER 11 CASE SHOULD NOT BE CONVERTED OR DISMISSED<br><br>Date: February 18, 2010<br>Time: 1:30 p.m.<br>Location: 255 E. Temple St.<br>           Los Angeles, CA 90012<br>           Courtroom 1368 |

On November 12, 2009, Jackson Corporation ("Proponent") filed a Disclosure Statement and Plan of Reorganization for Jackson Corporation (the "Disclosure Statement"). A hearing to determine the adequacy of the Disclosure Statement was conducted on or set to be heard on December 17, 2009 at 1:30 p.m. (the "Hearing").

Based upon the findings of fact and conclusions of law made on the record of the Hearing and the concurrently entered Findings of Fact and Conclusions of Law in Support of Order (1) Denying Approval of Disclosure Statement and Plan of Reorganization for Jackson Corporation; (2) to Show Cause Why Chapter 11 Case Should Not Be Converted or Dismissed, IT IS ORDERED that the Disclosure Statement is not approved.

    IT IS FURTHER ORDERED that Debtor show cause why the Case should not be converted or dismissed pursuant to 11 U.S.C. §1112 on the above-captioned date and time in Courtroom 1368 of the Roybal Federal Building located at 255 E. Temple St., Los Angeles, CA 90012.

    IT IS FURTHER ORDERED that any Response must be filed fourteen (14) calendar days before the above captioned hearing date. The Response must be served on the United States Trustee and a Judge's Copy delivered to Chambers on the same date. The Debtor may use this hearing date for a motion for approval of an amended disclosure statement. Cause is shown if an amended disclosure statement is approved on or before the above-captioned date.

    IT IS FURTHER ORDERED that a "redlined" (i.e. all corrections and modifications, whether or not on account of this Court's findings and conclusions, should be highlighted or underlined) copy of the filed amended disclosure statement and plan should be served to Judge Zurzolo's chambers located at Suite 1360 in the Roybal Federal Building.

DATED: December 30, 2009

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER (1) DENYING APPROVAL OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION FOR JACKSON CORPORATION; (2) TO SHOW CAUSE WHY CHAPTER 11 CASE SHOULD NOT BE CONVERTED OR DISMISSED was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 30, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Scott C Clarkson    sclarkson@lawcgm.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Elaine T Fuller    elaine.t.fuller@irscounsel.treas.gov
- Dare Law    dare.law@usdoj.gov
- Eve A Marsella    emarsella@lawcgm.com
- Randall P Mroczynski    randym@cookseylaw.com
- Douglas M Neistat    twilliams@greenbass.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Jackson Corporation**
3447 Union Pacific Avenue
Los Angeles, CA 90023

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page