DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
dneistat@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for
JACKSON CORPORATION, Debtor and Debtor in Possession

**FILED & ENTERED**

**DEC 30 2009**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JACKSON CORPORATION, a California corporation,<br><br>Debtor and Debtor in Possession. | Case No.: LA 09-10594-VZ<br><br>(Chapter 11)<br><br>**ORDER ON DEBTOR'S FIFTH SET OF OBJECTIONS TO CLAIMS**<br><br>**[Claim Numbers: #1 – Wells Fargo Bank, NA; and #2 – Citibank (South Dakota) NA]**<br><br>Date:  December 15, 2009<br>Time:  11:00 a.m.<br>Ctrm:  1368 |

Debtor Jackson Corporation's objections to claim numbers 1 and 2 came on for hearing on December 15, 2009 at 11:00 a.m. Appearances are as noted on the record. Based upon the findings and conclusions made at the hearing, **IT IS ORDERED** that Claim Nos. 1 and 2 are disallowed in their entirety.

# # #

DATED: December 30, 2009

_____
United States Bankruptcy Judge

| In re: JACKSON CORPORATION | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-10594 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **ORDER ON DEBTOR'S FIFTH SET OF OBJECTIONS TO CLAIMS [NOS. 1 AND 2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 30, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):

On December 30, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 30, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 30, 2009 | /s/ Reece Holland |
|---|---|
| | Reece Holland |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*            **F 9013-3.1**

## SERVICE LIST

Office of the U.S. Trustee
Attn: Dare Law, Esq.
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
Fax: (213) 894-2603

Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012
**Via Overnight Mail**

**Attorneys for Committee**
Scott C Clarkson, Esq.
Christine M. Fitzgerald, Esq.
Clarkson, Gore & Marsella, APLC
3424 Carson St Ste 350
Torrance, CA 90503

**Request for Special Ntc.**
Kathryn J. Halford, Esq.
Dana K. Kann, Esq.
Wohlner, Kaplon, Phillips Young &
Cutter APC
15456 Ventura Blvd., Ste. 500
Sherman Oaks, CA 91403

Alex Vu
Wells Fargo Bank, N.A.
MAC S4101-08C
100 W. Washington Street
Phoenix, AZ 85003

Beverly Bozung
Citibank (South Dakota)
4740 121st Street
Urbandale, IA 50323

| In re: JACKSON CORPORATION | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-10594 |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER ON DEBTOR'S FIFTH SET OF OBJECTIONS TO CLAIMS [NOS. 1 AND 2] was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| Office of the U.S. Trustee<br>Attn: Dare Law, Esq.<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017 | Douglas M. Neistat, Esq.<br>Greenberg & Bass LLP<br>16000 Ventura Blvd., Ste. 1000<br>Encino, CA 91436 |
|---|---|

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| Alex Vu<br>Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington Street<br>Phoenix, AZ 85003 | Beverly Bozung<br>Citibank (South Dakota)<br>4740 121st Street<br>Urbandale, IA 50323 |
|---|---|

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9021-1.1**