1   SCOTT C. CLARKSON (STATE BAR NO. 143271),
    EVE A. MARSELLA (STATE BAR NO. 165797)
2   CHRISTINE M. FITZGERALD (STATE BAR NO. 259014)
    CLARKSON, GORE & MARSELLA
3   A PROFESSIONAL LAW CORPORATION
    3424 CARSON STREET, SUITE 350
4   Telephone:  (310) 542-0111
    Facsimile:  (310) 214-7254
5
    Attorneys for the Official Committee of Unsecured Creditors
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                       LOS ANGELES DIVISION

11  In re                              )   Case No. 2:09-bk-10594-VZ
                                       )
12  **JACKSON CORPORATION,**           )   Chapter 11
    **a California  corporation,**     )
13                                     )   **CLARKSON, GORE & MARSELLA,**
                                       )   **APLC'S SECOND INTERIM**
14          Debtor and Debtor in Possession.  )   **APPLICATION FOR COMPENSATION**
                                       )   **FOR SERVICES RENDERED AND**
15                                     )   **REIMBURSEMENT OF EXPENSES FOR**
                                       )   **THE PERIOD OF JULY 1, 2009 THROUGH**
16                                     )   **DECEMBER  31, 2009; AND**
                                       )   **DECLARATIONS OF SCOTT C.**
17                                     )   **CLARKSON AND ROGER SANDERSON IN**
                                       )   **SUPPORT THEREOF**
18                                     )
                                       )
19                                     )   Date:   February 4, 2010
                                       )   Time:  1:30 pm.
20                                     )   Ctrm:  1368
                                       )
21  _____)

22      **TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES**

23  **BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND**

24  **OTHER INTERESTED PARTIES:**

25          Clarkson, Gore & Marsella, a Professional Law Corporation ("CG&M") bankruptcy counsel

26  for the Official Committee of Unsecured Creditors (the "Committee") of the Jackson Corporation.,

27  Chapter 11 Debtor and Debtor in Possession (the "Debtor" or "Jackson") hereby submits its "Second

28  Interim Application For Compensation For Services Rendered and Reimbursement Of Expenses for

379752v1

1  the Period of July 1, 2009 through December 31, 2009" (the "Application"). Pursuant to sections 330

2  and 331 of title 11 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of

3  Bankruptcy Procedure, CG&M seeks an order from this court allowing it an interim award of

4  $14,607.50 in compensation for services rendered and reimbursing it $397.30 for costs incurred for a

5  total of $15,004.80 for the period of July 1, 2009 through December 31, 2009 (the " Application

6  Period"). During the Application Period, CG&M devoted 35.40 hours to the representation of the

7  Committee.  In support of the Application, CG&M respectfully submits the Declarations of Scott C.

8  Clarkson and Roger Sanderson (the Chairman of the Committee) herewith and represents as follows:

9  **I.**

10  **BACKGROUND**

11  On January 12, 2009 (the "Petition Date"), a voluntary petition for relief under Chapter 11 of

12  Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") was filed by the Debtor.

13  The Debtor continues to manage its assets as debtor-in-possession, pursuant to Bankruptcy Code

14  sections 1107(a) and 1108.

15  On February 27, 2009, the Official Committee of Unsecured Creditors was formed.

16  **II.**

17  **CLARKSON, GORE & MARSELLA'S EMPLOYMENT**

18  No pre-petition or post-petition retainer was paid to CG&M for services rendered and costs

19  incurred in connection with this case.

20  On March 5, 2009, CG&M submitted an application to the Court to be employed as

21  bankruptcy counsel for the Committee (the "Employment Application").  On March 27, 2009, the

22  Court entered an order approving the Employment Application.  The terms and conditions of

23  CG&M's employment are set forth in said order and Employment Application.

24  During the Application Period, the hourly rates of the attorneys that provided services to the

25  Committee ranged from $325/hour (Christine Fitzgerald) to $400/hour (Eve A. Marsella) to

26  $425/hour (Scott C. Clarkson).  The rate of the principal paralegal assigned to these cases was

27  $100/hour to $150/hour; however, no paralegal services were billed during the Application Period.

28

1

Members of CG&M have extensive experience in the area of insolvency and corporate reorganization and limit their practice primarily to that area.  Attached hereto as Exhibit "A" is a summary of the background and qualifications of the members of CG&M who rendered services to the Debtor during the Application Period.

The CG&M attorneys principally responsible for providing services to the Committee are Scott C. Clarkson and Christine Fitzgerald.  CG&M has made a concerted effort to provide effective representation as efficiently as possible, including allocating work to attorneys with lower hourly rates when feasible, and not duplicating work assignments.  In general, tasks have been allocated among CG&M attorneys and paralegals based upon the comparative experience and expertise of a particular attorney or paralegal and considering the time demands of the cases in light of the attorneys' and paralegal's experience and hourly billing rates.

### III.

### SIGNIFICANT EVENTS AND ACCOMPLISHMENTS IN THIS CASE

**A.    DURING THE APPLICATION PERIOD.**  Below is a summary of activities that CGM undertook during the Application Period:

1.    **Case Administration**.  CGM, on behalf of the Committee, has continued to review the Debtor's  schedules, and Statement of Financial Affairs, especially with respect to the claims of insiders of the Debtor.  CGM continued to review and advise the Committee regarding the Debtor's Monthly Operating Reports and financial situation.

2.    **Cash Collateral Stipulations.**  The Debtor, the Bank and Committee have entered into a series of cash collateral stipulations which meet all of the requirements of the Committee.

3.    **Review of Proposed Asset Sale.**  The Debtor has continued to report to the Committee on offers for asset disposition.  CG&M has reviewed these offers and transmitted them to the Committee for comment.

4.    **Review of Proposed Assumption of Lease.**  CG&M reviewed the Debtor's proposed assumption of its present lease with its landlord.

5.    **Engagement of Committee Financial Advisor.**  CG&M recommended to the Committee that a financial advisor be engaged to review the Debtor's Plan of Reorganization and to

1   review Insider Claims.  CG&M prepared the Employment Application for the financial advisor,

2   which was granted without opposition by the Debtor or the Bank.

3       **6.    Evaluation of Disclosure Statement and Plan of Reorganization.**  CGM has

4   continued to engage in discussions with Debtor's counsel regarding terms and conditions of a Plan

5   that are acceptable to the Committee. Upon receipt of the initial Disclosure Statement and Plan, the

6   Committee reviewed the Disclosure Statement and Plan and prepared and filed objections and

7   comments.

8   **B.    PREVIOUS INTERIM FEE APPLICATIONS**

9       This is CGM's second interim fee application.  On August 14, 2009, the Court approved

10  CGM's First Interim Fee Application, consisting of a request for payment of $15,422.50 in fees and

11  $300.57 in reimbursable expenses.

12  **C.    SUMMARY OF HOURLY RATES BILLED BY PROFESSIONALS**

13      The following lawyers and paraprofessionals of CGM spent the amounts of time at the

14  respective hourly rates as indicated below during the Application Period:

| PROFESSIONAL | TIME | RATE 2009 | BLENDED RATE | Fees |
|---|---|---|---|---|
| Scott C. Clarkson | 29.00 | $425.00 | $425.00 | $12,325.00 |
| Christine Fitzgerald | 3.70 | $325.00 | $325.00 | $1,202.50 |
| Eve A. Marsella | 2.70 | $400.00 | $400.00 | $1,060.00 |

20      The total time in the case was 35.40 hours, for an amount of $14,607.50.  Attached hereto as

21  Exhibit "B" are detailed time entries of each attorney, by billing category, and a table of attorney

22  time by OUST category, for all time spent by CG&M during the Application Period

23      CGM submits that, based upon the quality of the services provided and the results achieved,

24  the fees requested are reasonable and justified as demonstrated in more detail in Section III

25  "Significant Events And Accomplishments In These Cases During The Application Period."

26  ///

27  ///

28  ///

## IV.

## SUMMARY OF PAYMENTS RECEIVED DURING THE FIRST INTERIM PERIOD.

CGM received fees for the First Application Period in an amount of $15,422.50 and expenses incurred in the amount of $300.57 for a total amount of $15,723.07 for the period of February 27, 2009, through June 30, 2009.

## V.

## SUMMARY OF SERVICES RENDERED AND FEES INCURRED

In accordance with the U.S. Trustee Guidelines, CGM has classified its time entries in these cases into the following categories, the detail by attorney, together with all time detail, is set forth in Exhibit "B" attached hereto.  A simply summary of costs and fees by category is as follows:

| OUST Category | Fees/Costs Incurred |
|---|---|
| Costs | $392.30 |
| Case Administration | $882.50 |
| Fee/Employment Application | $2,872.50 |
| Financing | $655.00 |
| Claims Administration and Objections | $2,477.50 |
| Lease Assumption/Rejection | $1,147.50 |
| Fee/Employment Objections | $840.00 |
| Meeting with Creditors | $107.50 |
| Plan/Disclosure Statement | $5,582.50 |

Attached hereto as Exhibit "C" is a summary of the reimbursable expenses, totaling $397.30 incurred by CGM and recorded during the Application Period.  All of these exhibits are incorporated in this Application by this reference.

## VI.

## SUMMARY OF COSTS AND EXPENSES

The U.S. Trustee Guidelines require that an application which seeks reimbursement of expenses include a summary listing of all expenses incurred.  The total of costs and expenses incurred during the Application Period for which CGM seeks reimbursement is $397.30. Attached

1  hereto as Exhibit "C" is a summary of the reimbursable expenses incurred by CGM and recorded

2  during the Application Period.  These expenses are listed in detail in Exhibit "D".

3                                          **VII.**

4                **THE COMPENSATION AND EXPENSES REQUESTED ARE REASONABLE**

5          Bankruptcy Code section 330 provides for the award of fees and costs to professionals

6  employed in a bankruptcy case for:

7          (1)  reasonable compensation for actual, necessary services rendered
           by such . . . professional person . . . based on the nature, the extent, and
8          the value of such services, the time spent on such services, and the cost
           of comparable services other than in a case under this title; and
9

10         (2)  reimbursement for actual, necessary expenses.

11  11 U.S.C. § 330(a).

12         In determining the award of compensation, courts generally consider "the nature, the extent,

13  and the value of the professional's services".  *In re Auto Parts Club, Inc.*, 211 B.R. 29, 33 (9th Cir.

14  BAP 1997).  However, "[T]he primary method used to determine a reasonable attorney fee in a

15  bankruptcy case is to multiply the number of hours expended by an hourly rate."  *In re Yermakov*,

16  718 F.2d 1465, 1471 (9th Cir. 1983); *In re Powerine Oil Co.*, 71 B.R. 767, 772 (9th Cir. BAP 1986)

17  (holding that the fees calculated by multiplying the number of hours to the hourly rate creates a

18  presumption of reasonableness); *In re Montgomery Drilling Co.*, 121 B.R. 32, 39 (Bankr. E.D. Cal.

19  1990).  It has taken 35.40 hours of time of CG&M's lawyers in a period that has covered from July

20  1, 2009 through December 31, 2009.  The total fee amounts for this case as a Debtor in Possession

21  was $14,607.50, which was entirely reasonable for the matters required to be performed and results

22  obtained.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

# VIII.

## CONCLUSION

Based on all the foregoing, CGM respectfully requests that this Court enter its order: (a) approving,allowing and authorizing for payment CGM's fees for the Application Period in an amount of $14,607.50 and expenses incurred in the amount of $397.30 for a total amount of $15,004.80 for the period of July 1, 2009 through December 31, 2009.

DATED: January 11, 2010                   CLARKSON, GORE & MARSELLA, APLC


By: _____
    Scott C. Clarkson
    Counsel for the Official Committee of
    Unsecured Creditors of Jackson Corporation

# DECLARATION OF SCOTT C. CLARKSON

I, Scott C. Clarkson, declare:

1.   I am over 18 years of age and have personal knowledge of the matters set forth herein.  If called upon, I would testify competently with respect to these matters.  I submit this Declaration in support of "Clarkson, Gore & Marsella's Second Interim Application For Compensation For Services Rendered And Reimbursement Of Expenses from July 1, 2009 through December 31, 2009 (the "Application").

2.   I am an attorney at Clarkson, Gore & Marsella, APLC, ("CG&M"), bankruptcy counsel to the Official Committee of Unsecured Creditors (the "Committee") for Jackson Corporation, Chapter 11 Debtor and Debtor in Possession (the "Debtor").

3.   Attached hereto are true and correct copies of the following documents:

   a.   Exhibit "A" - summary of the experience and qualifications of those members of CG&M who rendered services to the Committee during the Application Period (as defined in the Application);

   b.   Exhibit "B" – detailed time entries of each attorney, by billing category, and a table of attorney time by OUST category, for all time spent by CG&M during the Application Period;

   c.   Exhibit "C" – summary of reimbursable expenses.

   d.   Exhibit "D" – detail of reimbursable expenses.

4.   The Application has been prepared in compliance with the Guidelines promulgated by the Office of the United States Trustee ("UST"), except as specifically noted in the text of the Application.  Other than as disclosed in the Application, no payments have heretofore been made or promised to CG&M for services rendered or to be rendered in any capacity in connection with this case, other than the compensation received pursuant to the OUST Guidelines  for Professional Fees.

///

///

///

///

///

5.    Neither CG&M nor any member of CG&M has any agreement or understanding of any kind or nature to divide, pay over, or share any portion of the fees to be awarded to CG&M in these cases with any other person or attorney, except as among members of CG&M.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _11th_ day of January, 2010, at Torrance, California.

SCOTT C. CLARKSON

## DECLARATION OF ROGER SANDERSON

I, Roger Sanderson, declare as follows:

1.  I am the Chairman of the Official Committee of Unsecured Creditors of the Jackson Corporation, Chapter 11 Debtor and Debtor in Possession (the "Debtor," "Jackson" or the "Company").  I have reviewed  Clarkson, Gore & Marsella's Second Interim Application For Compensation For Services Rendered And Reimbursement Of Expenses from July 1, 2009  through December 31, 2009 (the "Application"), and have personal knowledge of the matters set forth herein because of that review or because of direct personal knowledge.  If called upon as a witness, I would and could testify competently thereto.

2.  The Committee has reviewed the Second Interim Fee Application of Clarkson, Gore & Marsella, APLC, and the Committee approves the fees and costs sought therein.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration was executed on January  **8** , 2010 at Los Angeles County, California.

Roger Sanderson

EXHIBIT "A"

# EXHIBIT "A"

## BIOGRAPHIES OF MEMBERS AND OTHER ATTORNEYS ASSOCIATED WITH
## CLARKSON, GORE & MARSELLA,
## A PROFESSIONAL LAW CORPORATION, EXPECTED
## TO RENDER SERVICES TO THE COMMITTEE

**SCOTT C. CLARKSON** - Born Houston, Texas, September 6, 1954. Admitted to California bar, 1989, District of Columbia bar 1986, Commonwealth of Virginia bar 1982.  Current Chairman, Los Angeles County Bar Association Commercial Law & Bankruptcy Section;  Former Chairman, Los Angeles County Bar Association Bankruptcy Committee; Martindale Hubbell AV Rated.

**Author:** "Representing Creditors in Individual and Small Business Chapter 11 Cases", Personal and Small Business Bankruptcy Practice in California, California Continuing Education of the Bar (CEB), 2002 to 2008 editions.

**Author:** "More About the Bankruptcy Act of 1978", American Bar Association Journal, May 1979; "A Legislative History of the Bankruptcy Court System", Annual Survey of Bankruptcy Law, Emory University, 1979.

**Coauthor:** "Private Relief Legislation in the United States Congress", West Federal Practice Manual, 1980; "The New RCRA: Legislative Mandates, Regulatory Resources", Vol. 1, No. 6, Hazardous Substances Journal, April 1986.

**Editor:** "The Legislative History of Hazardous and Solid Waste Amendments of 1984", Institute for Law and Public Health Protection, November 1985; "The Legislative History of the Superfund Amendments of 1986", Institute of Law and Public Health Protection, April 1987.

**Education:** Indiana University (B.A. with Honors, 1979); George Mason University School of Law (J.D., 1982); Articles Editor, Law Review, 1982; Law Clerk to U.S.  District Judge William L. Hungate, Eastern Division of Missouri.

**Professional Affiliations:** Chair, Los Angeles County Bar Association Commercial Law and Bankruptcy Section;  Past Chair of the LACBA Bankruptcy Committee. Former Local Bankruptcy Rules Committee Chair, Legislative Committee Chair.  Los Angeles Bankruptcy Forum (Member of Board of Directors, 2002-2003); South Bay Bar Association, Financial Lawyers Conference; American Bar Association (Member, Business Bankruptcy Section Subcommittee on Legislation), Member of Advisory Board to Norton's Annual Survey of Bankruptcy Law, 1979-81.
Legislative Director for U.S. Congressman Harold L. Volkmer, United States House of Representatives, assigned to House Judiciary Committee's redrafting of the Federal Bankruptcy Code, 1977-79.
Bankruptcy Trustee, the District of Columbia and Eastern Virginia, 1979-82.

**EVE A. MARSELLA** - Born September 24, 1966.  Admitted to California bar, 1993, U.S. District Court, Central and Southern Districts of California.

**Education:** University of California at Los Angeles (B.A. English, 1989); Loyola Law School (J.D. 1992).

**Professional Affiliations:** Los Angeles County Bar Association, South Bay Bar Association, American Bar Association, Phi Delta Phi Law Fraternity, South Bay American Inn of Court, Financial Lawyers Conference, South Bay Women Lawyers Association (President, 2001).

**BARRY R. GORE -** Born Washington, D.C., April 10, 1960.  Admitted to California bar 1989; United States Court of Appeals, Ninth Circuit, 1989; United States District Court, Northern, Central and Southern Districts.

**Education:** Wharton School of Finance and Commerce, University of Pennsylvania (B.S., 1982); Graduate School of Business Administration, University of Southern California (M.B.A. Dean's List, 1989); Loyola Law School (J.D., 1988).

**Judicial Extern:** Federal Judicial Extern to the Honorable Barry J. Russell of the of the United States Bankruptcy Court of the Central District of California (1988).

**Judge Pro Tempore:** Municipal Court for the County of Los Angeles, State of California, South Bay Judicial District, 1995.

**Professional Affiliations:** State Bar of California; American Bar Association (Member, Business Bankruptcy Committee and Subcommittee on Bankruptcy Aspects of Business Transactions); Los Angeles County Bar Association; South Bay Bar Association; Beverly Hills Bar Association; Financial Lawyers Conference; Los Angeles World Affairs Council; Phi Alpha Delta; Wharton School and University of Pennsylvania Alumni Clubs (Member, Secondary Schools Recruiting Committee).

**CHRISTINE FITZGERALD**.  Born October 11, 1982.  Admitted to the California Bar, 2008.

**Education:**  The Pennsylvania State University (B.S. Chemical Engineering 2005); Loyola Law School (J.D. 2008).

**Professional Affiliations:** Los Angeles County Bar Association; Financial Lawyers Conference; Los Angeles Bankruptcy Forum, Phi Alpha Delta Law Fraternity; Delta Zeta Sorority (National Academics Committee).

**ISRAEL SAPERSTEIN**.  Admitted to the California Bar, 1978.

Education: California State University at Los Angeles, BA; Whittier College School of Law, JD.

Israel Saperstein is a litigator and he is certified by the State Bar of California as a specialist in Bankruptcy Law. His practice focuses on bankruptcy law, commercial law and debtor and creditor rights. He has extensive litigation experience in many forums, including state, federal and bankruptcy courts.

Mr. Saperstein is admitted to practice before the United States District Courts of all the Districts of California and the Ninth Circuit Court of Appeals. He is a Judge Pro Tempore panel member of the California Superior Court for the County of Los Angeles.

Mr. Saperstein has been a co-author of the Collier Handbook for Creditors' Committees and Collier Handbook for Trustees and Debtors in Possession. He is a member of the Financial Lawyers' Conference, the Litigation and Commercial Law and Bankruptcy Sections of the Los Angeles County Bar Associations, and the Commercial Law League of America. He has spoken for the Commercial Law League of America satellite network.

EXHIBIT "B"

**CLARKSON, GORE & MARSELLA**    1/7/2010

*Periodic Totals Report "Attorney" for Client No. 8114.01*    Page  1

| Attorney Activity | 7/1/2009 | 8/1/2009 | 9/1/2009 | 10/1/2009 | 11/1/2009 | 12/1/2009 | Monthly Totals |
|---|---|---|---|---|---|---|---|
| **Attorney: Christine M. Fitzgerald** | | | | | | | |
| Claims Admin. | | | | | | | |
| Hours | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.30 |
| Fees | 0.00 | 0.00 | 0.00 | 97.50 | 0.00 | 0.00 | 97.50 |
| Total | 0.00 | 0.00 | 0.00 | 97.50 | 0.00 | 0.00 | 97.50 |
| Creditor Work | | | | | | | |
| Hours | 0.30 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 |
| Fees | 97.50 | 32.50 | 0.00 | 0.00 | 0.00 | 0.00 | 130.00 |
| Total | 97.50 | 32.50 | 0.00 | 0.00 | 0.00 | 0.00 | 130.00 |
| Fee/Emp. App. | | | | | | | |
| Hours | 0.00 | 2.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2.20 |
| Fees | 0.00 | 715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 715.00 |
| Total | 0.00 | 715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 715.00 |
| Fee/Emp. Obj. | | | | | | | |
| Hours | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 |
| Fees | 32.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.50 |
| Total | 32.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.50 |
| Plan/Discl Stmt | | | | | | | |
| Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 0.00 | 0.70 |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 | 227.50 | 0.00 | 227.50 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 227.50 | 0.00 | 227.50 |
| Christine M. Fitzgerald | | | | | | | |
| Hours | 0.40 | 2.30 | 0.00 | 0.30 | 0.70 | 0.00 | 3.70 |
| Fees | 130.00 | 747.50 | 0.00 | 97.50 | 227.50 | 0.00 | 1202.50 |
| Total | 130.00 | 747.50 | 0.00 | 97.50 | 227.50 | 0.00 | 1202.50 |
| **Attorney: Eve Marsella** | | | | | | | |
| Case Admin. | | | | | | | |
| Hours | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 |
| Fees | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| Total | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 |
| Fee/Emp. App. | | | | | | | |
| Hours | 0.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 0.40 |
| Fees | 0.00 | 0.00 | 0.00 | 160.00 | 0.00 | 0.00 | 160.00 |
| Total | 0.00 | 0.00 | 0.00 | 160.00 | 0.00 | 0.00 | 160.00 |
| Fee/Emp. Obj. | | | | | | | |
| Hours | 0.10 | 1.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 |
| Fees | 40.00 | 640.00 | 0.00 | 0.00 | 0.00 | 0.00 | 680.00 |
| Total | 40.00 | 640.00 | 0.00 | 0.00 | 0.00 | 0.00 | 680.00 |
| Financing | | | | | | | |
| Hours | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 |
| Fees | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 |
| Total | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 |
| Eve Marsella | | | | | | | |
| Hours | 0.60 | 1.70 | 0.00 | 0.40 | 0.00 | 0.00 | 2.70 |
| Fees | 240.00 | 680.00 | 0.00 | 160.00 | 0.00 | 0.00 | 1080.00 |
| Total | 240.00 | 680.00 | 0.00 | 160.00 | 0.00 | 0.00 | 1080.00 |
| **Attorney: Scott C. Clarkson** | | | | | | | |
| Assum/Rej Lease | | | | | | | |
| Hours | 0.00 | 2.70 | 0.00 | 0.00 | 0.00 | 0.00 | 2.70 |
| Fees | 0.00 | 1147.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1147.50 |
| Total | 0.00 | 1147.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1147.50 |
| Case Admin. | | | | | | | |
| Hours | 0.00 | 0.00 | 0.00 | 1.90 | 0.00 | 0.00 | 1.90 |
| Fees | 0.00 | 0.00 | 0.00 | 807.50 | 0.00 | 0.00 | 807.50 |
| Total | 0.00 | 0.00 | 0.00 | 807.50 | 0.00 | 0.00 | 807.50 |
| Claims Admin. | | | | | | | |
| Hours | 0.00 | 0.00 | 1.80 | 0.00 | 3.80 | 0.00 | 5.60 |
| Fees | 0.00 | 0.00 | 765.00 | 0.00 | 1615.00 | 0.00 | 2380.00 |
| Total | 0.00 | 0.00 | 765.00 | 0.00 | 1615.00 | 0.00 | 2380.00 |

**CLARKSON, GORE & MARSELLA**

*Periodic Totals Report "Attorney" for Client No. 8114.01*

1/7/2010
Page   2

| Attorney Activity | 7/1/2009 | 8/1/2009 | 9/1/2009 | 10/1/2009 | 11/1/2009 | 12/1/2009 | Monthly Totals |
|---|---|---|---|---|---|---|---|
| Fee/Emp. App. | | | | | | | |
| Hours | 0.00 | 1.30 | 2.80 | 0.60 | 0.00 | 0.00 | 4.70 |
| Fees | 0.00 | 552.50 | 1190.00 | 255.00 | 0.00 | 0.00 | 1997.50 |
| Total | 0.00 | 552.50 | 1190.00 | 255.00 | 0.00 | 0.00 | 1997.50 |
| Fee/Emp. Obj. | | | | | | | |
| Hours | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.30 |
| Fees | 0.00 | 0.00 | 0.00 | 127.50 | 0.00 | 0.00 | 127.50 |
| Total | 0.00 | 0.00 | 0.00 | 127.50 | 0.00 | 0.00 | 127.50 |
| Financing | | | | | | | |
| Hours | 0.00 | 0.00 | 0.70 | 0.00 | 0.50 | 0.00 | 1.20 |
| Fees | 0.00 | 0.00 | 297.50 | 0.00 | 212.50 | 0.00 | 510.00 |
| Total | 0.00 | 0.00 | 297.50 | 0.00 | 212.50 | 0.00 | 510.00 |
| Plan/Discl Stmt | | | | | | | |
| Hours | 0.00 | 2.00 | 3.60 | 1.30 | 4.70 | 1.00 | 12.60 |
| Fees | 0.00 | 850.00 | 1530.00 | 552.50 | 1997.50 | 425.00 | 5355.00 |
| Total | 0.00 | 850.00 | 1530.00 | 552.50 | 1997.50 | 425.00 | 5355.00 |
| Scott C. Clarkson | | | | | | | |
| Hours | 0.00 | 6.00 | 8.90 | 4.10 | 9.00 | 1.00 | 29.00 |
| Fees | 0.00 | 2550.00 | 3782.50 | 1742.50 | 3825.00 | 425.00 | 12325.00 |
| Total | 0.00 | 2550.00 | 3782.50 | 1742.50 | 3825.00 | 425.00 | 12325.00 |
| Grand Total | | | | | | | |
| Hours | 1.00 | 10.00 | 8.90 | 4.80 | 9.70 | 1.00 | 35.40 |
| Fees | 370.00 | 3977.50 | 3782.50 | 2000.00 | 4052.50 | 425.00 | 14607.50 |
| Total | 370.00 | 3977.50 | 3782.50 | 2000.00 | 4052.50 | 425.00 | 14607.50 |

# CLARKSON, GORE & MARSELLA

### A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, CA  90503

---

Roger Sanderson, Chairman
Official Committee of Unsesured Creditors
for Jackson Corporation
5343 W. Imperial Highway, Suite 700
Los Angeles, CA 90045

January 07, 2010

In Reference To:    Client No. 8114.01
                    Chapter 11 Bankruptcy Proceedings of Jackson Corporation

Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Assum/Rej Lease** | | | | |
| 8/12/2009 SCC | Review Motion to Assume Premises Lease; draft email to Debtor Counsel and Committee regarding concerns | | 0.60 | 255.00 |
| 8/24/2009 SCC | Review Motion to Assume Lease; review email from Debtor's Counsel; compose response and research case law | | 0.90 | 382.50 |
| 8/25/2009 SCC | Review case law on assumption issues | | 1.20 | 510.00 |
| SUBTOTAL: | | [ | 2.70 | 1,147.50] |
| **Case Admin.** | | | | |
| 7/29/2009 EAM | Conference with Christine M. Fitzgerald regarding creditor purchase | | 0.10 | 40.00 |
| 8/6/2009 EAM | Conference with Christine M. Fitzgerald regarding interim hearing status | | 0.10 | 40.00 |
| 10/2/2009 SCC | Telephone calls to and e-mail Doug Neistat, Debtor Counsel, regarding Committee/Debtor Conference Schedule. | | 0.30 | 127.50 |
| 10/5/2009 SCC | E-mail to Neistat regarding scheduling of conference. | | 0.20 | 85.00 |
| 10/12/2009 SCC | Review latest Debtor financial reports. | | 0.80 | 340.00 |
| SCC | Review offer from potential asset buyer. | | 0.30 | 127.50 |
| 10/26/2009 SCC | E-mails to and from R. Laski regarding Insider documents. | | 0.30 | 127.50 |
| SUBTOTAL: | | [ | 2.10 | 887.50] |

Roger Sanderson, Chairman
Client No. 8114.01

| | | | Hours | Amount |
|---|---|---|---|---|
| | | Claims Admin. | | |
| 9/15/2009 | SCC | Review Equitable Subordination of Insider Claims case law | 0.80 | 340.00 |
| 9/16/2009 | SCC | Telephone conference with Richard Laski, CRO, regarding schedule preparation and insider claims; draft email request for documents | 1.00 | 425.00 |
| 10/26/2009 | CMF | Drafted stipulation to extend the deadline for hearing to object to claims (nc), review of file (0.2) conference with Scott C. Clarkson regarding deadline (0.1) | 0.30 | 97.50 |
| 11/3/2009 | SCC | Draft Stipulation regarding Insider Claims Objections; email to D. Niestat regarding agreement | 0.50 | 212.50 |
| | SCC | Final draft of Stipualtion on Insider Claims deadlines; prepare order on approval of Insider Claims deadline | 0.80 | 340.00 |
| 11/14/2009 | SCC | Review Insider claim documents | 2.50 | 1,062.50 |
| | | SUBTOTAL: | [ 5.90 | 2,477.50] |
| | | Creditor Work | | |
| 7/17/2009 | CMF | Phone call with Yusheng regarding Clarkson, Gore & Marsella Fee Application. | 0.10 | 32.50 |
| 7/29/2009 | CMF | E-mails with creditor Yusheng regarding creditor's interest in purchasing Jackons Corp. | 0.10 | 32.50 |
| 7/30/2009 | CMF | Phone call with Alisa regarding current status of Jackson Corp and future hearings. | 0.10 | 32.50 |
| 8/5/2009 | CMF | Telephone conference with Alisa Thorpe regarding status of case. | 0.10 | 32.50 |
| | | SUBTOTAL: | [ 0.40 | 130.00] |
| | | Fee/Emp. App. | | |
| 8/6/2009 | CMF | Attended First Interim Fee Application Hearing.  Travel to and from First Interim Fee Application Hearing. | 2.20 | 715.00 |
| 8/12/2009 | SCC | Review Employment Application on Patent counsels; draft email to Debtor's Counsel and Committee regarding concerns | 0.50 | 212.50 |
| 8/25/2009 | SCC | Email to Debtor Counsel regarding Patent Law application; review Objection to Employment of Patent Counsel | 0.80 | 340.00 |
| 9/15/2009 | SCC | Email from and respond to D. Neistadt regarding Patent Attorney engagement; consult with Committee regarding issue | 0.40 | 170.00 |
| 9/24/2009 | SCC | Review Prolman Associates Engagement Letter; make modifications; email to Committee regarding final draft | 0.90 | 382.50 |
| 9/28/2009 | SCC | Draft Prolman Employment Application and Notice; email to client and Prolman | 1.50 | 637.50 |
| 10/2/2009 | SCC | Telephone calls to David Prolman, Financial Advisor, regarding | 0.30 | 127.50 |

Roger Sanderson, Chairman
Client No. 8114.01

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/7/2009 | SCC | E-mail to R. Laski and D. Neistat regarding schedule of Fee Application meeting. | 0.30 | 127.50 |
| 10/19/2009 | EAM | Review/revise declaration of non opposition regarding financial advisor and prepare order regarding same | 0.40 | 160.00 |
| | | SUBTOTAL: | [    7.30 | 2,872.50] |

Fee/Emp. Obj.

| | | | | |
|---|---|---|---|---|
| 7/21/2009 | EAM | Conference with Christine M. Fitzgerald regarding Greenberg and Bass fee application | 0.10 | 40.00 |
| | CMF | Email to Committee regarding Greenberg and Bass fee application | 0.10 | 32.50 |
| 8/24/2009 | EAM | Review and analysis of notice and employment application of Connolly (.6); review local rules regarding objection and request for a hearing (.1); draft objection (.8) | 1.50 | 600.00 |
| | EAM | Conference with Scott C. Clarkson regarding objection to Connolly employment | 0.10 | 40.00 |
| 10/6/2009 | SCC | Telephone call from D. Neistat regarding non-objection to Fee Application Employment. | 0.30 | 127.50 |
| | | SUBTOTAL: | [    2.10 | 840.00] |

Financing

| | | | | |
|---|---|---|---|---|
| 7/17/2009 | EAM | Email to Roger Sanderson regarding cash forecast | 0.10 | 40.00 |
| 7/30/2009 | EAM | Review cash collateral stipulation | 0.30 | 120.00 |
| 9/22/2009 | SCC | Review November 2009 Cash Collateral Stipulation and Cash Flow report | 0.70 | 297.50 |
| 11/30/2009 | SCC | Review cash collateral stipulation and emails regarding Debtor issues with terms | 0.50 | 212.50 |
| | | SUBTOTAL: | [    1.60 | 670.00] |

Plan/Discl Stmt

| | | | | |
|---|---|---|---|---|
| 8/4/2009 | SCC | Review email from Debtor's counsel regarding Plan; emails to Committee Members regarding outstanding offers to purchase assets; review June 2009 financial reports | 1.20 | 510.00 |
| 8/10/2009 | SCC | Review Debtor's June MOR regarding possible Plan of Reorganization; email to Committee regarding MOR | 0.80 | 340.00 |
| 9/8/2009 | SCC | Review Debtor's proposed distribution plan for DS and Plan | 1.30 | 552.50 |
| 9/14/2009 | SCC | Conference call with Debtor's counsel and financial advisor, regarding proposed Plan structure | 0.80 | 340.00 |
| 9/15/2009 | SCC | Prepare for and Conference with Committee and proposed Financial Advisors regarding Plan issues | 1.50 | 637.50 |

Roger Sanderson, Chairman
Client No. 8114.01

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/5/2009 | SCC | Telephone conference with Debtor respresentative and Committee Financial Advisor regarding Plan. | 0.50 | 212.50 |
| 10/28/2009 | SCC | Conference Call with Debtor's Counsel regarding substance of Plan and timing | 0.80 | 340.00 |
| 11/3/2009 | CMF | Telephone conference with Financial Advisors regarding review of plan. | 0.70 | 227.50 |
| 11/12/2009 | SCC | Prepare for and conference call with Committee regarding proposed Plan | 0.80 | 340.00 |
| 11/17/2009 | SCC | Emails to and from Committee and Financial Advisor regarding Plan issues | 0.40 | 170.00 |
| 11/25/2009 | SCC | Telephone call with Committee Financial Advisors regarding alternative plan | 0.50 | 212.50 |
| 11/30/2009 | SCC | Draft Objections to DS and Plan | 3.00 | 1,275.00 |
| 12/1/2009 | SCC | Conference call with Committee regarding Objections to Plan and DS | 1.00 | 425.00 |
| | SUBTOTAL: | | [ 13.30 | 5,582.50] |
| | **Total for Professional Services Rendered** | | 35.40 | $14,607.50 |

EXHIBIT "C"

**CLARKSON, GORE & MARSELLA**

*Periodic Totals Report "COSTS" for Client No. 8114.01*

1/7/2010

Page   1

| Activity | 7/1/2009 | 8/1/2009 | 9/1/2009 | 10/1/2009 | 11/1/2009 | 12/1/2009 | Monthly Totals |
|---|---|---|---|---|---|---|---|
| LexisNexis Rsch | | | | | | | |
| Costs | | | | | | 44.88 | 44.88 |
| PACER Doc Rsch | | | | | | | |
| Costs | 5.00 | 2.40 | | 25.52 | 10.08 | | 43.00 |
| Parking | | | | | | | |
| Costs | | 8.00 | | | | | 8.00 |
| Photocopies | | | | | | | |
| Costs | 4.40 | 26.60 | 67.00 | 63.20 | 44.00 | 40.40 | 245.60 |
| Postage | | | | | | | |
| Costs | 3.12 | 4.42 | 4.07 | 4.51 | 9.63 | 6.10 | 31.85 |
| Travel/mileage | | | | | | | |
| Costs | | 23.97 | | | | | 23.97 |
| Grand Total | | | | | | | |
| Costs | 12.52 | 65.39 | 71.07 | 93.23 | 63.71 | 91.38 | 397.30 |

EXHIBIT "D"

Additional Charges :

Price

LexisNexis Rsch

| | | | | Price | |
|---|---|---|---|---|---|
| 12/30/2009 | OE | Lexis Nexis - Computerized Research | | 44.88 | 44.88 |
| | SUBTOTAL: | | | [ | 44.88] |

PACER Doc Rsch

| 7/27/2009 | OE | PACER - Computerized Court Docket Research | | 5.00 | 5.00 |
|---|---|---|---|---|---|
| 8/3/2009 | OE | PACER - Computerized Court Docket Research | | 2.40 | 2.40 |
| 10/13/2009 | OE | PACER - Computerized Court Docket Research | | 25.52 | 25.52 |
| 11/1/2009 | OE | PACER - Computerized Court Docket Research | | 10.08 | 10.08 |
| | SUBTOTAL: | | | [ | 43.00] |

Parking

| 8/6/2009 | CMF | Parking | | 8.00 | 8.00 |
|---|---|---|---|---|---|
| | SUBTOTAL: | | | [ | 8.00] |

Roger Sanderson, Chairman
Client No. 8114.01

| | | | Price | Amount |
|---|---|---|---|---|
| **Photocopies** | | | | |
| 7/27/2009 OE | Photocopies | | 0.20 | 4.40 |
| 8/31/2009 OE | Photocopies | | 0.20 | 26.60 |
| 9/30/2009 OE | Photocopies | | 0.20 | 67.00 |
| 10/30/2009 OE | Photocopies | | 0.20 | 63.20 |
| 11/30/2009 OE | Photocopies | | 0.20 | 44.00 |
| 12/30/2009 OE | Photocopies | | 0.20 | 40.40 |
| | SUBTOTAL: | | [ | 245.60] |
| **Postage** | | | | |
| 7/27/2009 OE | Postage | | 3.12 | 3.12 |
| 8/31/2009 OE | Postage | | 4.42 | 4.42 |
| 9/30/2009 OE | Postage | | 4.07 | 4.07 |
| 10/30/2009 OE | Postage | | 4.51 | 4.51 |
| 11/30/2009 OE | Postage | | 9.63 | 9.63 |
| 12/30/2009 OE | Postage | | 6.10 | 6.10 |
| | SUBTOTAL: | | [ | 31.85] |
| **Travel/mileage** | | | | |
| 8/6/2009 CMF | Travel to hearing regarding Fee Application | | 0.56 | 23.97 |
| | SUBTOTAL: | | [ | 23.97] |
| | **Total Costs** | | | $397.30 |

| In re:  JACKSON CORPORATION, a California corporation | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-10594-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson Street, Suite 350
Torrance, CA 90803

A true and correct copy of the foregoing document described CLARKSON, GORE & MARSELLA, APLC'S SECOND INTERIM APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2009 THROUGH DECEMBER 31, 2009; AND DECLARATIONS OF SCOTT C. CLARKSON AND ROGER SANDERSON IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 11, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Counsel for Debtor**
Douglas M Neistat    twilliams@greenbass.com

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___January 11, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Jackson Corporation
3447 Union Pacific Ave.
Los Angeles, CA 90023

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 11, 2010 | Michelle A. Carpenter | _MAC_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              F 9013-3.1

| In re:    · JACKSON CORPORATION, a California corporation | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-10594-VZ |

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

### Counsel for the U.S. Trustee
Dare Law    dare.law@usdoj.gov
Queenie K Ng    queenie.k.ng@usdoj.gov

### U.S. Trustee
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### Counsel for IRS
Elaine T Fuller    elaine.t.fuller@irscounsel.treas.gov

### Counsel Ford Motor Credit Company LLC
Randall P Mroczynski    randym@cookseylaw.com

## SERVED BY U.S. MAIL

### Judge
Honorable Vincent P. Zurzolo
255 E. Temple St., Suite 1362
Los Angeles, CA  90012

### Secured Creditor
First Federal Bank
12555 W. West Blvd., 3rd Fl
Los Angeles, CA  90066

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                       **F 9013-3.1**