# EXHIBIT A

| | | | | | | RJL+SJB | 1/13/2010 |
|---|---|---|---|---|---|---|---|
| **Exhibit A: Schedule of Claims and Amounts Owed for First Amended Plan of Reorganization** ||||||||
| | | Scheduled Claims (Ch.11 Filing) || Filed Claims (Claims Bar Date: 5/29/09) || Assumed for Original Plan ||
| | Class / Name | Amount | Disputed Contingent Unliquidated | Amount | Proof of Claim No. | Estimate as of Effective Date (assumed 4/1/10) | Footnote Comments (see below) |
| | **Administrative Claims: (Est. at Effective Date)** | | | | | | |
| 1 | Greenberg & Bass LLP | - | | | | 50,000.00 | |
| 2 | Clarkson, Gore & Marsella | - | | | | 25,000.00 | |
| 3 | Connolly Bove Lodge & Hutz LLP | | | | | 2,000.00 | |
| 4 | Prolman Associates | | | | | 18,000.00 | |
| 5 | Office of U.S. Trustee (OUST) | - | | | | 6,500.00 | |
| 5 | Clerk of the Court | - | | | | - | |
| | **Total Administrative Claims:** | - | | | | **101,500.00** | Note 1 |
| | | | | | | | |
| | **Priority Tax Claims: Sec. 507(a)(8)** | | | | | | |
| 1 | L.A. County Tax Collector | 10,269.20 | | 17,283.86 | 22 | - | |
| 2 | Internal Revenue Service | | | 13,569.95 | 7 | - | |
| 3 | Franchise Tax Board | | | 800.01 | 32+33 | - | Note 15 |
| 4 | CA State Board of Equalization | | | 747.17 | 43 | 726.00 | Note 15 |
| | **Total Priority Tax Claims:** | **10,269.20** | | **32,400.99** | | **726.00** | Note 2 |
| | | | | | | | |
| | **Class 1: Secured Claim - First Federal Bank** | | | | | | |
| 1 | First Federal Bank Revolving Loan | 2,116,758.00 | | | | 2,116,758.00 | |
| 2 | First Federal Bank Term Loan | 470,000.00 | | 473,074.61 | 40 | 470,000.00 | |
| 3 | Less: Unsecured portion of FFB Loans | | | | | (586,758.00) | Note 4 |
| | **Total Class 1: Secured Claims - FF Bank** | **2,586,758.00** | | | | **2,000,000.00** | Note 3 |
| | | | | | | | |
| | **Class 2: Secured Claim - Intech of CA** | | | | | | |
| 1 | Security Interest in Haas VF-4 machine | 72,000.00 | | | | 72,000.00 | |
| 2 | Less: Unsecured portion of Intech financing | | | | | (22,000.00) | Note 7 |
| | **Total Class 2: Secured Claims Intech** | **72,000.00** | | | | **50,000.00** | Note 7 |
| | | | | | | | |
| | **Class 3: Secured Claim - Ford Credit** | | | | | | |
| 1 | Secured Interest - 2005 Ford Freestyle | 14,738.64 | | | | - | |
| 2 | Less: Unsecured portion of Ford Credit | (5,038.64) | | | | | Note 5 |
| | **Total Class 3: Secured Claims Ford** | **9,700.00** | | | | - | Note 5 |
| | | | | | | | |
| | **Class 4: Secured Claim - Ford Credit** | | | | | | |
| 1 | Secured Interest - 2007 Ford 500 SEL | 8,873.73 | | 12,550.00 | 12 | 8,873.73 | |
| | **Total Class 4: Secured Claims Ford** | **8,873.73** | | | | **8,873.73** | Note 6 |
| | | | | | | | |
| | **Class 5: Secured Claim - Volvo Car Finance** | | | | | | |
| 1 | Secured Interest - 2007 Volvo | 16,622.82 | | 16,000.00 | 10 | 16,000.00 | |

**Exhibit A: Schedule of Claims and Amounts Owed for First Amended Plan of Reorganization**

| | Scheduled Claims | Filed Claims | Assumed for Original Plan |
|---|---|---|---|

**Exhibit A: Schedule of Claims and Amounts Owed for First Amended Plan of Reorganization**

| | | Scheduled Claims (Ch 11 Filing) | Filed Claims (Claims Bar Date: 5/29/09) | Assumed for Original Plan |
|---|---|---|---|---|

### Exhibit A: Schedule of Claims and Amounts Owed for First Amended Plan of Reorganization

| | Class / Name | Scheduled Claims (Ch.11 Filing) | | Filed Claims (Claims Bar Date: 5/29/09) | | Assumed for Original Plan | |
|---|---|---|---|---|---|---|---|
| | | Amount | Disputed Contingent Unliquidated | Amount | Proof of Claim No. | Estimate as of Effective Date (assumed 4/1/10) | Footnote Comments (see below) |
| 53 | Glamour & Co. LTD | 72,541.80 | | | | 72,541.80 | |
| 54 | Greer Burns & Crain LTD | | | | | | |

RJL+SJB | 1/13/2010

**Exhibit A: Schedule of Claims and Amounts Owed for First Amended Plan of Reorganization**

| | | Scheduled Claims | Filed Claims | |
|---|---|---|---|---|

Case 2:09-bk-10594-VZ   Doc 167-1   Filed 01/13/10   Entered 01/13/10 15:38:29   Desc
Exhibit Exhibits A-F   Page 6 of 19
RJL+SJB | 1/13/2010
**Exhibit A: Schedule of Claims and Amounts Owed for First Amended Plan of Reorganization**
Scheduled Claims   Filed Claims

# EXHIBIT B

| 10 Year Total |
|---:|
| **71,256,842** |
| 27,906,296 |
| 13,126,731 |
| 10,313,861 |
| 1,560,000 |
| 6,571,063 |
| 1,685,842 |
| 480,254 |
| 536,100 |
| 1,683,080 |
| 312,697 |
| 1,323,418 |
| 490,592 |
| 1,786,533 |
| 67,776,467 |
| 3,480,375 |
| **260,000** |
| **101,500** |
| 726 |
| **2,359,241** |
| 112,500 |
| 696,000 |
| **3,529,968** |
| (49,593) |
| 250,000 |
| (49,593) |
| 200,407 |

**EXHIBIT C**

| 10 Year Total |
|---:|
| 71,976,608 |
| 11,903,175 |
| 3,636,116 |
| 19,399,933 |
| 3,221,917 |
| 8,985,756 |
| 480,254 |
| 3,381,249 |
| 51,008,400 |
| 20,968,208 |
| 23,440,592 |
| 3,349,146 |
| 265,865 |
| 850,749 |
| (19,399,933) |
| 8,506,419 |
| 536,100 |
| 312,697 |
| 1,683,080 |
| 1,334,161 |
| 1,685,842 |
| 69,517 |
| 472,661 |
| 2,050,594 |
| 116,996 |
| 719,766 |
| 8,981,414 |
| 17,487,833 |
| 3,480,375 |
| 786,603 |
| 2,500,000 |
| 260,000 |
| 3,546,603 |
| (66,228) |
| (0) |
| 29.1% |
| 38.8% |
| 4.8% |
| -0.1% |

**EXHIBIT D**

# Jackson Corporation
## Balance Sheets

| ASSETS | 31-Dec-07 | 31-Dec-08 | 31-Dec-09 |
|---|---|---|---|
| **Current Assets:** | | | |
| Cash | 19,226 | 103,095 | 188,457 |
| Account Receivable | 1,257,869 | 630,944 | 618,555 |

# EXHIBIT F

# JACKSON CORPORATION
## Income Statements

|  | 2007 | 2008 | 2009 |
|---|---|---|---|
| **NET SALES** | 12,165,070 | 11,401,566 | 5,642,518 |

# JACKSON CORPORATION
## Cash Flow Statements

|  | 2007 | 2008 | 2009 |
|---|---|---|---|

**Cash flows provided by (used for) operating activities:**

| In re: Jackson Corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-bk-10594-VZ |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

# SERVICE LIST

Office of the U.S. Trustee
Attn: Dare Law, Esq.
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
Fax: (213) 894-2603

Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012
**Via Overnight Mail Only**

**Secured Creditors**

First Federal Bank
12555 W. Jefferson Blvd. 3rd Floor
Los Angeles, Ca. 90066
Attn: Linda Shreeves
Email: lshreeves@firstfedca.com

Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172

**Creditor's Committee**

**Attorneys for Committee**
Scott C Clarkson, Esq.
Christine M. Fitzgerald, Esq.
Clarkson, Gore & Marsella, APLC
3424 Carson St Ste 350
Torrance, CA 90503

Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670

**Request for Special Notice**
Kathryn J. Halford, Esq.
Dana K. Kann, Esq.
Wohlner, Kaplon, Phillips Young & Cutter APC
15456 Ventura Blvd., Ste. 500

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023
Email: rlaski@wilshirellc.com
Fax: 323-269-1872; Ph: 323-269-8111

David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK
Via Email: david@jacksonexit.com
Fax: 011 44 121 422 0510
**Via Email Only**

Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670

Volvo Car Finance North America
Dept. 193901
P.O. Box 55000
Detroit, MI 48255-1939

**Financial & Restructuring Advisors for Committee**
David A. Prolman
William P. Kuehn
1011 Camino Del Mar, Ste. 252
Del Mar, CA 92014

Askew
2920 Supply Ave.
Los Angeles, CA 90040

Roger Sanderson, Committee Chair
International Cargo West
555 East Ocean Blvd, Suite 220
Long Beach, 90802