DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
dneistat@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for
JACKSON CORPORATION, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JACKSON CORPORATION, a California corporation,<br><br>Debtor and Debtor in Possession. | Case No.: LA 09-10594-VZ<br><br>(Chapter 11)<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER APPROVING DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:     February 18, 2010<br>Time:    1:30 p.m.<br>Ctrm:    1368 |

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on February 18, 2010, at 1:30 p.m., a hearing will be held before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, in Courtroom 1368, located at 255 East Temple Street, Los Angeles, California, to consider the motion ("Motion") of Jackson Corporation, the debtor and debtor-in-possession in the above-captioned case ("Debtor") for an order approving the First Amended Disclosure Statement and Plan of Reorganization for Jackson Corporation (the "First Amended Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that the Motion is based on the attached Memorandum of Points and Authorities, and other admissible evidence properly brought before the Court at or

1

161633.1  30795.0002

1  before the hearing regarding this Motion. In addition, the Debtor requests that the Court take
2  judicial notice of all documents filed with the Court in this case.

3  PLEASE TAKE FURTHER NOTICE that the Motion is brought pursuant to section 1125 of
4  title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 3017,
5  9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local
6  Bankruptcy Rule 3017-1 (the "Local Bankruptcy Rules").

7  PLEASE TAKE FURTHER NOTICE that (1) Local Bankruptcy Rule 9013-1(f) requires that
8  response to the Motion be in writing and filed with the Court and served upon counsel for the Debtor
9  at the address set forth in the upper left-hand corner of the first page hereof at least fourteen (14)
10 days prior to the hearing date; and (2) Local Bankruptcy Rule 9013-1(h) provides that the failure to
11 timely file and serve such written response may be deemed by the Court to be consent to the granting
12 of the relief requested in the Motion.



13 PLEASE TAKE FURTHER NOTICE that a copy of the First Amended Disclosure Statement
14 may be obtained for a fee. Requests for copies should be directed to Greenberg & Bass, LLP, 16000
15 Ventura Boulevard, Suite 1000, Encino, California 91436, Attention: Theresa Williams.

16 WHEREFORE, by this Motion, the Debtor request that the Court approve the First Amended
17 Disclosure Statement as containing adequate information pursuant to 11 U.S.C. § 1125.

19 DATED: January 13, 2010                     GREENBERG & BASS LLP

21                                              By: /s/ Douglas M. Neistat
22                                              DOUGLAS M. NEISTAT
                                                Attorneys for JACKSON CORPORATION,
                                                Debtor and Debtor in Possession

161633.1  30795.0002

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

Jackson Corporation, the debtor and debtor-in-possession in the above-captioned case ("Debtor") brings forth its motion ("Motion") seeking an order approving the First Amended Disclosure Statement and Plan of Reorganization for Jackson Corporation (the "First Amended Disclosure Statement") pursuant to section 1125 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 3017, 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3017-1 (the "Local Bankruptcy Rules").

## II.

## BACKGROUND

On January 12, 2009, the Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to manage its assets and properties as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108. No trustee or examiner has been appointed in this case. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2). The venue of the case is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

On November 12, 2009, the Debtor filed a Disclosure Statement and Plan of Reorganization for Jackson Corporation (the "Disclosure Statement"). A hearing to determine the adequacy of the Disclosure Statement was conducted or set to be heard on December 17, 2009 at 1:30 p.m. (the "Hearing"). At or following the Hearing, the Court ordered, in part, that approval of the Disclosure Statement be denied (the "Order").

On December 30, 2009, the Court filed its Findings of Fact and Conclusions of Law in Support of the Order ("Findings of Fact") explaining the grounds for finding that the Disclosure Statement did not contain "adequate information" as required by 11 U.S.C. § 1125. The Court's findings were generally that: (a) a motion was not filed to request an order approving the Disclosure Statement; (b) problems existed with the proposed treatment of specified claims and interests; (c)

certain exhibits were not attached, including balance sheets, income and expense statements, and cash flow statements; (d) various problems existed with Section VIII of the Disclosure Statement relating to the source of Plan payments; (e) various problems existed with the chapter 7 liquidation analysis; and (f) other general problems of missing information or inadequacies existed throughout the Disclosure Statement.

The Debtor has since amended its Disclosure Statement, curing the deficiencies noted in this Court's Findings of Fact, and prepared its First Amended Disclosure Statement which has been submitted to the Court. Accordingly, the Debtor now seeks, by this Motion, an order approving the First Amended Disclosure Statement.

## III.

## **RELIEF REQUESTED**

The Debtor believes that the First Amended Disclosure Statement contains adequate information to enable a party to make an informed judgment about how to vote on the Plan. The Debtor therefore requests that, pursuant to Bankruptcy Rule 3017(b), the Court approve the First Amended Disclosure Statement.

Pursuant to section 1125(a) of the Bankruptcy Code, a disclosure statement for a chapter 11 Plan must contain "adequate information" that will provide a hypothetical investor or class of claimants with information sufficient for such parties to make a decision on whether to accept of reject a plan. Such adequate information is to be "of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's book and records . . . ." 11 U.S.C. § 1125(a). Further "in determining whether a disclosure statement provides adequate information, the court shall consider the complexity of the case, the benefit of additional information to creditors and other parties in interest, and the cost of providing additional information." Id.

The Debtor believes that every concern raised by the Court in its Findings of Fact have been addressed and resolved in the First Amended Disclosure Statement through the filing of this Motion,

///

///

the curing of the defects cited by the Court, and the inclusion of the noted financial records as exhibits. Therefore, the Debtor's First Amended Disclosure Statement contains "adequate information" as defined in Section 1125(a) of the Bankruptcy Code.

## IV.

## CONCLUSION

The Debtor respectfully submits that the First Amended Disclosure Statement contains adequate information to allow claimants to make an informed decision as to whether to vote to accept or reject the Plan, and hereby requests that this Court enter an Order approving the First Amended Disclosure Statement.

DATED: January 13, 2010

GREENBERG & BASS LLP

By: _____
DOUGLAS M. NEISTAT
Attorneys for JACKSON CORPORATION,
Debtor and Debtor in Possession

161633.1  30795.0002

| In re: Jackson Corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-bk-10594-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER APPROVING DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 13, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**

On January 13, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 13, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 13, 2010

Reece Holland

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                **F 9013-3.1**

# SERVICE LIST

Office of the U.S. Trustee
Attn: Dare Law, Esq.
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
Fax: (213) 894-2603

Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012
**Via Overnight Mail Only**

**Secured Creditors**

First Federal Bank
12555 W. Jefferson Blvd. 3rd Floor
Los Angeles, Ca. 90066
Attn: Linda Shreeves
Email: lshreeves@firstfedca.com

Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172

**Creditor's Committee**

**Attorneys for Committee**
Scott C Clarkson, Esq.
Christine M. Fitzgerald, Esq.
Clarkson, Gore & Marsella, APLC
3424 Carson St Ste 350
Torrance, CA 90503

Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670

**Request for Special Notice**
Kathryn J. Halford, Esq.
Dana K. Kann, Esq.
Wohlner, Kaplon, Phillips Young & Cutter APC
15456 Ventura Blvd., Ste. 500
Sherman Oaks, CA 91403

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023
Email: rlaski@wilshirellc.com
Fax: 323-269-1872; Ph: 323-269-8111

David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK
Via Email: david@jacksonexit.com
Fax: 011 44 121 422 0510

Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670

Volvo Car Finance North America
Dept. 193901
P.O. Box 55000
Detroit, MI 48255-1939

**Financial & Restructuring Advisors for Committee**
David A. Prolman
William P. Kuehn
1011 Camino Del Mar, Ste. 252
Del Mar, CA 92014

Askew
2920 Supply Ave.
Los Angeles, CA 90040

Roger Sanderson, Committee Chair
International Cargo West
555 East Ocean Blvd, Suite 220
Long Beach, 90802

ABF Freight
8001 Telegraph Road
Pico Rivera, CA 90660

Accu-Cut
4238 N. Sayre Ave.
Norridge, IL 60706

AGUIRRE, ARCADIO
941 S Bonnie Beach Place
Los Angeles, CA 90023

Alameda Medical Center
1907 E. Washington
Los Angeles, CA 90021

ALFARO, VICTOR
1725 5th Ave.
Los Angeles, CA 90019

Alliance Bearing Ind.
14745 Arminta Street
Van Nuys, CA 91402

Aluminio de Baja California
PO Box 1399
Chula Vista, CA 91912-1399

American Express
P.O. Box 0001
Los Angeles, CA 90096

American Transportation
Systems
2775 Cruse Road Suite 401
Lawrenceville, GA 30044-7141

Ammexx, Inc.
3154 E. Olympic Blvd.
Los Angeles, CA 90023

Arcat
1077 Bridgeport Ave.
Shelton, CT 06484

Arrowhead
P.O. Box 856158
Louisville, KY 40285-6158

Associated Builders Prod. Inc.
3963 Catalina Dr.
Marietta, GA 30066-2852

Associated Locksmith of America
3003 Live Oak Street
Dallas, TX 75204-6186

Baker Chartered Accountants
Arbor House
Broadway North, England
WS 2 AN

BARRAGAN, RIGOBERTO
6336 Stafford Ave. Apt.F
Huntington Park, CA 90255

Bay Alarm
P.O. Box 7137
San Francisco, CA 94120

BENITEZ, JOSE
8181 1/2 Madison
South Gate, CA 90280

Best Way Stamping
14943 Desman Rd.
La Mirada, CA 90638

Bronze-Way Plating & Polishing
3432 E. 15th Street
Los Angeles, CA 90023

Bronze-Way Powder Coating
3301 E. 14th Street
Los Angeles, CA 90023

BUNKER, TERRY
2836 C. Oak Creek Drive
Ontario, CA 91761

Bureau of National Affairs Inc.
P.O. Box 64543
Baltimore, MD 21264-4543

BUSTOS, JOSE
3257 City Terrace Drive
Los Angeles, CA 90063

CALDERON, NELSON
947 W. 48th Street
Los Angeles, CA 90037

Cardinal Industrial Finishes
P.O. Box 9296
S. El. Monte, CA 91733

CASTRO, GEORGE
5635 Mesa Grove Ave.
Whittier, CA 90601

Cel-Star
6437 E. Alondra Blvd.
Paramount, CA 90723

Certified Steel Treating
Corporation
2454 E. 58th Street
Los Angeles, CA 90058

Chandler Wire Products
2325 1st Street
La Verne, CA 91750

CHANDRA, YAHYA
123 E. Graves Ave.
Monterey Park, CA 91755

Cintas Corporation #53
7735 S. Paramount Blvd.
Pico Rivera, CA 90660

Com-Air Screw Machine Co.
11352 El Dorado Ave.
San Fernando, CA 91340

Command Access Technologies
2384 E. Walnut Ave.
Fullerton, CA 92831

COMPARAN, JUAN
1651 Summit Ave.
Rialto, CA 92377

Con-Way Western Express
P.O. Box 5160
Portland, OR 97208-5160

CORONA, IGNACIO
12026 Pioneer Blvd.
Norwalk, CA 90650

CORTEZ, MANUEL
7101 Seville Ave. Apt.G
Huntington Park, CA 90255

Cox Die Casting
1528 W, 178th St.
Gardena, CA 90248

Craig Welding Suppliers
5670 Santa Fe Ave.
Los Angeles, CA 90058

DIAZ, LUCAS
11727 Cohasset Street #4
N. Hollywood, CA 91605

Dyanco, Inc.
1850 Belcroft Ave.
S. El Monte, CA 91733

Epicor
18200 Von Karman,
Suite 1000
Irvine, CA 92612

Everest Metal Products Ltd.
17890 Castleton St.
#109
Rowland Heights, CA 91748

FEDERICO, JOSE
1749 E. 43rd Street
Los Angeles, CA 90058

Food Craft Coffee
1625 Riverside Drive
Los Angeles, CA 90031

GALAVIZ, RAMON
800 S. Gage Ave.
Los Angeles, CA 90023

Greer, Nurns, & Crain, LTD
300 S. Wacker Drive 25 Fl.
Chicago, IL 60606

Hardware Services
14 Churchhill Rd.
Norfolk, MA 02056

HERNANDEZ, CIRO
1135 Mirasol Street
Los Angeles, CA 90023

Hi Tech Mold Co. Inc.
21734 Marilla St.
Chatsworth, CA 91311

Hydro Seal
14370 Myford Road
Irvine, CA 92606

Design & Construction Resources
P.O. Box 2380
Vista, CA 92085-2380

Die Cast of America
17907 Arenth Ave.
City of Industry, CA 91748

Earle M. Jorgensen Co.
P.O. Box 79017
City of Industry, CA 90262

Estes Marketing
471 25th Avenue
Longview, WA 98632

Express Oil Company
21601 Parthania Street
Canoga Park, CA 91304

FIGUEROA, ROBERTO
4135 Center Street
Baldwin Park, CA 91706

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Gladstone Finishing
12317 Gladstone Ave.
Sylmar, CA 91342

Gregg Industries
PO Box 689978
Milwaukee, WI 53268-9978

Hardware Services
P.O. Box 637
Norfolk, MA 02056

HERNANDEZ, DARIO
6507 Makee Ave.
Los Angeles, CA 90001

Home Depot
P.O. Box 6031
The Lakes, NV 88901-6031

Illusion Polish
5201 Tweety Blvd.
South Gate, CA 90280

DIAZ, JOSE
2415 8th Ave.
Los Angeles, CA 90018

Dreier Stein Kahan Browne
Wood
1620 26th Street 6th Fl.
Santa Monica, CA 90404

EDD
Bankrupcty Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Euler Hermes ACI
800 Red Brook Blvd.
Owings Mills, MD 21117-1008

Fed-Ex National LTL
P.O. Box 95001
Lakeland, FL 33804-5001

First Bankcard
PO Box 2814
Omaha, NE 68103-2814

G.P. Resources, Inc.
P.O. Box 499
Long Beach, CA 90801-0499

Glamour & Co., LTD
2FL. 58, Lane 46
Hsin Shen S. Rd, Sec. 2
Taipei, Taiwan ROC

Haas Factory Outlet
580 Madrid Ave.
Torrance, CA 90501

Henry's Metal Polishing Works
3445 Union Pacific Ave
Los Angeles, CA 90023

Hewlett Packard Company
13207 Collections Center Dr.
Chicago, IL 60693

Huntington Park Rubber Stamp
2761 E. Slauson Ave.
Huntington Park, CA 90255

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

International Extrusion
767 Monterrey Pass Road
Monterrey Park, CA 91754

Jebron Limited
Bright Street, Wednesbury
West Midlands
WS109hy UK

Kent Landsberg
1900 W. University Dr.
Suite 101
Tempe, AZ 85281

L.A. Rubber Co., Inc.
2915 E. Washington Bl.
Los Angeles, CA 90023

LOPEZ, EDILBERTO
8653 San Gabriel Ave.
South Gate, CA 90280

Lucas Group
1925 Century Park East
Suite 750
Los Angeles, CA 90067

MARASCO, KAREN
8536 Dalewood Ave.
Pico Rivera, CA 90660

MCCORD, RANDY
1141 E. 67th Street
Los Angeles, CA 90001

McMaster-Carr Supply
P.O. Box 7690
Chicago, IL 60680

Mid-West Fabricating Company
P.O. Box 218
Amanda, OH 43102

MORENO, FRANK
538 1/4 La Verne Ave.
Los Angeles, CA 90022

MULDER, KELLY
20401 Soledad Cyn,
Spc 14
Canyon Country, CA 91351

Northridge
23 Oak Road
Rocky River, OH 44116

J.J. Keller & Assocaites
P.O. Box 548
Neenah, WI 54956-0548

JOVEL, OSCAR
504 E. Gage Ave.
Los Angeles, CA 90003

Kimball Midwest
Dept. L-2780
Columbus, OH 43260-2780

LISCANO, EDUARDO
10661 Atlantic Ave. Apt.B
Lynwood, CA 90262

LOPEZ, LADISLAO
542 S. Margaret Street
Los Angeles, CA 90022

MACIEL, ANTONIO
2209 Farringdon Ave.
Pomona, CA 91768

MARTINEZ, ALMA
6702 Middleton
Huntington Park, CA 90255

MCGARITY, LARRY
8462 Edwin Street
Rancho Cucamonga, CA 91730

MELENDEZ, JUANIE
4702 Ivy Street
Pico Rivera, CA 90660

Mid-West Glass Reps
P.O. Box 184
Albertville, MN 55301

Motion Industries
File 57463
Los Angeles, CA 90074-7463

Neopost Inc.
P.O. Box 45800
San Francisco, CA 94145-0800

NUEVA, JOSE
5931 E. Lubec Street
Bell Gardens, CA 90201

Jason Glover
9324 Christopher Lake Drive
Columbia, IL 62236

Kenco Platics/Inline Industries
P.O.Box 364
Laporte, IN 46352

L.A. County Tax Collectors
P.O. Box 54018
Los Angeles, CA 90054-0018

Loeb & Loeb
10110 Santa Monia Blvd
Suite 2200
Los Angeles, CA 90067

LOPEZ, REFUGIO
542 S. Margaret Ave.
Los Angeles, CA 90022

MAGANA, FRANCISCO
644 E. 108th Street
Los Angeles, CA 90059

Marx Bros. Fire Extinguisher
1159 S. Soto Street
Los Angeles, CA 90023

Mcgraw Hill Construction Sweets
P.O. Box 5734
Harlan, IA 51593-1234

MENDOZA, RAFAEL
2587 Kellogg Park Drive
Pomona, CA 91768

MIRAMONTES, JOSE
11425 Hayford Street
Norfolk, CA 90650

MSC Industrial Supply Company
Dept. CH0075
Palatine, IL 60055-0075

NIEVES, MIGUEL
621 S. Ford Blvd.
Los Angeles, CA 90022

Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0025

Oparc
9029 Vernon Ave.
Montclair, CA 91763

Peter Brown
The Old Church House
Alveley, Nr. Bridgnorth
Shrops WV15 6ND, UK

Precision Powdered Metal
145 Atlantic Street
Pomona, CA 91768

Quill
P.O. Box 94080
Palatine, IL 06009-4408

RAMIREZ, DANIEL
3414 Estrada Street
Los Angeles, CA 90023

RIVERA, JESUS
4015 E. Imperial Hwy.
Lynwood, CA 90262

Rochester Metal
PO Box 488
616 Indiana Ave.
Rochester, IN 46975

RODRIQUEZ, GERARDO SR
340 S. Reno Street #107
Los Angeles, CA 90057

Rosemead Oil Products.
P.O. Box 2645
Santa Fe Springs, CA 90670-2645

S.L. Fusco
P.O. Box 5924
Compton, CA 90224-5924

SANCHEZ, MAXIMINO
923 S. Parkview Street #22
Los Angeles, CA 90006

Seeing-Green.Com
17397 Santa Suzanne
Fountain Valley, CA 92708

South Bay Tool & Gage
P.O. Box 3339
Gardena, CA 90247

Orange County Spring Mfg.
1501 Miller Street
Anaheim, CA 92806

Pioneer Diecasters
4209 Chevy Chase Drive
Los Angeles, CA 90039

QUESADA, BENJAMIN
4414 52nd Street
Maywood, CA 90270

R & E Plating
3500 Union Pacific Ave.
Los Angeles, CA 90023

RAMOS, ARON
10133 Orr & Day Raod
Santa Fe Springs, CA 90670

RIVERA, ROBERT
376 Cliff Drive #1
Pasadena, CA 91107

RODRIGUEZ, SAUL
9538 Abbotsford Road
Pico Rivera, CA 90660

Rollrite
21 Water Street
Amesbury, MA 01913-2932

RUIZ, ENRIQUE
7018 Templeton Street
Huntington Park, CA 90255

Salco Dynamics
6248 Surfpoint Circle
Huntington Beach, CA 92648

SANTOS, SERGIO
1004 N. Gaylawn Ct.
La Puente, CA 91744

Show Perfect, Inc.
5260-C Bonsai Avenue
Moorpark, CA 93021

South Coast Air Quality Mgt.
File No. 21621
Los Angeles, CA 90074-1621

Peck Engineering Inc.
12660 Farley Avenue
Redford, MI 48239

POLLOCK, JOE
322 B W B Street
Ontario, CA 91762

Quick-Way Stamping Inc.
P.O. Box 99390
Forth Worth, TX 76199-0390

R.S. Hughes
10639 Glenoaks Blvd.
Pacoima, CA 91331

RIVADENEYRA, ESTHER
1510 Norman Place
Los Angeles, CA 90063

Roadway Express
Dept. 100129
Pasadena, CA 91189-0129

RODRIQUEZ, ERNEST
36550 Palomino Ct.
Palmdale, CA 93550-8457

ROMERO, LUIS ALONSO
2415 8th Ave.
Los Angeles, CA 90018

S.C.G.I.
28222 Modjeska Cyn. Road
Modjeska, CA 92676

SANABRIA, JUAN
2716 California Street
Huntington Park, CA 90255

Santoshi
2439 Seaman Ave.
El Monte, CA 91733

Sign It
8440 Secura Way
Santa Fe Springs, CA 90670

Stonefield Josephson, Inc.
2049 Century Park East
Suite 400
Los Angeles, CA 90067

Stump Electric Co. Inc.
3414 E.14th Street
Los Angeles, CA 90023

Superior Spring
1260 S. Talt Ave.
Anaheim, CA 92806

Thomas Industries, Inc.
P.O. Box 956236
Saint Louis, MO 63195-6236

Thomas Publishing Company
5 Penn Plaza
New York, NY 10001

TOLEDO, GEORGE
4122 Heilers Bend Road
San Luis Rey High, CA 92028

TORRES, FLORENCIO
4350 Pendleton Ave.
Lynwood, CA 90262

Tri Jay Heat Treating
327 E. Commercial Street
Pomona, CA 91767

Tru-Form
14511 Anson Avenue
Santa Fe Springs, CA 90670-5301

TUCKER, WILL
9710 E. Alondra Blvd.
Bellflower, CA 90706

UL DQS Inc.
6830 Payshere Circle
Chicago, IL 60674

Underwriters Laboratories
P.O. Box 75330
Chicago, IL 60675-5330

United Parcel Service
Dept. 4820
Los Angeles, CA 90096-4820

Universal Waste Systems, Inc.
P.O. Box 3038
whittier, CA 90605

VALDEZ, OSCAR
4400 Philadelphia Street Sp.#172
Chino, CA 91710

VILLALPANDO, HILDA
6844 Otis Ave #B
Bell, CA 90201

VILLALTA, JORGE
2906 5th Ave.
Los Angeles, CA 90018

VILLALTA, JOSE C
2415 8th Ave.
Los Angeles, CA 90018

VILLALTA, JOSE M
2614 Exposition Place
Los Angeles, CA 90018

Vinanco Engineering Co.
20952 Itasca
Chatsworth, CA 91311

WARD, ROBERT
1447 W. 15TH Street
Upland, CA 91786

Western Exterminators
P.O. Box 26909
Los Angeles, CA 90026

Western Gasket & Packing
3007 Fruitland Ave
Los Angeles, CA 90058

Yamazen Inc.
36111 Eagle Way
Chicago, IL 60678-1361

ZUNIGA, ANA
440 N. Alama
Los Angeles, CA 90063

Ralph M. Phillips
Wohlner, Kaplon, Phillips Young &
CutterAPC
15456 Ventura Blvd., Ste. 500
Sherman Oaks, CA 91403

Plasidyne Eng. & Mfg. Inc.
P.O. Box 5578
Long Beach, CA 90805-0578

HERNANDEZ, ARMANDO
615 W. 49th Street
Los Angeles, CA 90037