1  DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
   dneistat@greenbass.com
2  GREENBERG & BASS LLP
   16000 Ventura Boulevard, Suite 1000
3  Encino, California 91436
   Tel:  (818) 382-6200 • Fax: (818) 986-6534
4
   Attorneys for Debtor and Debtor in Possession
5  JACKSON CORPORATION, Debtor and Debtor in Possession

6

7

8              UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                LOS ANGELES DIVISION

11  In re                                    Case No.: LA 09-10594-VZ

12  JACKSON CORPORATION, a California         (Chapter 11)
    corporation,
13                                            NOTICE OF HEARING ON MOTION
                    Debtor and Debtor in Possession.   FOR AN ORDER (1) AUTHORIZING
14                                            SALE OF ALL OF DEBTOR'S ASSETS
                                              FREE AND CLEAR OF LIENS; (2)
15                                            APPROVING OVERBID PROCEDURES
                                              AND (3) APPROVING BUYER;
16                                            SUCCESSFUL BIDDER AND BACK-UP
                                              BIDDER AS GOOD FAITH PURCHASER
17
                                              Date:    April 6, 2010
18                                            Time:    11:00 a.m.
                                              Ctrm:    1368
19                                                     255 E. Temple St.
                                                       Los Angeles, CA  90012
20

21

22

23

24

25

26

27

28

193269.1  30795.0002

1    **TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY**

2    **JUDGE, AND ALL PARTIES ENTITLED TO NOTICE:**

3       **PLEASE TAKE NOTICE** that Jackson Corporation, a California corporation, Chapter 11

4    Debtor and Debtor in Possession ("Debtor"), has filed its motion (the "Motion") pursuant to sections

5    105(a), 363 and 365 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy

6    Code"), Rules 6004 and 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

7    Rules"), and Local Bankruptcy Rule 6004-1 (the "Local Bankruptcy Rule") for an order (the "Sale

8    Order") (1) authorizing the sale (the "Sale") of substantially all of Debtor's assets (the "Assets") free

9    and clear of liens pursuant to 11 U.S.C. §363(f); (2) approving overbid procedure; and (3) approving

10   buyer, successful bidder and back-up bidder as good-faith purchaser pursuant to 11 U.S.C. §363(b).

11   The Motion is based on this Notice, the Motion, the Memorandum of Points and Authorities, the

12   Declaration of Richard Laski filed concurrently herewith, the record in this case, including the

13   pleadings and documents filed on behalf of the parties, the arguments and representations of counsel,

14   and any oral or documentary evidence presented at or prior to the time of the hearing on this Motion.

15      **PLEASE TAKE FURTHER NOTICE** pursuant to Local Bankruptcy Rule 6004-1(c), the

16   hearing on this Motion (the "Sale Hearing") shall take place on April 6, 2010 at 11:00 a.m. before

17   the Honorable Vincent Zurzolo in Courtroom "1368" of the above-entitled Court, located at 255 East

18   Temple Street, Los Angeles, California .

19      **PLEASE   TAKE   FURTHER   NOTICE** that   the   Debtor   makes   the   following

20   representations, allegations and assertions in support of her Motion:

21      1.      Debtor proposes to sell substantially all of its assets free and clear of liens, to Counsel

22   RB Capital, LLC, a California corporation ("RB Capital") for the aggregate purchase price of

23   $510,000, (subject to adjustment as set forth is the Asset Purchase Agreement (the "Purchase

24   Price"). The Assets do not include the following assets of Debtor which are subject to the liens of

25   certain of Debtor's secured creditors: all cash, all accounts receivable, and certain vehicles and items

26   of equipment all as more particularly described in the Purchase Agreement.

27   ///

28   ///

193269.1   30795.0002

1     2.    Debtor proposes the following procedures to allow for overbids prior to the Court's

2   approval of the Sale of the Assets to ensure that the estate's interest in the Assets are sold for the best

3   possible price:

4       a.    Any overbid by a qualifying bidder ("Qualifying Bidder") shall exceed the

5   purchase price by $65,000.00.

6       b.    Any overbid shall be submitted in writing, setting forth the terms and

7   conditions of the offer that are at least as favorable to Debtor as those set forth in the Purchase

8   Agreement, including the provision that any buyer is purchasing the assets "as is", "where is" and

9   "with all faults".

10       c.    Any Qualifying Bidder must be financially qualified, in Debtor's exercise of

11   its sound business judgment, to timely close the Sale.

12       d.    Any overbid must be accompanied by a minimum deposit of ten percent

13   (10%) of the amount of the proposed overbid which shall be in the form of cashier's check made

14   payable to "Greenberg & Bass, LLP, Attorney Client Trust Account", which deposit shall be non-

15   refundable if the overbid is deemed to be the Successful Bid as defined below.

16       e.    The written initial overbid, deposit and evidence of financial qualification

17   must be received by counsel for Debtor at least forty-eight (48) hours prior to the Sale Hearing;

18   provided if this would make such deadline fall on a Saturday, Sunday or Holiday, the initial overbid,

19   deposit and evidence of financial qualification must be received not later than close of business on

20   the last business day prior to such Saturday, Sunday or Holiday.

21       f.    At the Sale Hearing, RB Capital and any party who is deemed a Qualifying

22   Bidder shall be entitled to bid.

23       g.    Any incremental bid in the bidding process shall be at least $25,000.00 higher

24   than the prior bid.

25       h.    Overbids shall be all cash and no credit shall be given to RB Capital or

26   overbidder(s).

27       i.    Any overbid shall be subject to a right of last refusal in favor of RB Capital,

28   which right of last refusal shall give RB Capital the right to match any higher offer submitted by way

193269.1 30795.0002

1    of overbid at or before the Sale Hearing and thereby acquire the Assets. The right of last refusal

2    shall expire at the conclusion of the Sale Hearing.

3              j.      Opportunity will be provided at the Sale Hearing for oral overbids, subject to

4    the terms and conditions set forth herein, by any person or entity which has previously submitted a

5    written overbid and deposit pursuant to paragraphs (a) through (e) above. However, any such oral

6    overbids must be submitted in increments of $25,000.00.

7              k.      At the Sale Hearing, and upon the conclusion of the bidding process, Debtor

8    shall decide which of the bids is the best bid, and such bid shall be deemed to be the "Successful

9    Bid". The bidder who is accepted by Debtor as the successful bidder (the "Successful Bidder") must

10    pay all amounts reflected in the Successful Bid in cash at the closing of the Sale. Debtor shall

11    proceed to consummate the Sale of the Assets in accordance with the Successful Bid, without further

12    notice to creditors or hearing before this Court.

13              l.      At the Sale Hearing, and upon conclusion of the bidding process, Debtor may

14    also acknowledge a back-up bidder (the "Back-Up Bidder") which shall be the bidder with the next

15    best bid, should the Successful Bidder fail to close escrow on the Sale of the Assets.

16              3.      The proposed Sale has a legitimate business justification and is in the best interest of

17    the estate. The purchase price represents market value as discussed in further detail below. Notice

18    of the Sale is being provided to all creditors and parties who have expressed interest in the Assets,

19    and Debtor has proposed an overbid procedure to ensure the estate receives the highest and best

20    price for the Assets at the Sale Hearing. Accordingly, Debtor believes that the proposed Sale is fair

21    and reasonable and within the proper exercise of her business judgment.

22              4.      The Motion filed herein seeks, among other things, the following:

23              a.      Authority to sell the Assets to RB Capital, the Successful Bidder or the Back-

24    Up Bidder, as is, where is, and without representations or warranties, free and clear of any and all

25    liens and interests pursuant to 11 U.S.C. § 363(b) and (f);

26              b.      A determination that RB Capital, the Successful Bidder, and the Back-Up

27    Bidder are "good faith purchasers" pursuant to 11 U.S.C. § 363(m);

28              c.      Approval of the terms of the Purchase Agreement;

1    d.    Approval of the overbid procedures outlined in the Motion; and

2    e.    Authority to take any and all necessary action to consummate the Sale of the

3    Assets.

4    **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-

5    1(c)(2), any written response must be filed and served at least fourteen (14) days before to the

6    proposed Sale at the Sale Hearing.

7    **PLEASE TAKE FURTHER NOTICE** that the failure to respond, in writing or orally,

8    before or at the time of the Procedure Hearing, may be deemed by this Court to be a lack of

9    objection to the relief requested in this Motion.

10    **PLEASE TAKE FURTHER NOTICE** that if you wish to receive a copy of the Motion and

11    supporting Declarations, please contact Theresa Williams, at Greenberg & Bass, A Registered

12    Limited Liability Partnership (818) 382-6200.

13    **WHEREFORE,** Debtor respectfully prays that this Court enter its Sale Order consistent

14    with this Motion, and that it grants such other and further relief as is deemed just and proper.

15    DATED: March 15, 2010                    GREENBERG & BASS LLP

16                                             By: _____

17                                             DOUGLAS M. NEISTAT
                                               Attorneys for Jackson Corporation
18                                             Debtor and Debtor-In-Possession

19

20

21

22

23

24

25

26

27

28

193269.1  30795.0002

| In re: Jackson Corporation, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-bk-10594 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **NOTICE OF HEARING ON MOTION FOR AN ORDER (1) AUTHORIZING SALE OF ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS; (2) APPROVING OVERBID PROCEDURES AND (3) APPROVING BUYER; SUCCESSFUL BIDDER AND BACK-UP BIDDER AS GOOD FAITH PURCHASER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 15, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):

On March 15, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 15, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2010 | Reece Holland | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

# SERVICE LIST

Office of the U.S. Trustee
Attn:  Dare Law, Esq.
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
Fax: (213) 894-2603


Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012
**Via Overnight Mail Only**


**Secured Creditors**

First Federal Bank
12555 W. Jefferson Blvd. 3rd Floor
Los Angeles, Ca. 90066
Attn: Linda Shreeves
Email: lshreeves@firstfedca.com
Fax: 310-302-5601; Phone: 310-302-5604


Ford Credit
P.O. Box 7172
Pasadena, CA 91109-7172
Fax: 734-632-8034; Phone: 800-955-8532


**Potential Buyers**

Counsel RB Capital, LLC
Attn: Adam M. Reich
10618 Pico Blvd.
Los Angeles, CA 90064
Fax: 213 383 5985
Email: areich@counselRB.com


EMS&OEM Group
Attn: Scott Baker
550 Vista Blvd.
Sparks, NV 89434
Fax: 775-355-5636
Email: sbaker@assaabloyems.com


Amesbury Group
Attn: Jonathan Petromelis
517 East 52nd Street North
Sioux Falls, SD 57104
Fax: 978-388-3667


Trimco
Attn: Martin Simon
3528 Emery Street
P.O. Box 23277
Los Angeles, CA 90023
Fax: 323-264-7214


Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023
Email: rlaski@wilshirellc.com
Fax: 323-269-1872; Ph: 323-269-8111


David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK
Via Email: david@jacksonexit.com
Fax: 011 44 121 422 0510


Intech of California
8424 Secura Way
Santa Fe Springs, CA 90670
Fax: 626-301-9944; Phone: 800-564-1849


Volvo Car Finance North America
Dept. 193901
P.O. Box 55000
Detroit, MI 48255-1939
Fax: 615-315-3607; Phone: 800-955-8532


Adams Rite Manufacturing Co.
Attn: Deon Arnold
260 Santa Fe Street
Pomona, CA 91767
Fax: 909-632-2368
Email: darnold@adamsrite.com


Amesbury Group
Attn: Jonathan Petromelis
57 S. Hunt Road
Amesbury, MA 01913
Fax: 978-388-3667


AM&T Consulting, Inc.
Attn: John Budesky
21741 Windsong Circle
Huntington Beach, CA 92646


First Choice Building Products
Attn: Mike Murray
420 Bonnie Lane
Elk Grove Village, IL 60007
Fax: 800-867-5016


193420.1  30795.0002

Dorma Group North America
Attn: Lawrence O'Toole
Dorma Drive, Drawer AC
Reamstown, PA 17567-0411
Fax: 717-336-3502

C.R. Laurence Co., Inc.
Attn: Lloyd W. Talbert
2503 E. Vernon Ave.
Los Angeles, CA 90058
Fax: 323-581-6522

American Douglas Metals, Inc.
Attn: Patrick Revenew
333 Henderson Ave.
Kenmore, NY 14217
Fax: 716-428-0023

Warner Real Properties, Inc.
Attn: Rick Cook
16435 Bellflower Blvd.
Bellflower, CA 90706

**Creditor's Committee**

**Attorneys for Committee**
Scott C Clarkson, Esq.
Christine M. Fitzgerald, Esq.
Clarkson, Gore & Marsella, APLC
3424 Carson St Ste 350
Torrance, CA 90503
Phone: 310-542-0111; Fax : 310-214-7254
Email:   sclarkson@lawcgm.com
         cfitzgerald@lawcgm.com

Southern California Metals
9900 Bell Ranch Dr.
Santa Fe Springs, CA 90670
Fax: 562-941-2709; Phone: 562-941-1616

**Request for Special Notice**
Kathryn J. Halford, Esq.
Dana K. Kann, Esq.
Wohlner, Kaplon, Phillips Young & Cutter
APC
15456 Ventura Blvd., Ste. 500
Sherman Oaks, CA  91403
Phone: (818) 501-8030
Fax: (818) 501-5306
Email:   dkann@wkpyc.com

Dorma Group North America
Attn: Lawrence O'Toole
32602 Coppercrest Drive
Trabuco, CA 92678
Fax: 717-336-3502

Advanced Hardware Technologies
Attn: Frank Caver
7427 Orangethorpe Ave., Unit D
Buena Park, CA 90621
Fax: 866-798-0206

Hydracraft
Attn: Rudy Chacon
2003 South Mesa St.
San Pedro, CA 90731-5515

Dave Hallam
HHH Commercial General Builders, Inc
P.O. Box 2251
Pico Rivera, CA 90662

Askew Industrial Corp. (Also Potential Buyer)
2920 Supply Ave.
Los Angeles, CA 90040
Fax: 323-201-5227
Phone: 323-727-7772

Roger Sanderson, Committee Chair
International Cargo West
555 East Ocean Blvd, Suite 220
Long Beach, 90802
Fax: 562-495-4855; Phone: 562-495-6511

**Financial & Restructuring Advisors for Committee**
David A. Prolman
William P. Kuehn
1011 Camino Del Mar, Ste. 252
Del Mar, CA  92014
Phone: (858) 259-5555
Fax:    (858) 259-9989

ABF Freight
8001 Telegraph Road
Pico Rivera, CA 90660

Alameda Medical Center
1907 E. Washington
Los Angeles, CA 90021

Aluminio de Baja California
PO Box 1399
Chula Vista, CA 91912-1399

Ammexx, Inc.
3154 E. Olympic Blvd.
Los Angeles, CA 90023

Associated Builders Prod. Inc.
3963 Catalina Dr.
Marietta, GA 30066-2852

BARRAGAN, RIGOBERTO
6336 Stafford Ave. Apt.F
Huntington Park, CA 90255

Best Way Stamping
14943 Desman Rd.
La Mirada, CA 90638

BUNKER, TERRY
2836 C. Oak Creek Drive
Ontario, CA 91761

CALDERON, NELSON
947 W. 48th Street
Los Angeles, CA 90037

Cel-Star
6437 E. Alondra Blvd.
Paramount, CA 90723

CHANDRA, YAHYA
123 E. Graves Ave.
Monterey Park, CA 91755

Command Access Technologies
2384 E. Walnut Ave.
Fullerton, CA 92831

CORONA, IGNACIO
12026 Pioneer Blvd.
Norwalk, CA 90650

Accu-Cut
4238 N. Sayre Ave.
Norridge, IL 60706

ALFARO, VICTOR
1725 5th Ave.
Los Angeles, CA 90019

American Express
P.O. Box 0001
Los Angeles, CA 90096

Arcat
1077 Bridgeport Ave.
Shelton, CT 06484

Associated Locksmith of America
3003 Live Oak Street
Dallas, TX 75204-6186

Bay Alarm
P.O. Box 7137
San Francisco, CA 94120

Bronze-Way Plating & Polishing
3432 E. 15th Street
Los Angeles, CA 90023

Bureau of National Affairs Inc.
P.O. Box 64543
Baltimore, MD 21264-4543

Cardinal Industrial Finishes
P.O. Box 9296
S. El. Monte, CA 91733

Certified Steel Treating Corporation
2454 E. 58th Street
Los Angeles, CA 90058

Cintas Corporation #53
7735 S. Paramount Blvd.
Pico Rivera, CA 90660

COMPARAN, JUAN
1651 Summit Ave.
Rialto, CA 92377

CORTEZ, MANUEL
7101 Seville Ave. Apt.G
Huntington Park, CA 90255

AGUIRRE, ARCADIO
941 S Bonnie Beach Place
Los Angeles, CA 90023

Alliance Bearing Ind.
14745 Arminta Street
Van Nuys, CA 91402

American Transportation Systems
2775 Cruse Road Suite 401
Lawrenceville, GA 30044-7141

Arrowhead
P.O. Box 856158
Louisville, KY 40285-6158

Baker Chartered Accountants
Arbor House
Broadway North, England
WS 2 AN

BENITEZ, JOSE
8181 1/2 Madison
South Gate, CA 90280

Bronze-Way Powder Coating
3301 E. 14th Street
Los Angeles, CA 90023

BUSTOS, JOSE
3257 City Terrace Drive
Los Angeles, CA 90063

CASTRO, GEORGE
5635 Mesa Grove Ave.
Whittier, CA 90601

Chandler Wire Products
2325 1st Street
La Verne, CA 91750

Com-Air Screw Machine Co.
11352 El Dorado Ave.
San Fernando, CA 91340

Con-Way Western Express
P.O. Box 5160
Portland, OR 97208-5160

Cox Die Casting
1528 W, 178th St.
Gardena, CA 90248

Craig Welding Suppliers
5670 Santa Fe Ave.
Los Angeles, CA 90058

DIAZ, LUCAS
11727 Cohasset Street #4
N. Hollywood, CA 91605

Dyanco, Inc.
1850 Belcroft Ave.
S. El Monte, CA 91733

Epicor
18200 Von Karman,
Suite 1000
Irvine, CA 92612

Everest Metal Products Ltd.
17890 Castleton St.
#109
Rowland Heights, CA 91748

FEDERICO, JOSE
1749 E. 43rd Street
Los Angeles, CA 90058

Food Craft Coffee
1625 Riverside Drive
Los Angeles, CA 90031

GALAVIZ, RAMON
800 S. Gage Ave.
Los Angeles, CA 90023

Greer, Nurns, & Crain, LTD
300 S. Wacker Drive 25 Fl.
Chicago, IL 60606

Hardware Services
14 Churchhill Rd.
Norfolk, MA 02056

HERNANDEZ, CIRO
1135 Mirasol Street
Los Angeles, CA 90023

Hi Tech Mold Co. Inc.
21734 Marilla St.
Chatsworth, CA 91311

Hydro Seal
14370 Myford Road
Irvine, CA 92606

Design & Construction Resources
P.O. Box 2380
Vista, CA 92085-2380

Die Cast of America
17907 Arenth Ave.
City of Industry, CA 91748

Earle M. Jorgensen Co.
P.O. Box 79017
City of Industry, CA 90262

Estes Marketing
471 25th Avenue
Longview, WA 98632

Express Oil Company
21601 Parthania Street
Canoga Park, CA 91304

FIGUEROA, ROBERTO
4135 Center Street
Baldwin Park, CA 91706

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Gladstone Finishing
12317 Gladstone Ave.
Sylmar, CA 91342

Gregg Industries
PO Box 689978
Milwaukee, WI 53268-9978

Hardware Services
P.O. Box 637
Norfolk, MA 02056

HERNANDEZ, DARIO
6507 Makee Ave.
Los Angeles, CA 90001

Home Depot
P.O. Box 6031
The Lakes, NV 88901-6031

Illusion Polish
5201 Tweety Blvd.
South Gate, CA 90280

DIAZ, JOSE
2415 8th Ave.
Los Angeles, CA 90018

Dreier Stein Kahan Browne Wood
1620 26th Street 6th Fl.
Santa Monica, CA 90404

EDD
Bankrupcty Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Euler Hermes ACI
800 Red Brook Blvd.
Owings Mills, MD 21117-1008

Fed-Ex National LTL
P.O. Box 95001
Lakeland, FL 33804-5001

First Bankcard
PO Box 2814
Omaha, NE 68103-2814

G.P. Resources, Inc.
P.O. Box 499
Long Beach, CA 90801-0499

Glamour & Co., LTD
2FL. 58, Lane 46
Hsin Shen S. Rd, Sec. 2
Taipei, Taiwan ROC

Haas Factory Outlet
580 Madrid Ave.
Torrance, CA 90501

Henry's Metal Polishing Works
3445 Union Pacific Ave
Los Angeles, CA 90023

Hewlett Packard Company
13207 Collections Center Dr.
Chicago, IL 60693

Huntington Park Rubber Stamp
2761 E. Slauson Ave.
Huntington Park, CA 90255

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

International Extrusion
767 Monterrey Pass Road
Monterrey Park, CA 91754

Jebron Limited
Bright Street, Wednesbury
West Midlands
WS109hy UK

Kent Landsberg
1900 W. University Dr.
Suite 101
Tempe, AZ 85281

L.A. Rubber Co., Inc.
2915 E. Washington Bl.
Los Angeles, CA 90023

LOPEZ, EDILBERTO
8653 San Gabriel Ave.
South Gate, CA 90280

Lucas Group
1925 Century Park East
Suite 750
Los Angeles, CA 90067

MARASCO, KAREN
8536 Dalewood Ave.
Pico Rivera, CA 90660

MCCORD, RANDY
1141 E. 67th Street
Los Angeles, CA 90001

McMaster-Carr Supply
P.O. Box 7690
Chicago, IL 60680

Mid-West Fabricating Company
P.O. Box 218
Amanda, OH 43102

MORENO, FRANK
538 1/4 La Verne Ave.
Los Angeles, CA 90022

MULDER, KELLY
20401 Soledad Cyn,
Spc 14
Canyon Country, CA 91351

Northridge
23 Oak Road
Rocky River, OH 44116

J.J. Keller & Assocaites
P.O. Box 548
Neenah, WI 54956-0548

JOVEL, OSCAR
504 E. Gage Ave.
Los Angeles, CA 90003

Kimball Midwest
Dept. L-2780
Columbus, OH 43260-2780

LISCANO, EDUARDO
10661 Atlantic Ave. Apt.B
Lynwood, CA 90262

LOPEZ, LADISLAO
542 S. Margaret Street
Los Angeles, CA 90022

MACIEL, ANTONIO
2209 Farringdon Ave.
Pomona, CA 91768

MARTINEZ, ALMA
6702 Middleton
Huntington Park, CA 90255

MCGARITY, LARRY
8462 Edwin Street
Rancho Cucamonga, CA 91730

MELENDEZ, JUANIE
4702 Ivy Street
Pico Rivera, CA 90660

Mid-West Glass Reps
P.O. Box 184
Albertville, MN 55301

Motion Industries
File 57463
Los Angeles, CA 90074-7463

Neopost Inc.
P.O. Box 45800
San Francisco, CA 94145-0800

NUEVA, JOSE
5931 E. Lubec Street
Bell Gardens, CA 90201

Jason Glover
9324 Christopher Lake Drive
Columbia, IL 62236

Kenco Platics/Inline Industries
P.O.Box 364
Laporte, IN 46352

L.A. County Tax Collectors
P.O. Box 54018
Los Angeles, CA 90054-0018

Loeb & Loeb
10110 Santa Monia Blvd
Suite 2200
Los Angeles, CA 90067

LOPEZ, REFUGIO
542 S. Margaret Ave.
Los Angeles, CA 90022

MAGANA, FRANCISCO
644 E. 108th Street
Los Angeles, CA 90059

Marx Bros. Fire Extinguisher
1159 S. Soto Street
Los Angeles, CA 90023

Mcgraw Hill Construction Sweets
P.O. Box 5734
Harlan, IA 51593-1234

MENDOZA, RAFAEL
2587 Kellogg Park Drive
Pomona, CA 91768

MIRAMONTES, JOSE
11425 Hayford Street
Norfolk, CA 90650

MSC Industrial Supply Company
Dept. CH0075
Palatine, IL 60055-0075

NIEVES, MIGUEL
621 S. Ford Blvd.
Los Angeles, CA 90022

Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0025

Oparc
9029 Vernon Ave.
Montclair, CA 91763

Peter Brown
The Old Church House
Alveley, Nr. Bridgnorth
Shrops WV15 6ND, UK

Precision Powdered Metal
145 Atlantic Street
Pomona, CA 91768

Quill
P.O. Box 94080
Palatine, IL 06009-4408

RAMIREZ, DANIEL
3414 Estrada Street
Los Angeles, CA 90023

RIVERA, JESUS
4015 E. Imperial Hwy.
Lynwood, CA 90262

Rochester Metal
PO Box 488
616 Indiana Ave.
Rochester, IN 46975

RODRIQUEZ, GERARDO SR
340 S. Reno Street #107
Los Angeles, CA 90057

Rosemead Oil Products.
P.O. Box 2645
Santa Fe Springs, CA 90670-2645

S.L. Fusco
P.O. Box 5924
Compton, CA 90224-5924

SANCHEZ,MAXIMINO
923 S. Parkview Street #22
Los Angeles, CA 90006

Seeing-Green.Com
17397 Santa Suzanne
Fountain Valley, CA 92708

South Bay Tool & Gage
P.O. Box 3339
Gardena, CA 90247

Orange County Spring Mfg.
1501 Miller Street
Anaheim, CA 92806

Pioneer Diecasters
4209 Chevy Chase Drive
Los Angeles, CA 90039

QUESADA, BENJAMIN
4414 52nd Street
Maywood, CA 90270

R & E Plating
3500 Union Pacific Ave.
Los Angeles, CA 90023

RAMOS, ARON
10133 Orr & Day Raod
Santa Fe Springs, CA 90670

RIVERA, ROBERT
376 Cliff Drive #1
Pasadena, CA 91107

RODRIGUEZ, SAUL
9538 Abbotsford Road
Pico Rivera, CA 90660

Rollrite
21 Water Street
Amesbury, MA 01913-2932

RUIZ, ENRIQUE
7018 Templeton Street
Huntington Park, CA 90255

Salco Dynamics
6248 Surfpoint Circle
Huntington Beach, CA 92648

SANTOS, SERGIO
1004 N. Gaylawn Ct.
La Puente, CA 91744

Show Perfect, Inc.
5260-C Bonsai Avenue
Moorpark, CA 93021

South Coast Air Quality Mgt.
File No. 21621
Los Angeles, CA 90074-1621

Peck Engineering Inc.
12660 Farley Avenue
Redford, MI 48239

POLLOCK, JOE
322 B W B Street
Ontario, CA 91762

Quick-Way Stamping Inc.
P.O. Box 99390
Forth Worth, TX 76199-0390

R.S. Hughes
10639 Glenoaks Blvd.
Pacoima, CA 91331

RIVADENEYRA, ESTHER
1510 Norman Place
Los Angeles, CA 90063

Roadway Express
Dept. 100129
Pasadena, CA 91189-0129

RODRIQUEZ, ERNEST
36550 Palomino Ct.
Palmdale, CA 93550-8457

ROMERO, LUIS ALONSO
2415 8th Ave.
Los Angeles, CA 90018

S.C.G.I.
28222 Modjeska Cyn. Road
Modjeska, CA 92676

SANABRIA, JUAN
2716 California Street
Huntington Park, CA 90255

Santoshi
2439 Seaman Ave.
El Monte, CA 91733

Sign It
8440 Secura Way
Santa Fe Springs, CA 90670

Stonefield Josephson, Inc.
2049 Century Park East
Suite 400
Los Angeles, CA 90067

Stump Electric Co. Inc.
3414 E.14th Street
Los Angeles, CA 90023

Thomas Publishing Company
5 Penn Plaza
New York, NY 10001

Tri Jay Heat Treating
327 E. Commercial Street
Pomona, CA 91767

UL DQS Inc.
6830 Payshere Circle
Chicago, IL 60674

Universal Waste Systems, Inc.
P.O. Box 3038
whittier, CA 90605

VILLALTA, JORGE
2906 5th Ave.
Los Angeles, CA 90018

Vinanco Engineering Co.
20952 Itasca
Chatsworth, CA 91311

Western Gasket & Packing
3007 Fruitland Ave
Los Angeles, CA 90058

Ralph M. Phillips
Wohlner, Kaplon, Phillips Young &
CutterAPC
15456 Ventura Blvd., Ste. 500
Sherman Oaks, CA 91403

Superior Spring
1260 S. Talt Ave.
Anaheim, CA 92806

TOLEDO, GEORGE
4122 Hellers Bend Road
San Luis Rey High, CA 92028

Tru-Form
14511 Anson Avenue
Santa Fe Springs, CA 90670-5301

Underwriters Laboratories
P.O. Box 75330
Chicago, IL 60675-5330

VALDEZ, OSCAR
4400 Philadelphia Street Sp.#172
Chino, CA 91710

VILLALTA, JOSE C
2415 8th Ave.
Los Angeles, CA 90018

WARD, ROBERT
1447 W. 15TH Street
Upland, CA 91786

Yamazen Inc.
36111 Eagle Way
Chicago, IL 60678-1361

Plasidyne Eng. & Mfg. Inc.
P.O. Box 5578
Long Beach, CA 90805-0578

Thomas Industries, Inc.
P.O. Box 956236
Saint Louis, MO 63195-6236

TORRES, FLORENCIO
4350 Pendleton Ave.
Lynwood, CA 90262

TUCKER, WILL
9710 E. Alondra Blvd.
Bellflower, CA 90706

United Parcel Service
Dept. 4820
Los Angeles, CA 90096-4820

VILLALPANDO, HILDA
6844 Otis Ave #B
Bell, CA 90201

VILLALTA, JOSE M
2614 Exposition Place
Los Angeles, CA 90018

Western Exterminators
P.O. Box 26909
Los Angeles, CA 90026

ZUNIGA, ANA
440 N. Alama
Los Angeles, CA 90063

HERNANDEZ, ARMANDO
615 W. 49th Street
Los Angeles, CA 90037