| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Douglas M. Neistat (SBN 55961)<br>Greenberg & Bass LLP<br>16000 Ventura Blvd., Ste. 1000<br>Encino, CA  91436<br><br>(818) 382-6200          (818) 986-6534 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Jackson Corporation | CASE NO.:<br><br>LA 09-bk-10594-VZ |
|---|---|
| Debtor(s). | |

## NOTICE OF SALE OF ESTATE PROPERTY

| **Sale Date:** April 6, 2010 | **Time:** 11:00 |
|---|---|
| **Location:**  255 E. Temple St., Courtroom 1368, Los Angeles, CA  90012 | |

Type of Sale:  [x] Public  [ ] Private    Last date to file objections:
April 6, 2010, up to the time of hearing

Description of Property to be Sold: Substantially all of the assets of Debtor excluding the following assets of Debtor which are subject to the liens of certain of Debtor's secured creditors: all cash, all accounts receivable, and certain vehicles and items of equipment all as more particularly described in the Purchase Agreement.

Terms and Conditions of Sale: "as is", "where is" and "with all faults" condition, except that such Assets shall be free and clear of all liens, claims and encumbrances of any nature whatsoever under 11 U.S.C. §363(f) of the Bankruptcy Code, including, without limitation, the claims of creditors of Debtor.

Proposed Sale Price: $510,000.00, subject to adjustment to reflect the amount, if any, that the value of the net inventory that is part of the Assets is less than $510,000.00

Overbid Procedure (If Any): See attached bidding procedures

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

Richard Laski
Wilshire Partners of CA, LLC
RLaski@WilshireLLC.com
(716) 868-8483

Date: March 25, 2010