DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
dneistat@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for
JACKSON CORPORATION, Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JACKSON CORPORATION, a California corporation,<br><br>Debtor and Debtor in Possession. | Case No.: LA 09-10594-VZ<br><br>(Chapter 11)<br><br>**NOTICE TO PROFESSIONALS OF HEARING ON FOURTH INTERIM FEE APPLICATIONS**<br><br>Date:    January 6, 2011<br>Time:   1:30 p.m.<br>Ctrm:   1368 |

TO ALL PROFESSIONALS WHO MAY BE ENTITLED TO SEEK COMPENSATION FOR SERVICES RENDERED IN CONNECTION WITH THE ABOVE-REFERENCED CASE:

PLEASE TAKE NOTICE that a hearing will take place to consider the fourth interim applications for compensation sought by professionals on January 6, 2011, at 1:30 p.m. before the Honorable Vincent Zurzolo, United States Bankruptcy Judge, in Courtroom "1368", located at 255 East Temple Street, Los Angeles, CA 90012.

Other professional persons retained pursuant to Court approval may also seek approval of fees at this hearing, provided they file and serve their application in a timely manner. Unless ordered by the Court, hearings on fee applications will not be scheduled less than 120 days apart.

///

///

1

244992.1 30795.0002

1   PLEASE TAKE FURTHER NOTICE that for your applications to be timely filed, they must
2   be prepared in conformity with the guidelines of the Office of the United States Trustee, and served
3   and filed not less than 21 days prior to the date of the hearing.

4   DATED: November 22, 2010                GREENBERG & BASS LLP

6   By: _____
        DOUGLAS M. NEISTAT
7       Attorneys for Debtor and Debtor-in-Possession
        Jackson Corporation, a California Corporation

244992.1  30795.0002

| In re: Jackson Corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-10594 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16000 Ventura Blvd. Suite 1000, Encino, California 91436

The foregoing document described **NOTICE TO PROFESSIONALS OF HEARING ON FOURTH INTERIM FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 22, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| dare.law@usdoj.gov | randym@cookseylaw.com |
|---|---|
| queenie.k.ng@usdoj.gov | cnelson@erlaw.com |
| sclarkson@lawcgm.com | elaine.t.fuller@irscounsel.treas.gov |
| cfitzgerald@lawcgm.com | twilliams@greenbass.com |
| emarsella@lawcgm.com | |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

On November 22, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 22, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 22, 2010

Moran Kerpik

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009
**F 9013-3.1**

## SERVICE LIST

David & Helena Brown
20 Western Ave.
Halesowen
West Midlands B62 8QH, UK

Jackson Corporation
3447 Union Pacific Avenue
Los Angeles, CA 90023

**IP Counsel for Debtor**
Billy A. Robbins, Esq.
Connolly, Bove, Lodge, Hurtz, LLP
333 S Grand Ave Ste 2300
Los Angeles, CA 90071

Judge Vincent P. Zurzolo
255 East Temple St.
Suite 1360
Los Angeles, CA 90012
**VIA OVERNIGHT MAIL**

**Business Brokers For Debtor**
Horwath Corporate Finance
Hatherton House
Hatherton Street
Walsall WS1 1YB, UK

**Financial & Restructuring Advisors for Committee**
David Prolman
Prolman Associates
1011 Camino Del Mar
Ste. 252
Del Mar, CA 92014